Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Defendant Reflections Center for Skin and Body, PC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC, | : : : | **Document Filed Electronically** |
| | : | Civil Action No. 16-8523-FLW-TJB |
| Plaintiff, | : : | |
| v. | : : | Freda L. Wolfson, U.S.D.J. |
| | : | Tonianne J. Bongiovanni, U.S.M.J. |
| REFLECTIONS CENTER FOR SKIN AND BODY, PC, | : : : | |
| Defendant. | : x | |

**NOTICE OF APPEARANCE OF GREGG A. PARADISE**

Please enter the appearance of the following counsel for Defendant Reflections Center for Skin and Body, PC in the above-captioned matter:

>Gregg A. Paradise
>LERNER, DAVID, LITTENBERG,
> KRUMHOLZ & MENTLIK, LLP
>600 South Avenue West
>Westfield, NJ 07090-1497
>Tel:   908.654.5000
>E-mail: gparadise@lernerdavid.com

>Respectfully submitted,

>LERNER, DAVID, LITTENBERG,
> KRUMHOLZ & MENTLIK, LLP
>*Attorneys for Defendant Reflections
> Center for Skin and Body, PC*

Dated: December 8, 2016        By:    s/ Gregg A. Paradise
                                                    Gregg A. Paradise

4800240_1.docx