# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 25, 2017

## LETTER ORDER

Re:   **New Reflections Plastic Surgery LLC v. Reflections Center for Skin and Body, PC**
      **Civil Action No. 16-8523 (FLW)**

Dear Counsel:

A settlement conference is scheduled for **March 10, 2017 at 10:30 a.m.**   Parties with full settlement authority are required to be present at the conference. Discovery is stayed, however, parties may exchange what is necessary to facilitate settlement.

**IT IS SO ORDERED.**

s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**