THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------------------------------------x
NEW REFLECTIONS PLASTIC            )
SURGERY, LLC                       )
                                   )
                Plaintiff,         )    Civil Action No. 16-08523-FLW-TJB
                                   )
-against-                          )    JURY TRIAL DEMANDED
                                   )
REFLECTIONS CENTER FOR SKIN        )
AND BODY, PC,                      )
                                   )
                Defendant.         )
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

    I hereby certify that New Reflections Plastic Surgery, LLC's Amended Complaint was electronically filed on this May 19, 2017.  Notice of this filing will be sent to all parties and all counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.


s/ Frances H. Stephenson
Frances H. Stephenson