Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:  908.654.5000
Fax:  908.654.7866

*Attorneys for Defendant Reflections*
  *Center for Skin and Body, PC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC, | : | Civil Action No. 16-8523-FLW-TJB |
| | : | |
| Plaintiff, | : | Freda L. Wolfson, U.S.D.J. |
| v. | : | Tonianne J. Bongiovanni, U.S.M.J. |
| | : | |
| REFLECTIONS CENTER FOR SKIN AND BODY, PC, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | x | |

## STIPULATION AND ORDER

New Reflections Plastic Surgery ("Plaintiff") and Reflections Center for Skin and Body, PC ("Defendant"), (collectively "The Parties"), by and through their respective counsel, stipulate to extend the close of fact discovery.  Plaintiff and Defendant have each served a subpoena on third-party witnesses and additional time is needed to schedule those depositions.  Fact discovery was previously extended once and is currently scheduled to close on November 30, 2017.  Therefore, The Parties respectfully request a second extension of fact discovery to January 31, 2017 so that The Parties may each complete the depositions under their respective subpoenas.  The Parties thank the Court in advance for its courtesy and remain available for the telephonic status conference currently

5228065_1.docx

scheduled for December 6, 2017, should the Court wish to proceed with that previously scheduled

conference.

| | |
|---|---|
| MEREDITH & KEYHANI, PLLC | LERNER, DAVID, LITTENBERG, |
| *Attorneys for Plaintiff New Reflections Plastic* | KRUMHOLZ & MENTLIK, LLP |
| *Surgery LLC* | *Attorneys for Defendant Reflections Center for* |
| 125 Park Avenue, 25th Floor | *Skin and Body, PC* |
| New York, NY 10017 | 600 South Avenue West |
| | Westfield, NJ 07090-1497 |

By      s/ Dariush Keyhani                                      By      s/ Aaron S. Eckenthal

    Dariush Keyhani                                  Aaron S. Eckenthal

    Tel:    212.760.0098                      Tel:    908.654.5000

    E-mail: dkeyhani@meredithkeyhani.com    E-mail:   aeckenthal@lernerdavid.com

                                                    litigation@lernerdavid.com

Dated:          November 30, 2017                       Dated:          November 30, 2017

**SO ORDERED:**

Dated:

        Trenton, New Jersey                                 Tonianne J. Bongiovanni

                                               United States Magistrate Judge