Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Defendant Reflections
Center for Skin and Body, PC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> REFLECTIONS CENTER FOR SKIN AND BODY, PC, <br><br> Defendant. | Civil Action No. 16-8523-FLW-TJB <br><br> Freda L. Wolfson, U.S.D.J. <br> Tonianne J. Bongiovanni, U.S.M.J. |

## **STIPULATION AND ORDER**

New Reflections Plastic Surgery ("Plaintiff") and Reflections Center for Skin and Body, PC ("Defendant"), (collectively "The Parties"), by and through their respective counsel, stipulate to extend the close of fact discovery. Plaintiff and Defendant have each served a subpoena on third-party witnesses and additional time is needed to schedule those depositions. Fact discovery was previously extended once and is currently scheduled to close on November 30, 2017. Therefore, The Parties respectfully request a second extension of fact discovery to January 31, 2018 so that The Parties may each complete the depositions under their respective subpoenas. The Parties thank the Court in advance for its courtesy and remain available for the telephonic status conference currently

scheduled for December 6, 2017, should the Court wish to proceed with that previously scheduled conference.

| | |
|---|---|
| MEREDITH & KEYHANI, PLLC<br>*Attorneys for Plaintiff New Reflections Plastic Surgery LLC*<br>125 Park Avenue, 25th Floor<br>New York, NY 10017 | LERNER, DAVID, LITTENBERG,<br>KRUMHOLZ & MENTLIK, LLP<br>*Attorneys for Defendant Reflections Center for Skin and Body, PC*<br>600 South Avenue West<br>Westfield, NJ 07090-1497 |
| By____s/ Dariush Keyhani____<br>Dariush Keyhani<br>Tel:   212.760.0098<br>E-mail: dkeyhani@meredithkeyhani.com | By____s/ Aaron S. Eckenthal____<br>Aaron S. Eckenthal<br>Tel:       908.654.5000<br>E-mail:   aeckenthal@lernerdavid.com<br>              litigation@lernerdavid.com |
| Dated:_____November 30, 2017_____ | Dated:_____November 30, 2017_____ |

*[Handwritten:] The December 6th telephone Conference is rescheduled to January 24, 2018 at 1030 AM. Plaintiff shall initiate the call*

**SO ORDERED:**

Dated: *December 4, 2017*
Trenton, New Jersey

_____
Tonianne J. Bongiovanni
United States Magistrate Judge