

**Lerner David Littenberg**
**Krumholz & Mentlik LLP**
600 South Avenue West
Westfield NJ 07090
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

March 27, 2018

**VIA ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re: REFLEC 6.0-001
      *New Reflections Plastic Surgery, LLC v. Reflections*
      *Center For Skin and Body, PC*
      Civil Action No. 16-8523-FLW-TJB

Dear Magistrate Judge Bongiovanni:

  The undersigned represents Defendant Reflections Center For Skin and Body, PC. In response to the inquiry made by your Clerk earlier today, Defendant's counsel has conferred with Plaintiff's counsel, and both parties are available on Thursday, April 12, 2018 at 10:30 am for a conference call. Thus, we respectfully request that a teleconference be formally scheduled at that time with the Defendant initiating the phone call to Chambers by entry of this letter Order. We thank the Court for its assistance.

          Respectfully submitted,

          LERNER, DAVID, LITTENBERG,
           KRUMHOLZ & MENTLIK, LLP
          *Attorneys for Defendant Reflections*
          *Center For Skin and Body, PC*

          By _____
            Gregg A. Paradise

**SO ORDERED:**

Dated:_____  _____
   Trenton, New Jersey        Tonianne J. Bongiovanni
                United States Magistrate Judge

5373935_1.docx