# EXHIBIT C

# EXCERPTS FROM DEPOSITION OF MITCHELL CHASIN, M.D.
## (November 2, 2017)

Page 1

1          IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
2           CASE NO. 3:16-cv-08523-FLW-TJB
3

4

5   NEW REFLECTIONS PLASTIC        :
    SURGERY, LLC,
6                                  :     VIDEOTAPED
                  Plaintiff,          DEPOSITION OF:
7                                  :
    -against-                        MITCHELL CHASIN,
8                                  :            M.D.
    REFLECTIONS CENTER FOR SKIN
9   AND BODY, PC,                  :
10                Defendant.       :
    _____X
11

12

13

14

15          TRANSCRIPT of testimony as taken by and
16   before SEVA FLICSTEIN, Certified Court Reporter,
17   Registered Merit Reporter, Certified Realtime
18   Reporter, at the law offices of LERNER DAVID
19   LITTENBERG KRUMHOLZ & MENTLIK, LLP, located at
20   600 South Avenue West, Westfield, New Jersey, on
21   Thursday, November 2, 2017, commencing at 2:04
22   in the afternoon.
23

24

25

Page 2

1 A P P E A R A N C E S:
2
3      MEREDITH & KEYHANI, PLLC
       BY:  DARIUS KEYHANI, ESQ.
4      205 Main Street
       East Aurora, New York  14052-1634
5      dkeyhani@meredithkeyhani.com
       212-380-1325
6      Attorneys for Plaintiff
7
8
9      LERNER DAVID LITTENBERG
       KRUMHOLZ & MENTLIK, LLP
10     BY:  GREGG A. PARADISE, ESQ.
       600 South Avenue West
11     Westfield, New Jersey  07090
       gparadise@ldlkm.com
12     908-654-5000
       Attorneys for the Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1            I N D E X
2
3 WITNESS                EXAMINATION
4 MITCHELL CHASIN, M.D.
5    By Mr. Keyhani          06
6
7         E X H I B I T S
8 NUMBER        DESCRIPTION        PAGE
9 Exh P1 Notice of Deposition of Reflections  09
       Center for Skin and Body, PC,
10     Under Rule 30(b)(6)
11 Exh P2 Documents Bates-stamped Reflec-    42
       0000005 through Reflec-0000010,
12     Reflec-0000013 through
       Reflec-000024
13
   Exh P3 Registration          61
14
   Exh P4 Registrations          65
15
   Exh P5 Trademark Electronic Search    69
16     System document
17 Exh P6 Document printed from the public   72
       records of the U.S. Patent and
18     Trademark Office
19 Exh P7 September 12, 2016 letter to     86
       Nikesh K. Patel, M.D., from
20     Gregg A. Paradise
21 Exh P8 Profit & Loss Statement        101
22
23
       INFORMATION/DOCUMENTS REQUESTED
24
       PAGE 41    LINE 05
25

Page 4

1        THURSDAY, NOVEMBER 2, 2017
2        WESTFIELD, NEW JERSEY
3           * * *
4        THE VIDEOGRAPHER:  Good afternoon.
5 We are going on the record at approximately
6 2:04 p.m. on November 2, 2017.  Please note that
7 the microphones are sensitive and may pick up
8 whispering and private conversations.  Please
9 turn off all cell phones or place them away from
10 the microphones as they can interfere with the
11 deposition audio.  Audio and video recording
12 will continue to take place unless all parties
13 agree to go off the record.
14        This is media unit 1 of the
15 video-recorded deposition of Dr. Mitchell
16 Chasin, taken by counsel for the plaintiff, in
17 the matter of New Reflections Plastic Surgery
18 LLC versus Reflections Center for Skin and Body
19 PC, filed in the U.S. District Court, District
20 of New Jersey, Case No. 3:16-CV-08523-FLW-TJB.
21        The deposition is being held at
22 Lerner David Littenberg Krumholz & Mentlik,
23 located at 600 South Avenue, Westfield,
24 New Jersey.
25        My name is Jim Roberts from

Page 5

1 Veritext New York City, I am the videographer.
2 The court reporter is Seva Flicstein, also with
3 Veritext.  I am not authorized to administer an
4 oath.  I am not related to any party in the
5 action, nor am I financially interested in the
6 outcome.
7        Counsel will now state their
8 appearances and affiliations for the record.  If
9 there are any objections to proceeding, please
10 state them at the time of your appearance,
11 beginning with noticing counsel.
12        MR. KEYHANI:  Darius Keyhani of
13 Meredith & Keyhani, representing the plaintiff,
14 New Reflections Plastic Surgery LLC.
15        MR. PARADISE:  Gregg Paradise of
16 Lerner David Littenberg Krumholz & Mentlik,
17 representing the defendant and counterclaim
18 plaintiff.
19        THE VIDEOGRAPHER:  The court
20 reporter will please swear in the witness.
21 M I T C H E L L   C H A S I N,  M.D.,
22     residing at 299 East Northfield Road,
23     Livingston, New Jersey 07039, having been
24     duly sworn by the Certified Court
25     Reporter, testifies as follows:

2 (Pages 2 - 5)

DR. MITCHELL CHASIN

Page 6

1           -----
2           EXAMINATION
3           -----
4  BY MR. KEYHANI:
5      Q.   Good afternoon.
6      A.   Good afternoon.
7      Q.   Through the deposition I can call
8  you Dr. Chasin?
9      A.   Yes.
10     Q.   Fine. Dr. Chasin, can you tell us
11 how you prepared for the deposition today?
12     A.   I met with my attorney and we had
13 discussions regarding what to expect.
14     Q.   When did you meet with your
15 attorney?
16     A.   Before the deposition was
17 canceled, probably a week before they canceled
18 the deposition. So A few weeks ago.
19     Q.   When you say your attorney you are
20 speaking about the attorney present --
21     A.   Yes.
22     Q.   -- in the room today?
23         Did you meet with anybody else in
24 preparation for the deposition?
25     A.   No.

Page 7

1      Q.   How long did you prep?
2      A.   Two hours.
3      Q.   Did you have any other meetings in
4  connection with preparation?
5      A.   I have no other counsel.
6      A.   Yeah. I just meant did you have
7  any other meetings with your current counsel in
8  connection with preparing for the deposition?
9      A.   No. That is the only meeting that
10 we had.
11     Q.   No meetings today or yesterday?
12     A.   I showed up today for the
13 deposition.
14     Q.   I just wonder if you had prepared
15 at all additionally today before the
16 deposition?
17     A.   I showed up an hour before the
18 deposition and sat with the attorney.
19     Q.   And did some additional
20 preparation?
21     A.   Your definition is preparation.
22 If you'd like to -- I met and spoke with
23 attorney today.
24     Q.   I'm not defining it. I was just
25 asking, maybe you didn't, maybe you just had

Page 8

1  lunch.
2      A.   I came an hour before and spoke
3  with my attorney.
4      Q.   Did you review any documents in
5  preparation for the deposition today?
6      A.   Review any documents. He did not
7  present me with any documents to look at, no.
8      Q.   Well, I guess my question was did
9  you look at any documents? Whether it was with
10 him or by yourself in preparing --
11     A.   Some of the things we sent to you,
12 such as our profit and loss statement, I had in
13 front of me, my own records. But the attorneys
14 did not present me with any documents to review.
15     Q.   Besides the profit and loss
16 statements that you mentioned, anything else you
17 reviewed in preparation for this deposition?
18     A.   No, no.
19     Q.   Do you understand that you are
20 appearing today at this deposition in your
21 individual capacity, and also as the designated
22 30(b)(6) witness on behalf of your company
23 Reflections Center for Skin and Body? Do you
24 understand that?
25     A.   Yes.

Page 9

1      Q.   Not to be repetitive or to be
2  boring, but do you know what a 30(b)(6) --
3      A.   No.
4      Q.   -- witness is?
5         And I will just put it on the
6  record, and if your attorney has any issue with
7  that. You are basically speaking on behalf of
8  the company as a legal matter. And whatever you
9  say, your company is to be held to to the extent
10 it's consistent with the notice provided today.
11     A.   Okay.
12     Q.   Along those lines, I will provide
13 you what is the notice of the 30(b)(6)
14 deposition for your review. I will give a copy
15 for you to look at and to your counsel.
16        MR. PARADISE: Are you going to
17 mark that as an exhibit?
18        MR. KEYHANI: Yes. Please mark
19 this.
20        (Exhibit P-1, Notice of Deposition
21 of Reflections Center for Skin and Body, PC,
22 Under Rule 30(b)(6), was marked for
23 identification.)
24 BY MR. KEYHANI:
25     Q.   If you don't mind, take a few

3 (Pages 6 - 9)

DR. MITCHELL CHASIN

Page 26

1 medicine, you were perfectly qualified to
2 provide those services --
3      A.   Yes.
4      Q.   -- fully?
5      A.   Yes.
6           MR. PARADISE:  Dr. Chasin, if you
7 could just try to let Mr. Keyhani finish his
8 question and then answer.  I am seeing grimaces
9 from the court reporter.
10          THE WITNESS:  Okay.
11 BY MR. KEYHANI:
12     Q.   And you said the name of the
13 practice was called Priority Medical --
14     A.   Priority Medical Care.
15     Q.   And that was based out of what
16 town?
17     A.   Bridgewater, New Jersey.
18     Q.   Did you do any cosmetic work in
19 that practice?
20     A.   Define "cosmetic work."
21     Q.   Well, did you do face lifts or
22 some kind of laser treatment?
23     A.   We didn't do --
24     Q.   You are the doctor so -- any kind
25 of skin cosmetic work did you do?

Page 27

1      A.   Skin cosmetic work, yes.
2      Q.   What kind of skin cosmetic work
3 did you do at that urgent care practice?
4      A.   The urgent care practice was one
5 part of that practice.  There was another part
6 of that practice that was developed called
7 Reflections Center for Skin and Body.  So as
8 part of Reflections Skin and Body, there were
9 cosmetic treatments that were performed.
10     Q.   That was a separate --
11     A.   A d/b/a.  It was a d/b/a.
12     Q.   Please let me finish my questions,
13 kindly.
14          Was that a separate business
15 housed in the same office?
16     A.   Describe business -- what is a
17 business?
18     Q.   Well, was it a separate practice
19 housed in the same building?  Did you provide
20 those services in the same building?
21     A.   Those services were initially
22 performed -- yes.  The services were provided in
23 the same building, yes.
24     Q.   Did the name Reflections -- did
25 you say Reflections Skin?  What was it called at

Page 28

1 the time?
2      A.   Reflections Center for Skin and
3 Body.
4      Q.   Was there a sign outside the
5 building or in the office that said Reflections
6 Center for Skin and Body?
7      A.   Yes.
8      Q.   So when you walked into the office
9 were there two signs, one that said Priority
10 Medical Care, one said Reflections Skin Center
11 for Skin and Body?
12     A.   There were two separate signs,
13 yes.
14     Q.   At the same front desk that you
15 walked in?
16     A.   The front of the building had two
17 separate signs and two separate entrances.
18     Q.   On the same floor?
19     A.   On the same floor.
20     Q.   And did you work in these two
21 practices at the same time?  Like, you moved
22 between the two sides of the floor, for example?
23 See one patient, for example, that had an urgent
24 medical care issue, and then you'd walk across
25 and go to the side to deal with --

Page 29

1      A.   For a period of time.
2      Q.   For what period of time?
3      A.   I don't remember exactly.  But it
4 was a period of time that I saw patients in the
5 medical as well as the cosmetic side of the
6 practice.  And then it became primarily the
7 cosmetic part of the practice, my time.
8      Q.   When did you start using -- when
9 did you start -- when did you come up with that
10 name and start using the name -- break it up
11 into two parts.
12          When did you start using the name
13 Reflections Center for Skin and Body in that
14 practice?
15     A.   Approximate year 2000.
16     Q.   So from 1989 through about 2000,
17 Priority Medical Care was not doing any cosmetic
18 work, it was focused on, as you call it, urgent
19 medical care?
20     A.   I can't say that it did no
21 cosmetic work.  We might have done cosmetic work
22 during that --
23     Q.   But there was no Reflections Skin
24 Center?
25     A.   Correct.

8 (Pages 26 - 29)

DR. MITCHELL CHASIN

Page 30

1   Q.   What type of cosmetic work would
2 you have done between 1989 and 2000 before
3 you --
4   A.   Skin disease, suturing repair of
5 wounds.  A multitude of skin issues.
6   Q.   Any plastic surgery did you do at
7 that time?
8   A.   Describe plastic surgery for me,
9 define it.  What a layperson defines may be
10 different.
11   Q.   Sure.  Fair enough.  Did you do
12 any type of invasive medical procedures on the
13 face or body for aesthetic purposes?
14   A.   Suturing was an aesthetic medical
15 procedure on the face and body.  We did that,
16 yes.
17   Q.   You would agree that suturing is
18 not always --
19   A.   Aesthetic?
20   Q.   -- aesthetic?
21   A.   Suturing is always aesthetic.
22   Q.   In your view, suturing is always
23 aesthetic?
24   A.   Suturing should be aesthetic on
25 the face; hopefully it is.

Page 31

1   Q.   Do you believe suturing is a
2 cosmetic procedure?
3   A.   Repair of a skin wound on the face
4 is a cosmetic procedure, yes.  Should be.
5   Q.   So you said that around 2000 is
6 when you -- it was about 2000 when you started
7 to use the name Reflections Center for Skin and
8 Body, and you put a sign up at that time at this
9 office?
10   A.   I don't remember when the sign was
11 installed, but we started to use that name right
12 around the year 2000.
13   Q.   Now, you indicated that you did
14 your residency in family medicine.  And after
15 that what other training in the medical
16 procedures did you obtain or medical practice
17 did you obtain after your residency in family
18 medicine?
19   A.   What other training in family
20 medicine post -- can you --
21   Q.   Any medical training?
22   A.   Any medical training?
23   Q.   Yes.  Let's start with --
24   A.   Hundreds of conferences, dozens of
25 preceptorships, a multitude of

Page 32

1 hands-on -- hands-on training in a variety of
2 different things about the human body.
3   Q.   Okay.  I am trying to get some
4 chronology here.  After that, did -- you didn't
5 do any fellowships, medical fellowships, after
6 your family medicine residency, did you?
7   A.   No.
8   Q.   You didn't do any additional
9 residencies after your family medicine
10 residency?
11   A.   No.
12   Q.   You are not a plastic surgeon?
13   A.   No.
14   Q.   You are not board-certified in
15 plastic surgery?
16   A.   No.
17   Q.   Did you ever do any residency in
18 surgery, general surgery?
19   A.   No.
20   Q.   Did you do any other residency in
21 any other specialty or practice other than your
22 residency in family medicine?
23   A.   No.
24   Q.   So now you spoke about much
25 training.  Can you tell me your first or your

Page 33

1 first few types of training you did after --
2   A.   If I can go back.  I have titles
3 of fellow in different organizations.
4   Q.   But my question was very specific,
5 if you did a fellowship.  And you know what that
6 means in your practice, in --
7   A.   Tell me what it means and I will
8 know how to answer.
9   Q.   Why don't you tell me for the
10 record so there is no confusion, what is a
11 medical fellowship for medical doctors?
12   A.   There is a residency -- there is a
13 residency -- there is residency, there's
14 fellowship, and then there are fellowship in
15 organizations.
16   Q.   Understood.
17   A.   I want to be clear.
18   Q.   I am talking about residency,
19 fellowship.  And then we can leave aside
20 fellowship in organizations, which is a separate
21 category, you would agree, right?
22   A.   Yes.  I just wanted to be clear.
23   Q.   I appreciate that.  Because we
24 don't want to have any confusion for the record.
25      So after your family -- your

9 (Pages 30 - 33)

DR. MITCHELL CHASIN

Page 38

1 platelet-rich plasma which is injected
2 underneath the skin. There are procedures that
3 involve processing of fat into components
4 injected underneath the skin. There are
5 procedures for leg veins that are provided
6 underneath skin. I can keep on going on and on.
7        Q.   That's fine. Thank you.
8        A.   These are minimally invasive.
9        Q.   And you are under local anesthetic
10 for these procedures?
11       A.   Yes. Everything is under local
12 anesthetic if anesthesia is necessary.
13       Q.   Thank you. Who came up with the
14 term Reflections?
15       A.   I did.
16       Q.   When did you come up with that
17 term?
18       A.   Somewhere around the year 2000. I
19 don't know exactly.
20       Q.   Did you ever use the term by
21 itself or did you only use it in connection with
22 the name Reflections Center for Skin and Body?
23       A.   Reflections as an abbreviation of
24 the term I'm sure has been used, I've used.
25       Q.   On marketing materials at your

Page 39

1 office? On business cards?
2        A.   Business cards normally it would
3 be Reflections Center for Skin and Body. But
4 Reflections is a term that would commonly be
5 used as a shortcut to that, as a descriptor of
6 the name.
7        Q.   Did you use that -- do you
8 recollect using that in any particular marketing
9 material? When I say "that" I mean the word
10 just "Reflections" by itself.
11       A.   I can't tell you exactly which
12 document. But it wouldn't -- it would be -- it
13 wouldn't be an unusual thing to use the title
14 Reflections rather than the full wording --
15       Q.   But you don't recall --
16       A.   -- rather than the full
17 descriptor. So it would not be unusual to use
18 the term Reflections to describe our office.
19       Q.   Do you recall -- do you have any
20 documentations or recall any time that you
21 specifically used the term Reflections by
22 itself?
23       A.   I don't have documentation on me.
24 But that would be a common thing for us to do,
25 to speak about our office as Reflections, to use

Page 40

1 that terminology as Reflections.
2        Q.   Do you believe you have any
3 documentation -- I'm not finished with my
4 question, please.
5            Do you believe you have any
6 documentation, not on you right now but
7 anywhere, where you only use the term
8 Reflections in connection with your practice or
9 services by itself?
10       A.   I haven't searched for it. I
11 haven't been asked to search for it. I haven't
12 searched for it.
13       Q.   But you may very well have that?
14       A.   I don't know. It certainly would
15 be something that we would use and talk about as
16 a descriptor for the practice. But in terms of
17 maintaining old documents, I would have to look.
18 I just don't know.
19       Q.   I believe you were asked for it.
20 So I would like to make a point on the record
21 that we would like any documentation, production
22 of any documentation of any marketing,
23 advertising, letterhead, or any other documents
24 that use the term Reflections by itself in
25 connection with products or services that you

Page 41

1 offer.
2            MR. PARADISE:  And we'll take that
3 request under advisement.
4            MR. KEYHANI:  Thank you.
5            (REQUEST)
6 BY MR. KEYHANI:
7        Q.   You said on or about 2000 you came
8 up with the term Reflections to be used in
9 connection with Reflections Center for Skin and
10 Body as a name for this practice that you
11 described. Is that correct?
12       A.   Yes.
13       Q.   At that time did you register any
14 trademark for that -- for the name Reflections
15 Center for Skin and Body?
16       A.   Yes.
17       Q.   Where did you register that?
18       A.   In New Jersey.
19       Q.   Did you register that or did
20 somebody else?
21       A.   We had a law firm do that.
22       Q.   Now, there are some documents that
23 you've produced that show some assignment of the
24 term Reflections, the trademark that you
25 registered in New Jersey to various entities.

11 (Pages 38 - 41)

DR. MITCHELL CHASIN

Page 54

1 year ago. Right? This is last year.
2     A.   Are you asking if it
3 is -- 11/1/16.
4     Q.   Yeah. I guess --
5     A.   A year.
6     Q.   You don't remember. That's not
7 very long ago. Is there any reason why you
8 don't think you would remember signing it?
9     A.   I don't have the memory. I sign a
10 lot of forms. If you ask me what it is, it is
11 assignment from Reflections of Livingston to
12 Reflections Center for Skin and Body.
13     Q.   Do you know why you would have
14 done this, to assign from Reflections of
15 Livingston --
16     A.   These are two entities of which I
17 have ownership, or had ownership, I should say.
18 Had or have.
19     Q.   Do you own an entity called
20 Reflections of Livingston LLC right now?
21     A.   I think -- we have two locations.
22 One location was Reflections of Livingston in
23 Livingston under the -- I think it's one parent
24 company now, Reflections Center for Skin and
25 Body.

Page 55

1     Q.   So you believe you own an entity
2 called Reflections of Livingston LLC?
3     A.   Reflections of Livingston is an
4 entity that I definitely owned. I don't know if
5 it's an active thing or if they've been merged
6 into one, one entity. So I was a sole owner, at
7 least at one point, of Reflections of
8 Livingston.
9     Q.   And you don't know why you may
10 have transferred a trademark between the two
11 entities?
12     A.   I would think at the advice of
13 counsel.
14     Q.   What kind of services does
15 Reflections of Livingston LLC provide or
16 provided? Because you don't know if you
17 still --
18     A.   Same -- same services as we
19 described before.
20     Q.   The same services that Reflections
21 Center for Skin and Body provides?
22     A.   Correct.
23     Q.   Originally when you -- when the
24 registration -- a New Jersey registration was
25 filed for the word Reflections, was that

Page 56

1 something that you did or was that something
2 your partner did? Your partner being
3 Dr. Brodrick.
4     A.   Our attorneys filed.
5     Q.   I understand. But was that at
6 your request? Was it at your partner's
7 request?
8     A.   I don't recollect.
9     Q.   Do you know if your partner,
10 Dr. Brodrick, had any interest in the trademark
11 Reflections?
12     MR. PARADISE:  Objection to form.
13     Q.   Economic interest? Money interest
14 in it? Did he have ownership in it?
15     A.   At the time -- at the time he was
16 a 50 percent partner.
17     Q.   Do you know when this was
18 assigned, and again, this is a 2011 document we
19 are looking at, 02 -- page 22, Bates number 22,
20 did you pay him any money or any other
21 consideration for him to transfer this over or
22 to sign this transfer?
23     MR. PARADISE:  Objection to form.
24     A.   No.
25     Q.   You did not?

Page 57

1     A.   Not to my recollection, no.
2     Q.   Did you ask him to sign this
3 document?
4     A.   Not to my recollection. I don't
5 remember this document being signed.
6     Q.   Do you know if you did -- you or
7 your attorneys at the time that -- I say your
8 attorneys, the attorneys for the entity Priority
9 Medical Care PA, which was in existence at the
10 time that this registration, New Jersey
11 registration 20852, was filed for, do you know
12 if any search was done, any trademark search was
13 done at that time?
14     A.   Prior to filing for a
15 registration?
16     Q.   Yes.
17     A.   You are asking me what does an
18 attorney do before they file? How would I --
19     Q.   I asked did you do a search or did
20 you ask your attorney or anybody else who
21 requested that search on behalf of your
22 practice, asked for a --
23     A.   We asked our attorneys -- we had
24 interest in a name and asked if that's something
25 that we could trademark.

15 (Pages 54 - 57)

DR. MITCHELL CHASIN

1    Q.   Did you ask them to do a trademark
2 search in connection with that at the time?
3    A.   I have no recollection. I would
4 assume an attorney does a trademark search if
5 the individual is not going to do that for
6 themselves.
7    Q.   So you assume that your attorneys
8 would have done a trademark search at the
9 time?
10    A.   I would assume that's part of what
11 someone does before securing a trademark, sure.
12    Q.   Are you aware if any trademark
13 search was done for you at that time or for your
14 entity? I say for your entity because you were
15 a part-owner of an entity at the time.
16    A.   Yeah. There were discussions
17 about whether this was a viable name. In other
18 words, was it being used by someone that we
19 wouldn't have the ability to secure it for
20 ourselves. I remember that discussion. Yeah.
21    Q.   And you -- it was your
22 understanding at the time that it was not being
23 used by anybody else?
24        MR. PARADISE: Objection. I am
25 going to caution you don't disclose the

1 substance of any communications you had with
2 your attorneys.
3    Q.   Absolutely. Just so I am also
4 clear about it, I am not asking for what you and
5 your attorneys discussed. I am asking about
6 your understanding at the time.
7        Was it your understanding at the
8 time, you and/or your partner's
9 understanding --
10    A.   My understanding --
11        MR. PARADISE: Let me interrupt
12 for one second. If your understanding was
13 solely as the result of being informed by
14 attorneys, I am going to instruct you not to
15 answer. If you had any independent
16 understanding, you are free to give that
17 information.
18    Q.   I am going to object to that
19 direction. But we don't have to get into a
20 dispute over that at this point. But I object
21 to that direction. I think we are
22 entitled -- we are entitled to know your
23 understanding, however you developed the
24 understanding. We are not going to get into any
25 communications with your lawyer.

1        I guess my question is: At the
2 time this application was filed for the
3 New Jersey registration, were you aware -- let
4 me frame it like this -- were you aware of there
5 being any other entities using the term
6 Reflections in connection with spa or medical
7 services?
8    A.   No, I have no recollection of
9 that.
10    Q.   So you weren't aware of any other
11 entity using the name -- the name Reflections?
12    A.   I have no recollection of any
13 conflicts that would -- that would cause us not
14 to be able to secure that name. That is, in
15 New Jersey. You are asking about New Jersey,
16 correct?
17    Q.   That is correct.
18    A.   Yes.
19    Q.   Did you ever try to get federal
20 registration for the term Reflections or any
21 other term that incorporated the term
22 Reflections in it?
23    A.   No. Not to my recollection, no.
24    Q.   You never tried to obtain a
25 federal trademark registration for the

1 Reflections Center for Skin and Body?
2    A.   Not to my recollection.
3    Q.   Did you ever hire an attorney to
4 do that for you?
5    A.   Not to my recollection.
6        MR. KEYHANI: I would like to mark
7 this as Plaintiff's Exhibit 3.
8        (Exhibit P-3, Registration, was
9 marked for identification.)
10 BY MR. KEYHANI:
11    Q.   I submit that this is a document
12 from the United States Patent and Trademark
13 Office pull-down, and it's a registration for
14 the term Reflections. Take a moment to take a
15 look at this.
16        Have you ever seen this
17 registration before?
18    A.   I'm not following seeing
19 this -- this piece of paper I've never seen
20 before.
21    Q.   Okay. You've never seen this
22 piece of paper. Fair enough. Were you
23 aware -- are you aware that another entity has
24 used the term Reflections in connection with
25 medical care and health services prior to your

16 (Pages 58 - 61)

DR. MITCHELL CHASIN

Page 110

1 payroll?
2    A.   Yeah.
3    Q.   And it looks like on page 558
4 that's about 2,938,831, payroll expense?  I'm
5 looking at 558.
6         Let's try to keep them together.
7    A.   Yes.  2,900,000 payroll expense in
8 2016.  Close to $3 million of payroll.
9    Q.   And then marketing expenses, let's
10 see here.  Advertising, marketing I assume would
11 be on here under one category.
12    A.   What's total marketing expenses?
13 Is that what you are asking?
14    Q.   Yes.  For 2016.
15    A.   Roughly $600,000.
16    Q.   And you are looking at
17 which -- it's on the same page?
18    A.   I'm looking at -- there's
19 marketing 16, 66, 74,353.  I'm looking at things
20 under marketing --
21    Q.   Website?
22    A.   Total, roughly $600,000.
23    Q.   This would be for one year, for
24 2016?
25    A.   Correct.

Page 111

1    Q.   Would this number be similar
2 proportionately in 2017 and 2015, marketing?
3    A.   I would have to look and tell you.
4 I don't know that offhand.
5    Q.   Do you make all decisions
6 regarding what's paid to marketing, marketing
7 and advertising?
8    A.   We have a director of marketing as
9 part of our practice.
10    Q.   Who is an employee of the
11 firm -- of the practice, I mean?
12    A.   Yeah.
13    Q.   Who is that person?
14    A.   Jen Peterson.
15    Q.   Is she the office manager also?
16    A.   No.
17    Q.   She is a salaried employee?
18    A.   Yes.
19    Q.   How long has she been working with
20 you, with your business?
21    A.   Roughly three years, roughly.
22    Q.   Have you always had a marketing
23 manager or is this something more recent?
24    A.   I can't answer to always.
25    Q.   Let's say before her did you have

Page 112

1 a marketing manager?
2    A.   Yes.
3    Q.   For how long did you have one
4 before her?
5    A.   I don't know how long he was
6 there.  Could have been four years, five years.
7 I'm not sure exactly.
8    Q.   In 2001, when you had your partner
9 in your prior practice, did you have a marketing
10 manager at that practice?  And to be specific, I
11 am talking about Priority Medical Care.
12    A.   I don't remember exactly.  But
13 more than likely, it was probably office
14 managers providing those kinds of services.  But
15 I don't remember exactly.
16    Q.   And you had an office manager at
17 that time?
18    A.   Yeah, uh-huh.
19    Q.   Do you remember the office
20 manager's name at that time?
21    A.   I don't remember exactly in 2001.
22 I don't.
23    Q.   In your expenses, is there a
24 category in which -- that would cover like
25 materials you use in connection with your

Page 113

1 procedures?  Like products that you need to use
2 or any kind of instruments, products?  Things
3 like -- that are, like, get disposed of once
4 your procedure --
5    A.   There are a number of categories.
6 There equipment service expense.  There's
7 service contracts which go into the use of
8 machinery there.  There's surgical supplies.
9 There's -- I'm looking for equipment expense.
10 So there's a multitude of categories that seem
11 to speak to your -- answer to your question.
12         MR. KEYHANI:  How about we take a
13 little break here, if that's okay.
14         MR. PARADISE:  Sure.
15         MR. KEYHANI:  Thank you.
16         THE VIDEOGRAPHER:  Off the record
17 4:30 p.m.  This is the end of media unit 2.
18         (Break taken.)
19         THE VIDEOGRAPHER:  Going back on
20 the record 4:59 p.m.  This is the beginning of
21 media unit 3.
22 BY MR. KEYHANI:
23    Q.   Dr. Chasin, when did you first
24 become aware of the plaintiff in this case?  And
25 when I say "the plaintiff," I mean New

29 (Pages 110 - 113)

Page 114

1  Reflections Plastic Surgery LLC.
2      A.   Roughly April of '16, roughly.
3      Q.   How did you become aware of
4  their --
5      A.   Our director of marketing noticed
6  it searching through the -- on the internet.
7  That's how she became aware of it.
8      Q.   How do you search for competitors
9  in your business?
10         Let me ask you, do you search for
11 competitors in your business?
12     A.   Do I or the office?
13     Q.   I don't mean you personally, but
14 people that work with you.  How do you go about,
15 I guess, figuring out who your competitors are
16 in your market space?  When I say you --
17     A.   Google pretty much controls the
18 universe at this point.  So if search
19 terms -- if search terms reveal different
20 individuals from the search query, you know,
21 they can be online competitors.
22     Q.   So what kind of Google search
23 terms do you use or does your marketing use to
24 find competitors in your practice?
25     A.   I wouldn't know specifically what

Page 115

1  terms, but any term relating to the procedures
2  that are provided.  So it could be "liposuction
3  New Jersey," it could be "Reflections Botox," it
4  could be -- anything.  It can have the name of
5  the practice, which is consistent with the
6  branding.  It could be someone searching by a
7  procedure that they are interested in.
8      Q.   So generally by name of a
9  procedure would be the way they would search?
10     A.   After 20 years, close to 20 years
11 of doing this, very often they are searching by
12 name of practice.  So all the effort and money
13 that's gone into branding, people will search
14 "Reflections."  That's -- there's less word of
15 mouth in a lot of these, and the internet has
16 dominated the information.
17     Q.   They would just look for the term
18 "Reflections"?
19     A.   "Reflections," and looking for --
20 if someone was having Botox, they may look at
21 "Reflections Botox."  They may look at
22 "liposuction" and the state.  They may
23 look -- there is a variety of different ways.
24         If the question is about
25 competitors, it's basically who comes up when

Page 116

1  people search.
2      Q.   Prior to 2016 -- April 2016, did
3  you or anybody working for you search search
4  terms relating to Reflections on Google or any
5  other search engine?
6      A.   I'm not aware of that.  I'm not
7  aware.  I can't answer that, whether they did or
8  didn't.
9      Q.   Did you ever search before
10 2016 --
11     A.   I have no recollection of putting
12 in "Reflections" and searching for our name.  I
13 don't have a recollection of that.
14     Q.   No recollection of doing a search
15 on "Reflections" prior to 2016?
16     A.   Correct.
17     Q.   What about doing searches on the
18 internet, Google or some other search engine,
19 for other procedures like you mentioned?  Did
20 you do any of that, or somebody else working for
21 you?
22     A.   Generally it's the marketing
23 individuals, that's part of my understanding,
24 searches.  And where you show up -- it's mostly
25 where -- what kind of numbers you are showing up

Page 117

1  organically on a search, that's something that
2  they would typically report on.
3      Q.   And over the past decade you or
4  other people working for you have never searched
5  and located the plaintiff's practice?
6      A.   The first time it was brought to
7  my attention was April of 2016.
8      Q.   Would it be surprising to you that
9  the plaintiff's name was -- practice was highly
10 optimized on Google years before?
11         MR. PARADISE:  Objection to form.
12     A.   How do you -- what does that mean,
13 they are highly optimized?  I don't know --
14     Q.   I will use the term -- they spent
15 a lot of money on internet marketing with Google
16 to get the ratings, to get -- to be placed high
17 up.
18     A.   Was that in a paid search?  Was
19 that organic search?  Was there SCO?  Were there
20 inbound lanes?  There is a whole science -- if
21 you tell me what they were doing I will tell you
22 whether it seems that they were adhering to the
23 standard of care and should have done better.
24 But I don't know what that means.
25     Q.   Well, all of the above.  They are

30 (Pages 114 - 117)

DR. MITCHELL CHASIN

1 hiring the same type of individuals that do this
2 kind of search engine optimization, let's
3 say --
4      A.   What level were they doing that?
5 You are asking me --
6      Q.   The question is, I guess, would it
7 be surprising to you that they were highly
8 ranked on the various factors -- they were
9 easily accessible on the internet before April
10 2016?
11           MR. PARADISE:  Objection to form.
12      A.   What does that -- you are making a
13 statement, you are not asking.  You are telling
14 me -- are you asking me -- I would have
15 thought --
16      Q.   I am asking you -- would that be
17 surprising to you is the question?
18           MR. PARADISE:  Objection to form.
19      A.   I would have -- in my opinion,
20 which is just an opinion, I think they
21 are -- they have most likely ramped up their
22 efforts, used different companies.  I don't know
23 what they did.  But it seems that their -- their
24 exposure on the internet has increased.
25 So -- and good for them.  Investing in that and

1 they are learning new tactics or doing new
2 things, good for them.  But my feeling is that's
3 why we are now noticing this problem, that it's
4 probably from those efforts are becoming
5 fruitful.  Which is great for them, but it's
6 caused confusion.
7      Q.   In 2009, 2010, do you recall doing
8 any Google search engine or other search engine
9 searches for the term "Reflections" or any
10 other -- you, yourself?
11      A.   I don't -- myself, that's really
12 not where I'm spending my time, honestly.
13      Q.   In 2008, 2009, 2010 period, did
14 anybody working for you do any search engine
15 searches for the term "Reflections" or other
16 procedure that you described that related to
17 your practice?
18      A.   Nothing -- to my recollection, no
19 one has presented me with searching for
20 "Reflections" and what that -- you know, what
21 that -- what kind of results they gave.  I've
22 never been produced -- I've never been handed
23 that.
24      Q.   So you are not aware of anybody
25 yourself -- first of all, you never did any of

1 those searches in 2008, 2009?
2      A.   I have no recollection of doing a
3 search for -- I've done searches for my name.
4      Q.   Sure.
5      A.   But I don't have any recollection,
6 and no one is handing me a report saying I've
7 searched for "Reflections," this is what
8 it's -- this is what it's returned.  It's just
9 not something you normally would do because
10 there's usually not a competitor for your name.
11      Q.   And you never asked anybody that
12 worked for you to do any searches for
13 competitors using your name or procedures --
14      A.   No.
15      Q.   -- on the internet?
16      A.   No.
17      Q.   Not in 2008?  Not in 2009?
18 2010?
19      A.   To my recollection, I've never
20 asked someone to search for our name and see
21 what --
22      Q.   Or the term "Reflections" itself,
23 let's say?  Have you ever asked -- because your
24 name is a longer name, but you never asked
25 anybody to look for the term "Reflections" on

1 the internet in 2008, 2009, 2010?
2           MR. PARADISE:  Objection to form.
3      A.   To my recollection, I don't -- I
4 don't remember ever asking someone to search for
5 "Reflections" -- "Reflections Center for Skin
6 and Body" or "Reflections."
7      Q.   Or for any -- same question, or
8 for any procedure that you -- that your practice
9 does in that period between 2008 and 2010?
10      A.   Searching -- that is --
11      Q.   For terms like the various
12 procedures that you mentioned earlier that --
13      A.   It would be customary -- can I
14 jump in, or no?
15      Q.   Yes, go ahead.
16      A.   It would be customary for us to
17 look for search results for procedures that we
18 do, yes.
19      Q.   It would be.  For procedures you
20 do?
21      A.   Sure.
22      Q.   And you would have done that in
23 2009 and 2010?
24      A.   Yes.  I would think we were
25 looking -- I mean, search engine -- search

31 (Pages 118 - 121)

DR. MITCHELL CHASIN

Page 142

1          MR. PARADISE:  Thank you.  And
2 when you bring it up with the judge I will point
3 out that you are giving false legal information
4 in your question, as a premise of your question,
5 and that is what I am objecting to.
6          MR. KEYHANI:  I am not giving any
7 such false information.
8          MR. PARADISE:  You are --
9          MR. KEYHANI:  I'm asking --
10          MR. PARADISE:  Go on.  He's
11 already said --
12          MR. KEYHANI:  Mr. Paradise --
13          THE REPORTER:  I cannot get you
14 both at once.  I can't do it.
15          MR. PARADISE:  He won't stop
16 talking.  I can't help that.
17          MR. KEYHANI:  This is my
18 deposition, and I will talk.
19          THE REPORTER:  That has nothing to
20 do with what I write.
21          MR. KEYHANI:  He is interrupting
22 my deposition.
23          Mr. Paradise, if we have a
24 difference of what the law is, that is perfectly
25 fine.  You can go object to that in your papers

Page 143

1 about what the law is.  I am asking a factual
2 question.
3 BY MR. KEYHANI:
4    Q.   My factual question is:  In this
5 declaration, Dr. Chasin, it specifically says
6 that the mark was first used as early as
7 12/10/2004, and it has your name associated with
8 this declaration submitted to the Patent and
9 Trademark Office.
10          MR. PARADISE:  I object because
11 this declaration does not say anything of the
12 sort and you know it.  You can read it in the
13 document.
14          MR. KEYHANI:  It says the mark was
15 first used in as early as 12/10/2004.  That's
16 what it says.
17          MR. PARADISE:  Not in the
18 declaration it doesn't.
19          MR. KEYHANI:  The document that's
20 represented here says that.
21          THE WITNESS:  You are asking about
22 the declaration or are you asking --
23          MR. KEYHANI:  I'm asking about --
24 this representation --
25          (Simultaneous speakers.)

Page 144

1          THE WITNESS:  Are we asking what's
2 real or are we asking the declaration --
3 BY MR. KEYHANI:
4    Q.   This declaration associated with
5 this application gives a first use date.  Okay.
6 I am asking about that first use date.
7          MR. PARADISE:  Objection to form.
8 You are misrepresenting the document.
9          MR. KEYHANI:  You can object to
10 whatever you want, but you do not have a right
11 to have talking objections during the
12 deposition.  The witness can testify to whatever
13 he feels is the accurate statement.  But I am
14 asking a factual question.
15    A.   All I can answer to is the
16 question of when we started using that mark, and
17 we started using that mark right around the year
18 2000.  That's what I can testify to, which I've
19 said previously.  This form, there is something
20 here about a date of 2004.  I did not write
21 that, I did not authorize this, and I am not
22 aware of any of this.  And in terms of
23 declaration, I don't see -- I don't understand
24 the -- how these things connect.
25    Q.   So you are testifying under oath

Page 145

1 today that you did not -- you did not endorse or
2 put forth December 10, 2004, as a date of first
3 use --
4          Let me finish my question.
5    A.   Go ahead.
6    Q.   -- in connection with your
7 application for Reflections for Skin and Body?
8    A.   Absolutely not, I did not use a
9 date of 2004, nor -- I can't even conceive of
10 why I would do that.  That would seem to be
11 disadvantageous.  So --
12    Q.   And who unearthed and filed this
13 application?
14    A.   That's for you -- that's why I
15 asked you to show me my signature.
16    Q.   Who do you think filed this
17 application?
18          MR. PARADISE:  Objection to form.
19    Q.   As you sit here today who do you
20 think filed this application?
21          MR. PARADISE:  Objection to form.
22    Q.   You can answer the question.
23    A.   I don't know.  You are asking me
24 whether I did it.  I did not do it.  I did not
25 instruct our attorneys to do it.  So I'm more

37 (Pages 142 - 145)

DR. MITCHELL CHASIN

Page 150

```
1        C E R T I F I C A T E
2
3        I, SEVA FLICSTEIN, a Certified
4  Shorthand Reporter of the State of New Jersey,
5  do hereby certify that prior to the commencement
6  of the examination the witness was sworn by me
7  to testify the truth, the whole truth and
8  nothing but the truth.
9        I DO FURTHER CERTIFY that the
10  foregoing is a true and accurate transcript of
11  the testimony as taken stenographically by and
12  before me at the time, place and on the date
13  hereinbefore set forth.
14        I DO FURTHER CERTIFY that I am
15  neither of counsel nor attorney for any party in
16  this action and that I am not interested in the
17  event nor outcome of this litigation.
18
19
20
21
22
23
24      _____
25        SEVA FLICSTEIN
```

Page 151

```
1  NEW REFLECTIONS PLASTIC      :
   SURGERY, LLC,
2                          :
         Plaintiff,         :
3                          :
   -against-
4                          :
   REFLECTIONS CENTER FOR SKIN
5  AND BODY, PC,            :
6        Defendant.   :
   _____X
7
8
9      I have read the foregoing transcript and
   found it to be a truthful and accurate
10  representation of the testimony I gave in
   connection with the captioned matter on
11  _____.
12
13
14      _____
         MITCHELL CHASIN, M.D.
15
16
17
   The State of:
18  County of:
19
   Sworn and subscribed to before me on this
20  day    of          , 2017
21
22  NOTARY PUBLIC _____
23  My commission expires:
24
25
```

Page 152

```
1        E R R A T A   S H E E T
2
3      Please list any correction with the
   corresponding page and line numbers.
4
5      PAGE  LINE        CORRECTIONS
6  1.           :
7  2.           :
8  3.           :
9  4.           :
10  5.           :
11  6.           :
12  7.           :
13  8.           :
14  9.           :
15  10.          :
16  11.          :
17  12.          :
18  13.          :
19  14.          :
20  15.          :
21  16.          :
22  17.          :
23  18.          :
24  19.          :
25  20.          :
```

39 (Pages 150 - 152)

# SELECTED EXHIBITS FROM DEPOSITION OF MITCHELL CHASIN, M.D.

P-2 (excerpts)

DEPARTMENT OF THE TREASURY
Division of Revenue and Enterprise Services
Business Support Services, Commercial Recording
P.O. Box 308
Trenton, NJ  08646
Session Number: 2852841

Acknowledgement Printed:  11/17/2016

SHIP TO:

    LERNERDAVID
    600 SOUTH AVE WEST
    WESTFIELD, NJ 07090

Thank you for your recent work request. The following information summarizes all
work requests processed and the associated fees.

If your work was rejected, it is imperative that you include this form or a copy when
resubmitting corrected documents or if you are requesting a refund.
This will assist us in verifying payment and the original date the work request was
submitted.  Call us at (609) 292-9292 if you have any questions regarding this notice.

---

1. Customer Number:  931001
2. Account Number:
3. Session Number:  2852841   ,  Session Date:     11/15/2016
4. User ID:  16
5. Comments On Work Request:

6. Received Date:    11/10/2016
7. Number of Rejected Jobs:  0
Method of Payment: Check
Check No:  95980                          Amount:        $50.00
Job 1 :                              Job Completion Status:  C  CLOSED (JOB OR SESSION)
Session Number: 2852841
Work Description: TSI_AD  ADD TRADE/SERVICE MARK OR INSIGNIA
Job Number:  5048049
Filing Number:  20852
Processed Date:  17-NOV-16
Entity Name:              REFLECTIONS
Comments On Job:

Continued on next page ...



REFLEC-000005

TMSM—03
Rev. 10/02

New Jersey Division of Revenue

## APPLICATION TO ASSIGN A REGISTERED TRADE OR SERVICE MARK

*This form may be used by applicants seeking to reassign a registered State trade or service mark pursuant to NJSA 56. Applicants are responsible for strict adherence to all requirements as set forth in State law.*

1. Trade/Service Mark Number:

   (as assigned by the State Treasurer and listed on the Certificate of Registration)

   20852

2. Owner Information:

   a. Name:   Reflections of Livingston, LLC

   (must match the name indicated on the Division of Revenue's records):

   b. Current Business Address:

   299 East Northfield Road
   Livingston, NJ  07039

   (must match the address indicated on the Division of Revenue's records)

   **FILED**

   **NOV 1 7 2016**

   **STATE TREASURER**

4. Assignee Information:

   a. Name:   Reflections Center for Skin and Body, PC

   b. Address:   299 East Northfield Road
   Livingston, NJ  07039

5. Signatures:

   The mark is hereby assigned.

   _____          _N-1-16_
   (Signature of Owner, or a Member of the Firm, or an            (Date)
   Officer of the Corporation or Business Applying)

                                        _11-1-16_
   _____          (Date)
   (Assignee)

   Merrianne R. Van Note

   MERRIANNE R VANNOTE
   Commission # 2270680
   Notary Public, State of New Jersey
   My Commission Expires
   December 18, 2020

   11-1-16

REFLEC-000007

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT

REFLECTIONS OF LIVINGSTON, LLC
299 EAST NORTHFIELD ROAD
LIVINGSTON   NJ   07039

DID ON THE 17TH DAY OF NOVEMBER A.D. 2016 FILE IN THIS DEPARTMENT AN ASSIGNMENT OF:

SERVICE MARK
MARK REG NUM : 20852
REFLECTIONS
SKIN AND BODY TREATMENT SERVICES, INCLUDING MICRODERM ABRASION, BODY/SKIN TREATMENTS, MASSAGES, ETC

CLASSIFICATION GROUP : SERVICES
      CLASS :   042  MISCELLANOUS

TO:

REFLECTIONS CENTER FOR SKIN AND BODY, PC
299 EAST NORTHFIELD ROAD
LIVINGSTON   NJ   07039

REGISTRATION DATE:                11/16/2001
EXPIRATION DATE:                  11/16/2021
DATE OF FIRST USE IN NEW JERSEY: 12/01/2000
DATE IN USE ELSEWHERE:

AS BY THE STATUTES OF THIS STATE REQUIRED.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS 17TH DAY OF NOVEMBER A.D. 2016.

Ford M Scudder
State Treasurer

Certificate Number:     139176232
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

REFLEC-000008

TMSM-02
Rev. 10/02

## New Jersey Division of Revenue

## APPLICATION TO RENEW A REGISTERED TRADE OR SERVICE MARK

*This form may be used by applicants seeking to renew a registered State trade or service mark pursuant to NJSA 56. Applicants are responsible for strict adherence to all requirements as set forth in State law. Applications may be submitted anytime within six months prior to the expiration of the registration period.*

1. Trade/Service Mark Number: (as assigned by the Treasurer and listed on the Certificate of Registration)

    20052

2. Classification Within Which the Goods or Services Falls (as listed on the Certificate of Registration or Filed Registration Application Form)

    CLASS 42: SKIN AND BODY TREATMENT SERVICES, INCLUDING MICRODERM ABRASION, BODY/SKIN TREATMENTS, MASSAGES, ETC

3. Owner Information:

    a. Name: (must match the name shown on the Division of Revenue's records)

    Reflections Center for Skin and Body, PC

    b. Current Business Address:

    299 EAST NORTHFIELD ROAD
    LIVINGSTON, NJ 07039

4. Assignee Information: (if applicable, provide assignee name/address)

    a. Name:

    b. Address:

5. Signature(s) and Statement of Continued Use: (verification required)

    The owner attests that he or she is the owner of the mark, and that the mark is still in use in this State.

    _____          11-3-16
    (Signature of Owner, or a Member of the Firm, or an          (Date)
    Officer of the Corporation or Business Applying)

    _____          _____
    (Assignee, if Applicable)          (Date)

    Subscribed and sworn to before me, Merrianne VaNote
    a Notary Public, this 3rd day of November A.D. 20 20.

    _____
    (Notary Public)

    MERRIAHNE R VANNOTE
    Commission # 2270560
    Notary Public, State of New Jersey
    My Commission Expires
    December 18, 2020

Note: *Attach a specimen showing the mark as actually used on or connection with the goods or services involved.*

REFLEC-000013

## TRADEMARK ASSIGNMENT

This Agreement is between Priority Medical Care, P.A., a corporation organized under the laws of New Jersey, having a place of business at 350 Grove Street, Bridgewater, NJ 08807 ("Assignor"), and Reflections of Livingston, LLC, a New Jersey corporation, having a place of business at 299 East Northfield Road, Livingston, NJ 07039 ("Assignee").

For good and valuable consideration, the receipt and exchange of which is hereby acknowledged, Assignor hereby assigns to Assignee all of the right, title and interest in and to the following trademarks and registrations:

REFLECTIONS                           NJ Reg. No. 20852

ENJOY THE SKIN YOU'RE IN              NJ Reg. No. 20851

that are currently held by Assignor, including but not limited to, and all the goodwill associated with the marks, and including the right to collect past damages. Assignee shall have the responsibility of maintaining the New Jersey registrations.

PRIORITY MEDICAL CARE, P.A.

By: _Ian B. Broadrick_

Printed Name: _Ian B. Broadrick_

Date: _8/11_____, 2011    Title: _President_

NOTARY:

State of _____ )
                 ) S.S.:
County of _____ )

Before me this 1st day of _August_, 2011, personally appeared _Ian B. Broadrick, MD_ to me known to be the person who is described in and who signed the foregoing Assignment and acknowledged to me that he signed the same of his own free will for the purpose therein expressed.

_Merrianne R Van Note_
Notary Public

MERRIANNE R VANNOTE
Commission # 2270560
Notary Public, State of New Jersey
My Commission Expires
December 18, 2015

7_22_11 Assignment from PMC to Reflections

REFLECTIONS OF LIVINGSTON, LLC

By: _____

Printed Name: Mitchell Chasin, MD

Date: _____8|1_____, 2011    Title: _____owner_____

NOTARY:

State of          )
                 ) S.S.:
County of        )

Before me this 1st day of _August_, 2011, personally appeared Mitchell Chasin, MD to me known to be the person who is described in and who signed the foregoing Assignment and acknowledged to me that he signed the same of his own free will for the purpose therein expressed.

_Merrianne R. Van Note_
Notary Public

MERRIANNE R VANNOTE
Commission # 2270580
Notary Public, State of New Jersey
My Commission Expires
December 18, 2015

REFLEC-000023



I, THE TREASURER THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

PRIORITY MEDICAL CARE, P.A.
350 GROVE STREET
BRIDGEWATER NJ 08807

DID ON THE 16TH DAY OF NOVEMBER A.D. 2001 FILE IN THIS
DEPARTMENT

SERVICE MARK
MARK REG NUM : 20852
REFLECTIONS
SKIN AND BODY TREATMENT SERVICES, INCLUDING MICRODERM
ABRASION, BODY/SKIN TREATMENTS, MASSAGES, ETC

CLASSIFICATION GROUP : SERVICES
CLASS : 042 MISCELLANEOUS

RENEWAL DATE:                          11/20/2006
EXPIRATION DATE:                       11/16/2011
DATE OF FIRST USE IN NEW JERSEY: 12/01/2000
DATE IN USE ELSEWHERE:

AS BY THE STATUTES OF THIS STATE REQUIRED.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
20TH DAY OF NOVEMBER
A.D. 2006.

Bradley Abelow
Bradley Abelow
State Treasurer

P-3

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,164,379
Registered Oct. 31, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# REFLECTIONS

BRANDYWINE SENIOR CARE, INC. (PENNSYL-
VANIA CORPORATION)
525 FELLOWSHIP ROAD SUITE 360
MT. LAUREL, NJ 08054

FOR: MEDICAL CARE AND HEALTH CARE, IN
CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2000; IN COMMERCE 5-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-603,777, FILED 7-23-2004.

PAUL F. GAST, EXAMINING ATTORNEY



EXHIBIT
P-3
11-2-17
PENGAD 800-631-6989

P-5

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 1 03:32:27 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ] OR Jump to record: [          ] **Record 4 out of 7**

TSDR | Assign Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Reflections
## center for skin & body

| | |
|---|---|
| **Word Mark** | **REFLECTIONS CENTER** FOR SKIN & BODY |
| **Goods and Services** | (ABANDONED) IC 044. US 100 101. G & S: Health spa services, namely, laser treatments for acne, rejuvenation, scars, tattoo removal and for facials and massage. FIRST USE: 20041210. FIRST USE IN COMMERCE: 20041210 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77585652 |
| **Filing Date** | October 4, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Chasin, Mitchell INDIVIDUAL UNITED STATES 299 East Northfield Road Livingston NEW JERSEY 07039 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | September 7, 2009 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY


EXHIBIT
P-5
11-2-17 AT
PENGAD 800-631-6989

P-6 (excerpts)

Generated on: This page was generated by TSDR on 2017-11-01 13:02:33 EDT

Mark: REFLECTIONS CENTER FOR SKIN & BODY

Reflections
center for skin & body

US Serial Number: 77585652

Application Filing Date: Oct. 04, 2008

Filed as TEAS Plus: Yes

Currently TEAS Plus: Yes

Register: Principal

Mark Type: Service Mark

Status: Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Oct. 08, 2009

Date Abandoned: Sep. 07, 2009

## Mark Information

Mark Literal Elements: REFLECTIONS CENTER FOR SKIN & BODY

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Health spa services, namely, laser treatments for acne, rejuvenation, scars, tattoo removal and for facials and massage

International Class(es): 044 - Primary Class

U.S Class(es): 100, 101

Class Status: ACTIVE

Basis: 1(a)

First Use: Dec. 10, 2004

Use in Commerce: Dec. 10, 2004

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: Chasin, Mitchell

Owner Address: 299 East Northfield Road
Livingston, NEW JERSEY 07039
UNITED STATES

Legal Entity Type: INDIVIDUAL

Citizenship: UNITED STATES



## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | CHASIN, MITCHELL<br>299 E NORTHFIELD RD<br>LIVINGSTON, NEW JERSEY 07039-4811<br>UNITED STATES |
| **Phone:** | 973-740-2444 |
| **Correspondent e-mail:** | paula@reflectionscenter.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 08, 2009 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Oct. 08, 2009 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Mar. 06, 2009 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Mar. 06, 2009 | FINAL REFUSAL E-MAILED | |
| Mar. 06, 2009 | FINAL REFUSAL WRITTEN | 74308 |
| Jan. 29, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 23, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 23, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 06, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 06, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 06, 2009 | NON-FINAL ACTION WRITTEN | 74308 |
| Jan. 02, 2009 | ASSIGNED TO EXAMINER | 74308 |
| Oct. 09, 2008 | NOTICE OF PSEUDO MARK MAILED | |
| Oct. 08, 2008 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | |
|---|---|
| **TM Attorney:** CARLYLE, SHAUNIA P | **Law Office Assigned:** LAW OFFICE 110 |

**File Location**

| | |
|---|---|
| **Current Location:** TMO LAW OFFICE 110 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Oct. 08, 2009 |

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Oct 8, 2009**

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Mar 6, 2009 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

| | |
|---|---|
| **SERIAL NUMBER:** | 77585652 |
| **MARK:** | REFLECTIONS CENTER FOR SKIN & BODY |
| **OWNER:** | Chasin, Mitchell |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

CHASIN, MITCHELL
299 E NORTHFIELD RD
LIVINGSTON , NJ  07039-4811

# United States of America

## United States Patent and Trademark Office

# Reflections

**Reg. No. 4,530,113**

**Registered May 13, 2014**

**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ST. LUKE'S CATARACT AND LASER INSTITUTE, P.A. (FLORIDA CORPORATION)
43309 US HIGHWAY 19N
TARPON SPRING, FL 34689

FOR: DERMATOLOGY AND PLASTIC SURGERY SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 1-10-2013; IN COMMERCE 1-10-2013.

THE MARK CONSISTS OF THE WORDING "REFLECTIONS" IN BLUE STYLIZED FORMAT.

THE COLOR(S) BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-574,284, FILED 3-20-2012.

HEATHER BIDDULPH, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**OFFICE ACTION**

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 3/6/2009**

**THIS IS A FINAL ACTION.**

This letter responds to the applicant's communication filed on January 23, 2009.   The examining attorney has carefully considered the arguments in favor of registration, but has found them to be unpersuasive. Therefore, the refusal to register based on a likelihood of confusion is continued and made **FINAL**. Also, the applicant did not address the disclaimer issue.  Therefore, the disclaimer requirement is continued and made **FINAL.**

**LIKELIHOOD OF CONFUSION**

As stated in Office Action Number One, the examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified services, so resembles the marks in U.S. Registration Nos. 3460732 and 3216579 as to be likely to cause confusion, to cause mistake, or to deceive.  TMEP section 1207.

The applicant has applied for the mark REFLECTIONS CENTER FOR SKIN & BODY for health spa services, namely, laser treatments for acne, rejuvenation, scars, tattoo removal and for facials and massage services.

**US REGISTRATION NUMBER 3460732**

The registered mark is RD REFLECTIONS & CENTER FOR SKIN CARE for physician services.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b).  For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison.  The question is whether the marks create the same overall impression.  *See Recot, Inc. v. M.C. Becton*, 214 F.2d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980).  The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks.  *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).  Here, REFLECTIONS is the dominant portion of both marks.  This is the portion of the mark that consumers will remember.

Attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods and/or services as those of applicant and registrant in this case.  These printouts have probative value to the extent that they serve to suggest that the goods and/or services listed therein, namely health spa and/or laser services and physician services, are of a kind that may emanate from a single source.  *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).

Any goods or services in the registrant's normal fields of expansion should be considered when determining whether the registrant's goods and/or services are related to the applicant's goods and/or services.  TMEP §1207.01(a)(v); *see In re 1st USA Realty Prof'ls, Inc.*, 84 USPQ2d 1581 1584 (TTAB 2007).  Evidence that third parties offer the goods and/or services of both the registrant and applicant suggest that it is likely that the registrant would expand their business to include applicant's goods and/or services.   In that event, customers are likely to believe the goods and/or services at issue come from or, are in some way connected with, the same source.  *In re 1st USA Realty Prof'ls*, 84 USPQ2d at 1584 n.4; *see* TMEP §1207.01(a)(v).

**US REGISTRATION NUMBER 3216579**

The registered mark is REFLECTIONS MEDPSA for spa services.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b).  For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-

by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.2d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b). Here, REFLECTIONS is the dominant portion of both marks. This is the portion of the mark that consumers will remember.

A determination of whether there is a likelihood of confusion is made solely on the basis of the goods and/or services identified in the application and registration, without limitations or restrictions that are not reflected therein. *In re Dakin's Miniatures, Inc.*, 59 USPQ2d 1593, 1595 (TTAB 1999); TMEP §1207.01(a)(iii). If the cited registration describes the goods and/or services broadly and there are no limitations as to their nature, type, channels of trade or classes of purchasers, then it is presumed that the registration encompasses all goods and/or services of the type described, that they move in all normal channels of trade, and that they are available to all potential customers. *In re Linkvest S.A.*, 24 USPQ2d 1716, 1716 (TTAB 1992); *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981); TMEP §1207.01(a)(iii). Here, the examining attorney must assume that the registrant's services may encompass the same services as the applicant.

Furthermore, attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods and/or services as those of applicant and registrant in this case. These printouts have probative value to the extent that they serve to suggest that the goods and/or services listed therein, namely spa services and laser treatments, are of a kind that may emanate from a single source. *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

For the above stated reasons the refusals to register are continued and made FINAL.


## DISCLAIMER

The applicant must disclaim the descriptive wording "CENTER FOR SKIN & BODY" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. Section 1056; TMEP sections 1213 and 1213.03(a). The applicant is providing a center which provides health services for the skin and body. The computerized printing format for the *Trademark Official Gazette* requires a standard form for a disclaimer. TMEP section 1213.08(a)(i). A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use CENTER FOR SKIN & BODY apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).


## RESPONSE TO FINAL ACTION

If applicant does not respond within six months of the mailing date of this final Office action, the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). Applicant may respond to this final Office action by:

(1)   Submitting a response that fully satisfies all outstanding requirements, if feasible; and/or

(2)   Filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class.

37 C.F.R. §§2.6(a)(18), 2.64(a); TBMP ch. 1200; TMEP §714.04.

In certain rare circumstances, a petition to the Director may be filed pursuant to 37 C.F.R. §2.63(b)(2) to review a final Office action that is limited to procedural issues. 37 C.F.R. §2.64(a); TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters). The petition fee is $100. 37 C.F.R. §2.6(a)(15).


TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE: TEAS Plus applicants should submit

the following documents using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html: (1) written responses to Office actions; (2) preliminary amendments; (3) changes of correspondence address; (4) changes of owner's address; (5) appointments and revocations of attorney; (6) amendments to allege use; (7) statements of use; (8) requests for extension of time to file a statement of use, and (9) requests to delete a §1(b) basis.  If any of these documents are filed on paper, they must be accompanied by a $50 per class fee.  37 C.F.R. §§2.6(a)(1)(iv) and 2.23(a)(i).  Telephone responses will not incur an additional fee.  NOTE:  In addition to the above, applicant must also continue to accept correspondence from the Office via e-mail throughout the examination process in order to avoid the additional fee.  37 C.F.R. §2.23(a)(2).

/Shaunia P. Carlyle/
Trademark Attorney
Law Office 110
571-272-9374

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Feb 27, 2009**                    **76337987**

**DESIGN MARK**

**Serial Number**
76337987

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
FOOTSTEPS PODIATRY

**Standard Character Mark**
No

**Registration Number**
2677158

**Date Registered**
2003/01/21

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Daniel B. Gabe, D.P.M., P.C. CORPORATION ILLINOIS 15174 South LaGrange
Road Orland Park ILLINOIS 60462

**Goods/Services**
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: PHYSICIAN
SERVICES, NAMELY MEDICINE AND SURGERY OF THE FOOT AND ANKLE INCLUDING
LASER SURGERY AND TREATMENT OF FOOT AND ANKLE; PHYSICIAN SERVICES,
NAMELY FOOT CARE SERVICES RELATED TO BUNIONS, HAMMER TOES, INGROWN
TOENAILS, SPORTS INJURIES, DIABETIC AND ARTHRITIC FEET, WARTS, CORNS
AND CALLUSES.  First Use: 1986/07/29.  First Use In Commerce:
1986/07/29.

**Prior Registration(s)**
1486523

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PODIATRY" APART FROM
THE MARK AS SHOWN.

**Lining/Stippling Statement**
THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT

-1-

**Print: Feb 27, 2009**                    **76337987**

INTENDED TO INDICATE COLOR.

**Filing Date**
2001/11/14

**Examining Attorney**
JUDD, PATRICIA

**Attorney of Record**
THOMAS W. TOLPIN

-2-



**Print: Feb 27, 2009**                         **77084926**

### DESIGN MARK

**Serial Number**
77084926

**Status**
REGISTERED

**Word Mark**
JOI

**Standard Character Mark**
Yes

**Registration Number**
3416825

**Date Registered**
2008/04/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Nicole Olive Baggott INDIVIDUAL UNITED STATES 16 Thorndale Court
Nashville TENNESSEE 37215

**Goods/Services**
Class Status -- ACTIVE.   IC 044.   US  100 101.   G & S: Health care
services, medical services and medical spa services, namely,
microdermabrasion, namely, topical skin treatments involving abrasion
of the skin with high pressure flow of crystals, depilatory permanent
hair removal and reduction services, intense pulsed light therapy
services, laser therapy services for treating medical conditions, skin
care preparation services, namely, chemical peels for skin, neurotoxin
therapy, treatment of neurological disorders, muscle dystonias, smooth
muscle disorders, autonomic nerve disorders, headaches, wrinkles,
hyperhydrosis, sports injuries, cerebral palsy, spasms, tremors and
pain, aesthetic dermatology, cosmetic services providing non-medicated
tissue augmenting gel injected under the skin for smoothing out
wrinkles, filling out scars and contouring lips and face, treatment of
facial wrinkles and fine lines, soft tissue augmentation and physician
grade skin care services.   First Use: 2005/08/04.   First Use In
Commerce: 2005/08/04.

-1-

**Print: Feb 27, 2009**                    **77084926**

**Filing Date**
2007/01/17

**Examining Attorney**
SMITH,BRIDGETT

**Attorney of Record**
Roland W. Bagott III

-2-

# JOI

**Print: Feb 27, 2009**                                **77226420**

**DESIGN MARK**

**Serial Number**
77226420

**Status**
REGISTERED

**Word Mark**
THE MALLOW CENTER

**Standard Character Mark**
Yes

**Registration Number**
3397811

**Date Registered**
2008/03/18

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Gary W. Mallow, M.D., P.A. CORPORATION FLORIDA Suite 1 9633 West
Broward Boulevard Plantation FLORIDA 33324

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Weight
reduction diet planning and supervision; Physician services; Medical
testing services, namely, fitness evaluation; Laser and IPL (intense
pulse light) skin enhancement procedures; Microdermabrasion, namely, a
topical skin treatment involving abrasion of the skin with a
high-pressure flow of crystals; Skin treatment, namely, the injection
of dermal fillers to reduce the appearance of facial fine lines;
Providing laser therapy for treating medical conditions; Providing
medical information; Providing medical information, consultancy and
advisory services.  First Use: 2005/05/01.  First Use In Commerce:
2005/05/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE
MARK AS SHOWN.

**Filing Date**

**Print: Feb 27, 2009**                    **77226420**

2007/07/10

**Examining Attorney**
CHANG, KATHERINE

**Attorney of Record**
Gilbert Lee Sandler

-2-

# THE MALLOW CENTER

**Print: Feb 27, 2009**                                    **77232337**

### DESIGN MARK

**Serial Number**
77232337

**Status**
REGISTERED

**Registration Number**
3551041

**Date Registered**
2008/12/23

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

### Mark Drawing Code
(2) DESIGN ONLY

### Owner
Aesthetically Wright I, L.P. LIMITED PARTNERSHIP TEXAS 4012 Barnett
Drive Plano TEXAS 75024

### Goods/Services
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: medical
services, namely, laser hair removal, laser vein removal,
sclerotherapy and microdermabrasion; skin care services, namely,
botulinum toxin type A, hyaluronic acid, and collagen injections;
cosmetic surgery, plastic surgery, cosmetic dentistry, dental surgery;
cosmetic skin and hair care services, namely, chemical peels, acne
treatments, microdermabrasion treatments, botulinum toxin type A,
hyaluronic acid, and collagen injections, laser procedures for the
removal of wrinkles, capillaries, red spots, brown spots, age spots,
spider veins, facial and body hair, laser procedures for stimulating
collagen production, evening skin tone and skin resurfacing; rendering
consultation and advisory services in connection with skin care, hair
care and dental services; beauty salon services; health spa services,
namely, massage services and cosmetic body care services; cosmetic
medical and surgical services and medical services for cosmetic
purposes; cosmetic surgery; cosmetic dentistry and consulting services
relating to the same; providing information in the field of facial
aesthetic and anti-obesity surgery, cosmetic surgery, plastic surgery,
microdermabrasion, laser treatments in the nature of sclerotherapy and
hair removal, and treatment of fatty deposits using ultrasound;
medical diagnostic services, namely, providing ultrasound screening
and diagnosis, measurement of skin and hair condition; medical
services for skin treatment, namely, dermatology clinic and skin

-1-

**Print: Feb 27, 2009**                     77232337

health restoration medical procedures for physician- or
nurse-practitioner-administered or directed exfoliation of skin and
associated procedures for post-exfoliation treatment; hygienic and
beauty services for skin, namely treatment, health restoration, care
therapy, timed application of gels, cleansers, lighteners, exfoliants,
blenders, toners and creams; skin care salon; skin massage therapy;
health spa services for body and skin treatments, namely, massages,
applications of lotions and compositions including skin lighteners,
skin masks, antioxidant treatments, skin peels, preoperative skin
care, post-operative camouflage make-up, deep cleansing facial
treatments, manicures, pedicures, face and body waxing, hair design,
color, perms and full body massage, facials; beauty salon services for
providing hair care, hair coloring, manicures, pedicures, and makeup;
medical services, namely, injection of medical injectables for
cosmetic conditions and diseases.  First Use: 2007/12/01.  First Use
In Commerce: 2007/12/01.

**Description of Mark**
The mark consists of an image of a butterfly with the black wings
superimposed with the profile of a human face in the color white and
with a red background. The graininess of the logo is a feature of the
mark.

**Colors Claimed**
The color(s) red, white and black is/are claimed as a feature of the
mark.

**Filing Date**
2007/07/18

**Examining Attorney**
FROMM, MARTHA

**Attorney of Record**
RICHARD L MORRIS JR ESQ

-2-



**Print: Feb 27, 2009**                    **77355138**

**DESIGN MARK**

**Serial Number**
77355138

**Status**
REGISTERED

**Word Mark**
THE FUTURE OF HEALTHCARE IS HERE

**Standard Character Mark**
Yes

**Registration Number**
3476063

**Date Registered**
2008/07/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Trans4Med, PLLC DBA UCR Health Centers LIMITED LIABILITY COMPANY
ARIZONA 2815 S Alma School Rd. Ste. 7 Chandler ARIZONA 85286

**Goods/Services**
Class Status -- ACTIVE. IC 044. US 100 101. G & S: Acupuncture
services; Ambulant medical care; Aromatherapy services; Body waxing
services; Cosmetician services; Facial treatment services, namely,
cosmetic peels; Health care services, namely, wellness programs;
Health spa services, namely, cosmetic body care services; Medical
clinics; Medical services, namely, pre-employment drug screening;
Non-invasive cosmetic medical procedures; Occupational therapy
services; Physician services; Preparation and dispensing of
medications; Providing laser therapy for treating medical conditions;
Urgent medical care centers.  First Use: 2005/11/23.  First Use In
Commerce: 2005/11/23.

**Filing Date**
2007/12/18

**Examining Attorney**
KING, CHRISIE B.

-1-

# The Future of Healthcare is Here

**Print: Mar 6, 2009**                **77097940**                **Issue: Mar 24, 2009**

## DESIGN MARK

**Serial Number**
77097940

**Status**
REGISTERED

**Word Mark**
HONEYMOON

**Standard Character Mark**
Yes

**Registration Number**
3454639

**Date Registered**
2008/06/24

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
GAUGHEN HOLDINGS LLC LIMITED LIABILITY COMPANY CALIFORNIA 4954
NAUTILUS ST. OXNARD CALIFORNIA 93035

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Acupuncture,
acupuncture services, addiction treatment services, ambulant medical
care, animal grooming, aromatherapy services, artificial insemination,
barbershops, beauty salons, body piecing services, bodywork therapy,
cemetery plot perpetual care services, chiropractic services, color
analysis for cosmetic purposes, consulting services in the field of
mental health and wellness, convalescent homes, cosmetic analysis,
cosmetic and plastic surgery, cosmetic electrolysis, cosmetician
services, cosmetology services, dental hygienist services, dentistry,
depilatory hair removal services, dietary and nutritional guidance,
dispensing of pharmaceuticals, dog walking services, drug testing for
substance abuse, emergency medical assistance, eyeglass fitting;
facial treatment services, namely, cosmetic peels; fitting of contact
lenses, flower arranging, food nutrition consultation, garden care
services, gene bank services, golf course design, greenhouse services,
gynecological pap examination, hair cutting, hair implantation; hair
replacement, hair addition, and hair extension services; hair styling,

-1-

hairdressing salons, health care, health spa services for health and
wellness of the body and spirit offered at a resort, home health care
services, home nursing aid services, horticulture services, hospices,
hospitals, hypnotherapy services, landscape design, leasing skin care
equipment, managed health care services, manicuring, massage, medical
and pharmaceutical consultation, medical assistance services, medical
clinics, medical information, medical services, medical testing,
mental health services, nail care salons, nursing care, nursing homes,
obstetric and gynecology services, operation of sauna facilities,
ophthalmology services, optician services, optometry services,
performing diagnosis of diseases, permanent hair removal and
reduction; pet care services, namely, dog walking, dog bathing,
non-medicated pet grooming; pet hospital services, physician services,
plant care services, plant nurseries, preparation and dispensing of
medications, providing health care information by telephone and the
Internet, [ providing information about beauty; ] providing
lavatories, bathrooms, changing tables for babies and sanitary towel
dispensers; providing medical information, providing physical
rehabilitation facilities, providing toilet services for individuals
through the use of portable toilets; rehabilitation of alcohol
addicted patients, drug addicted patients, and narcotic addicted
patients, or any combination thereof; rental machines and apparatus
for use in beauty salons or barbers' shops, rental of portable
toilets, rental of potted plants, rental of sanitation facilities,
rest homes, sanitariums, services of make-up artists, services
rendered by a dietician, skin care salons, sperm banks, tanning
salons, tattooing, tattooing of pets for identification purposes,
teeth whitening services, tree care services, vermin extermination for
agriculture, veterinary services, vitamin therapy, weed control,
weight reduction diet planning and supervision, wreath making, yard
care services.  First Use: 2007/08/01.  First Use In Commerce:
2008/02/07.

**Prior Registration(s)**
2692857;2940231;3128176;AND OTHERS

**Filing Date**
2007/02/02

**Examining Attorney**
RUBIN, LINDSEY

-2-

# HONEYMOON

**Print: Mar 6, 2009**                    **77165927**

**DESIGN MARK**

**Serial Number**
77165927

**Status**
REGISTERED

**Word Mark**
AMERICAN HEALTH CENTERS CHIROPRACTIC FITNESS REHABILITATION

**Standard Character Mark**
No

**Registration Number**
3397497

**Date Registered**
2008/03/18

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Lanham, Corp. CORPORATION KENTUCKY 1401 Winchester Avenue, Suite 502
Ashland KENTUCKY 41101

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Physician
services; Chiropractic services; Chiropractics; Consulting services in
the field of mental health and wellness; Consulting services in the
field of women's health; Health care; Health care in the nature of
health maintenance organizations; Health care services, namely,
disease management programs; Health care services, namely, wellness
programs; Health care, namely, assisting individuals to stop smoking;
Health spa services for health and wellness of the body and spirit
offered at a health resort; Health spa services for health and
wellness of the mind, body and spirit offered in or from a remote,
mobile or temporary on-site location; Health spa services, namely,
cosmetic body care services; Home health care services; Managed health
care services; Providing a website featuring information in the field
of mental health and wellness; Providing assistance, fitness
evaluation and consultation to corporate clients to help their
employees make health, wellness and nutritional changes in their daily
living to improve health; Providing health care information by

-1-

**Print: Mar 6, 2009**                              **77165927**

telephone and the internet; Providing health information.   First Use:
2004/01/15.   First Use In Commerce: 2004/01/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICAN HEALTH
CENTERS, CHIROPRACTIC, FITNESS", AND "REHABILITATION" APART FROM THE
MARK AS SHOWN.

**Description of Mark**
The mark consists of the word "AMERICAN" in red, the words "HEALTH
CENTERS" in gray, the words"CHIROPRACTIC FITNESS REHABILITATION" in
red letters with red lines above and below, with a gray and white
human image standing with arms outstretched with a red and gray ribbon
circling the human image.

**Colors Claimed**
The color(s) red, white and gray is/are claimed as a feature of the
mark.

**Filing Date**
2007/04/25

**Examining Attorney**
FAHRENKOPF PAUL E

**Attorney of Record**
Robert R. Waters



**Print: Mar 6, 2009**                    77226420

## DESIGN MARK

**Serial Number**
77226420

**Status**
REGISTERED

**Word Mark**
THE MALLOW CENTER

**Standard Character Mark**
Yes

**Registration Number**
3397811

**Date Registered**
2008/03/18

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Gary W. Mallow, M.D., P.A. CORPORATION FLORIDA Suite 1 9633 West
Broward Boulevard Plantation FLORIDA 33324

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Weight
reduction diet planning and supervision; Physician services; Medical
testing services, namely, fitness evaluation; Laser and IPL (intense
pulse light) skin enhancement procedures; Microdermabrasion, namely, a
topical skin treatment involving abrasion of the skin with a
high-pressure flow of crystals; Skin treatment, namely, the injection
of dermal fillers to reduce the appearance of facial fine lines;
Providing laser therapy for treating medical conditions; Providing
medical information; Providing medical information, consultancy and
advisory services.  First Use: 2005/05/01.  First Use In Commerce:
2005/05/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE
MARK AS SHOWN.

**Filing Date**

-1-

**Print: Mar 6, 2009**                    **77226420**

2007/07/10

**Examining Attorney**
CHANG, KATHERINE

**Attorney of Record**
Gilbert Lee Sandler

-2-

# THE MALLOW CENTER

**Print: Mar 6, 2009**                    **77232337**

### DESIGN MARK

**Serial Number**
77232337

**Status**
REGISTERED

**Registration Number**
3551041

**Date Registered**
2008/12/23

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
Aesthetically Wright I, L.P. LIMITED PARTNERSHIP TEXAS 4012 Barnett
Drive Plano TEXAS 75024

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: medical
services, namely, laser hair removal, laser vein removal,
sclerotherapy and microdermabrasion; skin care services, namely,
botulinum toxin type A, hyaluronic acid, and collagen injections;
cosmetic surgery, plastic surgery, cosmetic dentistry, dental surgery;
cosmetic skin and hair care services, namely, chemical peels, acne
treatments, microdermabrasion treatments, botulinum toxin type A,
hyaluronic acid, and collagen injections, laser procedures for the
removal of wrinkles, capillaries, red spots, brown spots, age spots,
spider veins, facial and body hair, laser procedures for stimulating
collagen production, evening skin tone and skin resurfacing; rendering
consultation and advisory services in connection with skin care, hair
care and dental services; beauty salon services; health spa services,
namely, massage services and cosmetic body care services; cosmetic
medical and surgical services and medical services for cosmetic
purposes; cosmetic surgery; cosmetic dentistry and consulting services
relating to the same; providing information in the field of facial
aesthetic and anti-obesity surgery, cosmetic surgery, plastic surgery,
microdermabrasion, laser treatments in the nature of sclerotherapy and
hair removal, and treatment of fatty deposits using ultrasound;
medical diagnostic services, namely, providing ultrasound screening
and diagnosis, measurement of skin and hair condition; medical
services for skin treatment, namely, dermatology clinic and skin

-1-

**Print: Mar 6, 2009**                    **77232337**

health restoration medical procedures for physician- or
nurse-practitioner-administered or directed exfoliation of skin and
associated procedures for post-exfoliation treatment; hygienic and
beauty services for skin, namely treatment, health restoration, care
therapy, timed application of gels, cleansers, lighteners, exfoliants,
blenders, toners and creams; skin care salon; skin massage therapy;
health spa services for body and skin treatments, namely, massages,
applications of lotions and compositions including skin lighteners,
skin masks, antioxidant treatments, skin peels, preoperative skin
care, post-operative camouflage make-up, deep cleansing facial
treatments, manicures, pedicures, face and body waxing, hair design,
color, perms and full body massage, facials; beauty salon services for
providing hair care, hair coloring, manicures, pedicures, and makeup;
medical services, namely, injection of medical injectables for
cosmetic conditions and diseases.  First Use: 2007/12/01.  First Use
In Commerce: 2007/12/01.

**Description of Mark**
The mark consists of an image of a butterfly with the black wings
superimposed with the profile of a human face in the color white and
with a red background. The graininess of the logo is a feature of the
mark.

**Colors Claimed**
The color(s) red, white and black is/are claimed as a feature of the
mark.

**Filing Date**
2007/07/18

**Examining Attorney**
FROMM, MARTHA

**Attorney of Record**
RICHARD L MORRIS JR ESQ

-2-



**Print: Mar 6, 2009**                    **77355138**

**DESIGN MARK**

**Serial Number**
77355138

**Status**
REGISTERED

**Word Mark**
THE FUTURE OF HEALTHCARE IS HERE

**Standard Character Mark**
Yes

**Registration Number**
3476063

**Date Registered**
2008/07/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Trans4Med, PLLC DBA UCR Health Centers LIMITED LIABILITY COMPANY
ARIZONA 2815 S Alma School Rd. Ste. 7 Chandler ARIZONA 85286

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Acupuncture
services; Ambulant medical care; Aromatherapy services; Body waxing
services; Cosmetician services; Facial treatment services, namely,
cosmetic peels; Health care services, namely, wellness programs;
Health spa services, namely, cosmetic body care services; Medical
clinics; Medical services, namely, pre-employment drug screening;
Non-invasive cosmetic medical procedures; Occupational therapy
services; Physician services; Preparation and dispensing of
medications; Providing laser therapy for treating medical conditions;
Urgent medical care centers.  First Use: 2005/11/23.  First Use In
Commerce: 2005/11/23.

**Filing Date**
2007/12/18

**Examining Attorney**
KING, CHRISIE B.

-1-

# The Future of Healthcare is Here

**Print: Mar 6, 2009**                    **78467462**

**DESIGN MARK**

**Serial Number**
78467462

**Status**
REGISTERED

**Word Mark**
SCOTTSDALE HEALTHCARE

**Standard Character Mark**
Yes

**Registration Number**
3023404

**Date Registered**
2005/12/06

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Scottsdale Healthcare Corp. CORPORATION ARIZONA 7400 East Osborn Road
Scottsdale ARIZONA 85251

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Hospital
services; medical services and medical clinics in the fields of
oncology, cardiology, pediatrics, obstetrics, gynecology, occupational
health, orthopedics, neurology, radiology, surgery, sleep disorders,
diabetes management, women's health and wound management; counseling
in the fields of nutrition, weight loss, stress management and
behavior modification; psychological counseling; health care services,
namely physician services, medical testing services, and nursing care
services; home health care services; providing health and medical
information to others via a searchable database on a website on the
Internet; custom fitting of prosthetics; providing physical and mental
rehabilitation; health spa services.  First Use: 1998/02/09.  First
Use In Commerce: 1998/02/09.

**Prior Registration(s)**
2260132

-1-

**Print: Mar 6, 2009**                        **78467462**

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTHCARE" APART FROM
THE MARK AS SHOWN.

**Section 2f Statement**
2(F) ENTIRE MARK

**Filing Date**
2004/08/13

**Examining Attorney**
GOLD, BARBARA

**Attorney of Record**
Kristie A. Deyerle, Esq.

# SCOTTSDALE HEALTHCARE

**Print: Mar 6, 2009**                    **78468267**

**DESIGN MARK**

**Serial Number**
78468267

**Status**
REGISTERED

**Word Mark**
PORTOFINO MEDICAL SPA, APPEARANCE, HEALTH, LONGEVITY

**Standard Character Mark**
No

**Registration Number**
3017652

**Date Registered**
2005/11/22

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Reflections Medical Spa, LLC CORPORATION FLORIDA Third Floor Admin.
1000 West Moreno Street Pensacola FLORIDA 32501

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: medical spa
providing cosmetic body care services and physician supervised medical
treatments.  First Use: 2004/06/10.  First Use In Commerce:
2004/07/27.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE MEDICAL SPA,
APPEARANCE, HEALTH and LONGEVITY APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of an artistically rendered column in Teal
underneath which is the word "Portofino" in Blue, underneath which is
the phrase "Medical Spa" in teal, underneath which is the phrase
"Appearance, Health, Longevity" in blue, with bullets in Teal.

**Colors Claimed**
The colors blue and teal are claimed as a feature of the mark.

-1-

**Print: Mar 6, 2009**                    78468267

**Part of Mark in Color**
The column appears in Teal underneath which is the word "Portofino" in
Blue, underneath which is the phrase "Medical Spa" in teal, underneath
which is the phrase "Appearance, Health, Longevity" in blue, with
bullets in Teal.

**Filing Date**
2004/08/16

**Examining Attorney**
MICHELI, ANGELA M.

**Attorney of Record**
Elizabeth C. Callahan



**Print: Mar 6, 2009**                    **78553441**

## DESIGN MARK

**Serial Number**
78553441

**Status**
REGISTERED

**Word Mark**
CINCINNATI CHIROPRACTIC

**Standard Character Mark**
Yes

**Registration Number**
3135078

**Date Registered**
2006/08/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Andrew Limle, D.C. LIMITED LIABILITY CORPORATION OHIO 4021 Harrison
Avenue Cincinnati OHIO 45211

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Acupuncture;
Acupuncture services; addiction treatment services; aromatherapy
services; Chiropractic Services; Chiropractics; Consulation services
in the field of the first aid needs of commercial and industrial
companies; dietary and nutritional guidance; dietician service;
emergency medical assistance; food nutrition consultation; health
care; heath care in the nature of health maintenance organizations;
health spa services for health and wellness of the body and spirit
offered at a health resort; health spa services, namely, cosmetic body
care services; information relating to massage; leasing of medical
equipment; maintaining files and records concerning the medical
condition of individuals; maintaining personal medical history records
and files; managed health care services; massage; medical assistance
consultancy provided by doctors and other specialized medical
personnel; medical clinics; medical consultations; medical counseling;
medical evaluation services, namely, functional assessment program for
patients receiving medical rehabilitation services for purposes of

-1-

**Print: Mar 6, 2009**                    **78553441**

guiding treatment and assessing program effectiveness; medical imaging
services; medical information; medical services; medical testing;
nutritional counseling; occupational therapy services; performing
diagnosis of diseases; physical rehabilitation; physical therapy;
physician services; providing health care information by telephone;
providing health information; providing information about dietary
supplements and nutrition; providing medical information; providing
physical rehabilitation facilities; rental of medical equipment;
rental of medical machines and apparatus; services rendered by a
dietician; treatment to a joint-dislocation, sprain, bone-fracture or
the like.  First Use: 2001/05/11.  First Use In Commerce: 2001/05/11.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHIROPRACTIC" APART
FROM THE MARK AS SHOWN.

**Section 2f Statement**
2(F) ENTIRE MARK

**Filing Date**
2005/01/25

**Examining Attorney**
KING, LINDA

-2-

# CINCINNATI CHIROPRACTIC

**Print: Mar 6, 2009**                    **78685191**

**DESIGN MARK**

**Serial Number**
78685191

**Status**
REGISTERED

**Word Mark**
CHLI

**Standard Character Mark**
Yes

**Registration Number**
3205192

**Date Registered**
2007/02/06

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
California Health & Longevity Institute, Inc. CORPORATION CALIFORNIA
4250 Wilshire Blvd. Los Angeles CALIFORNIA 90010

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Acupuncture,
acupuncture services, addiction treatment services, chiropractic
services, chiropractics, collection and preservation of human blood,
medical clinical services, colonic treatments, cosmetic and plastic
surgery, emergency medical assistance, food nutrition consultation,
genetic testing for medical purposes, health care, health care in the
nature of health maintenance organizations, health care, namely
assisting individuals to stop smoking, home health care services,
health spa services for health and wellness of the body and spirit
offered at a health resort, health spa services, namely cosmetic body
care services, hospital inpatient services, maintaining files and
records concerning the medical conditions of individuals, maintaining
personal medical history records and files, managed health care
services, massage, medical and pharmaceutical consultation, medical
assistance consultancy provided by doctors and other specialized
medical personnel, medical clinic day care services for sick children,
medical clinics, medical consultation, medical counseling, medical

-1-

**Print: Mar 6, 2009**          **78685191**

evaluation services, namely, function assessment program for patients
receiving medical rehabilitation services for purposes of guiding
treatment and assessing program effectiveness, medical imagining
services, medical information, medical services, namely, in vitro
fertilization, medical testing, medical testing services, namely,
fitness evaluation, mental health counseling and psychotherapy as it
relates to relationships, mental health services, nursing care,
nutrition counseling, obstetric and gynecological services, operation
of sauna facilities, ophthalmology services, optometry services,
hospital outpatient services, performing diagnosis of diseases,
pharmaceutical advice, physical rehabilitation, physical therapy,
physician services, preparation and dispensing of medicine,
prescription refill reminder services, primary care and specialty care
medical services, providing health care information by telephone,
providing health care information, providing hot tub facilities,
providing information about dietary supplements and nutrition,
providing medical information, providing mental rehabilitation
facilities, providing physical rehabilitation facilities, psychiatric
consulting, psychiatric services, psychiatric testing, psychological
consulting, psychological counseling, psychological services in the
field of sports, psychological testing services, psychological
testing, psychological tests, rehabilitation of alcohol addicted
patients, rehabilitation of drug addicted patients, relaxation
therapy, remote monitoring of data indicative of the health or
conditions of an individual or group of individuals, skin treatment,
namely injection of dermal fillers to reduce the appearance of facial
fine lines, speech and hearing therapy, surgery, telemedicine,
treatment to joint-dislocation, sprain, bone-fracture or the like,
urgent medical care centers, X-ray technician services.  First Use:
2004/01/23.  First Use In Commerce: 2004/02/11.

**Filing Date**
2005/08/03

**Examining Attorney**
EVANS, ANDREA

**Attorney of Record**
David C. Meyer, Esq.

-2-

# CHLI

**DESIGN MARK**

**Serial Number**
78970943

**Status**
REGISTERED

**Word Mark**
THE FEEL OF A SPA...THE CARE OF A PHYSICIAN.

**Standard Character Mark**
Yes

**Registration Number**
3256499

**Date Registered**
2007/06/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Luminous Center for Skin and Body PC CORPORATION NEW JERSEY 110 Marter
Ave., Suite 508 Moorestown NEW JERSEY 08057

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Health spa
services for health and wellness of the body and spirit offered at a
health resort; Health spa services, namely, cosmetic body care
services; Physician services.  First Use: 2006/05/01.  First Use In
Commerce: 2006/05/01.

**Filing Date**
2006/09/10

**Examining Attorney**
BALDWIN, SCOTT

-1-

# THE FEEL OF A SPA...THE CARE OF A PHYSICIAN.

**Print: Mar 6, 2009**                    **78322779**

**DESIGN MARK**

**Serial Number**
78322779

**Status**
REGISTERED

**Word Mark**
MONA SPA AND LASER CENTER

**Standard Character Mark**
Yes

**Registration Number**
2979485

**Date Registered**
2005/07/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Mona Spa and Laser Center of Memphis, LLC LIMITED LIABILITY COMPANY
TENNESSEE Suite 102 5101 Sanderlin Centre Memphis TENNESSEE 38117

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: health spa
services, laser skin treatment and massage services, laser hair
removal, laser vascular treatment, facials and cosmetic body care
services.  First Use: 2003/07/31.  First Use In Commerce: 2003/07/31.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPA AND LASER CENTER"
APART FROM THE MARK AS SHOWN.

**Filing Date**
2003/11/04

**Examining Attorney**
SOMERVILLE, ARETHA

**Attorney of Record**
Scott K. Haight

-1-

# MONA SPA AND LASER CENTER

**Print: Mar 6, 2009**                    **78431844**

### DESIGN MARK

**Serial Number**
78431844

**Status**
REGISTERED

**Word Mark**
HEALING WATERS DAY SPA

**Standard Character Mark**
No

**Registration Number**
3020121

**Date Registered**
2005/11/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Healing Waters Medical Day Spa, LC LIMITED LIABILITY COMPANY KANSAS
4817 East Douglas, Suite 200 Wichita KANSAS 67208

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Health spa
services, namely, cosmetic body care services; massage services; laser
hair removal; laser skin resurfacing; laser vein therapy; facial
rejuvenation therapy, namely microdermabrasion, sclerotherapy, laser
wrinkle reduction, chemical peels for skin, skin photorejuvenation,
and hypodermic injections of collagen, dermalogen, or hyaluronic acid;
cosmetic and reconstructive facial surgery; holistic and alternative
healing through hands-on massage therapies; body waxing; cosmetic
electrolysis; and cellulite reduction treatments using light and radio
wave frequencies.  First Use: 2002/05/09.  First Use In Commerce:
2002/05/09.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "day spa" APART FROM
THE MARK AS SHOWN.

**Description of Mark**

-1-

**Print: Mar 6, 2009**                    **78431844**

The mark consists of the words HEALING WATERS in a stylized script
font.   The H of Healing and the W of Waters are capitalized and the
rest of the letters appear in lower case letters.   Below the letters
"ers" of Waters, in a smaller stylized font, are the words "day spa"
in lower case letters.

**Filing Date**
2004/06/08

**Examining Attorney**
BRECKENFELD,WILLIAM

**Attorney of Record**
Kimberly A. Wingate

-2-

Healing Waters day spa

**Print: Mar 6, 2009**                    **78575871**

**DESIGN MARK**

**Serial Number**
78575871

**Status**
REGISTERED

**Word Mark**
HEBE MEDSPA, GODDESS OF ETERNAL YOUTH

**Standard Character Mark**
Yes

**Registration Number**
3336096

**Date Registered**
2007/11/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
HEBE MEDSPA, A NURSING CORPORATION CORPORATION CALIFORNIA 4275 E.
Summer Creek Lane Anaheim Hills CALIFORNIA 92807

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: health spa
services, namely cosmetic body care services, laser hair removal,
photo-rejuvenation, intense pulse light (IPL), laser vein removal
treatment, sclerotherapy, mesotherapy, body contouring, localized fat
reduction, cellulite and pain management, lymphatic drainage,
endomology, non-surgical skin tightening, medical, non-surgical fat
reduction, laser tattoo removal, wellness and therapeutic massage
therapy, micropigmentation and permanent make-up application, medical
grade facials, chemical peel, microdermabrasion.  First Use:
2005/01/01.  First Use In Commerce: 2005/01/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MED SPA" APART FROM
THE MARK AS SHOWN.

**Translation Statement**
The foreign wording in the mark translates into English as "Goddess of

-1-

**Print: Mar 6, 2009**                    **78575871**

Youth".

**Filing Date**
2005/02/27

**Examining Attorney**
PERRY, KIMBERLY

# HEBE MEDSPA, GODDESS OF ETERNAL YOUTH

**Print: Mar 6, 2009**                              78599199

**DESIGN MARK**

**Serial Number**
78599199

**Status**
REGISTERED

**Word Mark**
NARA

**Standard Character Mark**
Yes

**Registration Number**
3116592

**Date Registered**
2006/07/18

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Jokove Image Enhancement, Inc. CORPORATION MASSACHUSETTS 1 Surro Drive
Framingham MASSACHUSETTS 01701

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Health spa
services, namely, cosmetic body care services, massages, application
of permanent make-up, and cosmetic medical services through
physicians, namely, cosmetic and laser treatments, application of
wrinkle removing skin care preparations, laser hair removal,
intense-pulse-light skin rejuvenation, facials, and microdermabrasion.
 First Use: 2005/03/01.  First Use In Commerce: 2005/03/01.

**Filing Date**
2005/03/31

**Examining Attorney**
PERRY, KIMBERLY

-1-

# NARA

**Print: Mar 6, 2009**                    **78610394**

**DESIGN MARK**

**Serial Number**
78610394

**Status**
REGISTERED

**Word Mark**
RÉJOUI

**Standard Character Mark**
Yes

**Registration Number**
3175363

**Date Registered**
2006/11/21

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Sean, Harap INDIVIDUAL UNITED STATES 11 Waldron Street Marblehead
MASSACHUSETTS 01945

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Providing
medical services for the skin, namely, laser hair removal and
reduction, pulsed light hair removal and reduction, laser vein and
telangiesctasia removal and reduction, skin rejuvenation, photofacial
rejuvenation, microdermabrasion, removal of tatoos and pigmented
lesions, collagen, restylane and botox injeotions, laser skin
resurfacing, rosacea and acne therapy; health spa services, namely,
cosmetic body care services, traditional facials, hydrotherapy,
manicure, pedicure and reflexology; massage; acupuncture.  First Use:
2006/06/01.  First Use In Commerce: 2006/06/01.

**Filing Date**
2005/04/16

**Examining Attorney**
FELDMAN, DAWN

-1-

# Réjoui

**Print: Mar 6, 2009**                    **78665242**

**DESIGN MARK**

**Serial Number**
78665242

**Status**
REGISTERED

**Word Mark**
BRAZILIA SKIN CARE

**Standard Character Mark**
Yes

**Registration Number**
3111806

**Date Registered**
2006/07/04

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Excelg Esthetician, Inc. CORPORATION CALIFORNIA 4901 Morena Boulevard,
Suite 505 San Diego CALIFORNIA 92117

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Health spa
services, namely, cosmetic body care services; massage; skin care
salons; tanning salons; and laser treatments in the nature of skin
care and hair removal.  First Use: 2002/02/00.  First Use In Commerce:
2002/02/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SKIN CARE" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2005/07/07

**Examining Attorney**
WAHLBERG, STACY

**Attorney of Record**

-1-

**Print: Mar 6, 2009**                    **78665242**

James C. Wray

# BRAZILIA SKIN CARE

**Print: Mar 6, 2009**                          **78752779**

**DESIGN MARK**

**Serial Number**
78752779

**Status**
REGISTERED

**Word Mark**
SPA JA

**Standard Character Mark**
Yes

**Registration Number**
3158063

**Date Registered**
2006/10/17

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Coleman, James S. INDIVIDUAL UNITED STATES 1A 26 E 105th St New York
NEW YORK 10029

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Health spa
services, beauty salon services and cosmetic body care services,
namely, massage, skin care, body waxing, body wraps, cellulite
treatment, facials, laser hair removal, manicure, pedicure, eyebrow
shaping, eyebrow coloring, eyelash extensions, eyelash coloring,
eyelash curling and tanning.  First Use: 2005/06/01.  First Use In
Commerce: 2005/06/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "spa" APART FROM THE
MARK AS SHOWN.

**Translation Statement**
The foreign wording in the mark translates into English as Spa Now.

**Filing Date**
2005/11/13

-1-

**Print: Mar 6, 2009**                    **78752779**

**Examining Attorney**
MCMORROW, RONALD

Spa Ja

**Print: Mar 6, 2009**                    **78766961**

### DESIGN MARK

**Serial Number**
78766961

**Status**
REGISTERED

**Word Mark**
PRESH MEDSPA

**Standard Character Mark**
Yes

**Registration Number**
3383035

**Date Registered**
2008/02/12

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
CHIERICO, GARY C. INDIVIDUAL UNITED STATES 2409 DESOTA DRIVE FORT
LAUDERDALE FLORIDA 33301

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical
services; Non-invasive cosmetic procedures and treatments, namely,
skin peels and chemical peels, and laser hair removal; Health spa
services for health and wellness of the body and spirit offered at a
health resort; Health spa services, namely, cosmetic body care
services, laser hair removal services; Massage Services; Salon
services, namely, facials, manicures and massages; Weight reduction
diet planning and supervision; Microdermabrasion, namely, a topical
skin treatment involving abrasion of the skin with a high-pressure
flow of crystals; skin peels and chemical skin peels;
Photorejuvenation skin treatment services, namely, a process where
wrinkles and age spots and sub spots are treated and removed with
pulses of light; Skin care salon services; Skin treatment services,
namely, the injection of dermal fillers to reduce the appearance of
facial fine lines; Sclero therapy services to reduce the visibilty of
veins, namely, injecting saline into veins to dissolve the vein and/or
cause them to fade; Teeth whitening services; Laser cellulite

-1-

**Print: Mar 6, 2009**               **78766961**

reduction services; Permanent make-up services.   First Use:
2007/06/00.   First Use In Commerce: 2007/06/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "medspa" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2005/12/05

**Examining Attorney**
DUBRAY, KATHERINE M.

**Attorney of Record**
RICHARD L MORRIS JR

-2-

# PRESH MEDSPA

**Print: Mar 6, 2009**          78816330

**DESIGN MARK**

**Serial Number**
78816330

**Status**
REGISTERED

**Word Mark**
VIVID HAIR & SKIN CO.

**Standard Character Mark**
No

**Registration Number**
3193187

**Date Registered**
2007/01/02

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Vivid Hair & Skin Co. LLC LIMITED LIABILITY COMPANY WISCONSIN Suite 9B
2900 Deerfield Avenue Janesville WISCONSIN 53546

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Beauty salon
services and spa services, namely facial, hair and body treatments,
nail salon services, massage services, cosmetic body care services,
body waxing services, laser treatments, namely hair removal and laser
skin and wrinkle treatments, hair styling services, make-up
application services, beauty consultation services, and skin care
services.  First Use: 2005/07/20.  First Use In Commerce: 2005/07/20.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR & SKIN CO." APART
FROM THE MARK AS SHOWN.

**Filing Date**
2006/02/16

**Examining Attorney**
BUSH, KAREN K.

-1-

**Print: Mar 6, 2009**                          **78816330**

**Attorney of Record**
Sarah A. Crain

-2-



**Print: Mar 6, 2009**                    78820950

**DESIGN MARK**

**Serial Number**
78820950

**Status**
REGISTERED

**Word Mark**
ULTIMATE SOLUTIONS MEDICAL SPA

**Standard Character Mark**
Yes

**Registration Number**
3201381

**Date Registered**
2007/01/23

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Jose, Jennifer G INDIVIDUAL UNITED STATES 16 Platt Street, Unit #2
Norwalk CONNECTICUT 06855

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical spa
services, namely, injection of dermal fillers to reduce the appearance
of facial fine lines, laser hair removal, intense pulse light
treatments and cosmetic body care services, all provided at a medical
spa facility.  First Use: 2004/09/01.  First Use In Commerce:
2004/09/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEDICAL SPA" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2006/02/22

**Examining Attorney**
GOODMAN, WENDY

-1-

# Ultimate Solutions Medical Spa

**DESIGN MARK**

**Serial Number**
78846230

**Status**
REGISTERED

**Word Mark**
DENTSPA THE KEY TO BEAUTY

**Standard Character Mark**
No

**Registration Number**
3302035

**Date Registered**
2007/10/02

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
DentSpa Inc. CORPORATION OREGON 2127 NW Miller Road Portland OREGON
97229

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Dentist
services, namely providing temporomandibular joint therapy, dental
bonding services, dental veneers services, mercury-free reconstructive
dentistry, ultra-sonic scaling, tooth extraction, sealants services,
fluoride treatment, inlays and onlays services, crowns services,
bridges services, family dentistry, dental implants services,
intra-oral camera services; cosmetic dentistry services, namely, teeth
whitening, dental make over services, dental restoration; general
dentistry services; Dental hygienist services; Medical services,
namely digital radiography services, aesthetic medicine services; Nail
care salons; Skin care salons; dermatology salon services, namely,
body treatments; facial treatments; Salon services, namely, facials,
manicures, pedicures and massages; Health spa services, namely,
cosmetic body care services; Health spa services for health and
wellness of the body and spirit offered at a salon; medical spa
services, namely administering, tissue augmenting gel, laserdermology
treatments, dermagenetic DNA customized treatment, vascular

-1-

**Print: Mar 6, 2009**                      **78846230**

treatments, photo facial treatments, laser hair removal treatments,
photo rejuvenating treatments; esthetic beauty salon services, namely
administering microdermabrasion, glycolic acid peel, jessner's peel,
non-resorcinol peel, clinical intensive peel, sensitive sensibilities
facials, hydrating facials, classic 4-layer facials, phyto-marine
renewal facial, express facial, teen facials, earth glow stone facial,
collagen facial, acne-proned skin treatment for the face and back;
waxing; beauty salons services, namely professional make-up services;
chiropractic services; Naturopathy services and wellness services,
namely natural medicine, health treatment using clinical nutrition,
herbal medicine, homeopathy, physical medicine and hydrotherapy;
Administering ophthalmic muscle relaxants; acupuncture services.
First Use: 2006/02/00.  First Use In Commerce: 2006/02/00.

**Description of Mark**
The mark consists of the words DentSpa the key to beauty with an image
of a leaf behind a portion of the word DentSpa.

**Filing Date**
2006/03/25

**Examining Attorney**
FATHY, DOMINIC

**Attorney of Record**
James H. Walters



**Print: Mar 6, 2009**                    78933008

**DESIGN MARK**

**Serial Number**
78933008

**Status**
REGISTERED

**Word Mark**
INTELLIGENT BEAUTY

**Standard Character Mark**
Yes

**Registration Number**
3244808

**Date Registered**
2007/05/22

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Permit Partners LIMITED LIABILITY COMPANY FLORIDA 5201 North Port
Washington Road Milwaukee WISCONSIN 53217

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical spa
services, namely, laser rejuvenation treatments, non-ablative laser
treatments, anti-aging skin treatments, laser hair removal, laser vein
treatments, facial treatments, body exfoliating treatments, body masks
and wraps, make-up application, waxing and tinting, plastic surgery
consultations, permanent make-up application, microdermabrasion,
cellulite treatments, chemical peels, and collagen, botox and other
injections.  First Use: 2001/04/01.  First Use In Commerce:
2001/04/01.

**Filing Date**
2006/07/19

**Examining Attorney**
OH, WON TEAK

**Attorney of Record**

-1-

**Print: Mar 6, 2009**                    **78933008**

Clare M. Iery

# INTELLIGENT BEAUTY

**Print: Mar 6, 2009** **78935338**

**DESIGN MARK**

**Serial Number**
78935338

**Status**
REGISTERED

**Word Mark**
EVOLUTIONS MEDICAL SPA

**Standard Character Mark**
Yes

**Registration Number**
3294074

**Date Registered**
2007/09/18

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Evolutions Medical Spa, LLC CORPORATION CALIFORNIA 2323 De La Vina Street, Suite 101 Santa Barbara CALIFORNIA 93105

**Goods/Services**
Class Status -- ACTIVE. IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin creams; Non-medicated sun care preparations; Skin care products, namely, non-medicated skin serum. First Use: 2005/12/06. First Use In Commerce: 2006/05/22.

**Goods/Services**
Class Status -- ACTIVE. IC 044. US 100 101. G & S: Health spa services, namely, cosmetic body care services; Medical services, namely, skin analysis, laser hair removal, laser/light-based skin rejuvenation, injection of botulinum toxin type A, injectable fillers, mechanical skin exfoliation, body contouring, skin tightening, cellulite reduction, hyperhidrosis treatment, acne treatment, vein treatment and medical peels. First Use: 2005/12/06. First Use In Commerce: 2005/12/06.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Medical Spa" APART

**Print: Mar 6, 2009**                    78935338

FROM THE MARK AS SHOWN.

**Filing Date**
2006/07/21

**Examining Attorney**
BOULTON, KELLY

-2-

# Evolutions Medical Spa

**Print: Jan 5, 2009**                     **77211285**

**DESIGN MARK**

**Serial Number**
77211285

**Status**
REGISTERED

**Word Mark**
RD REFLECTIONS DERMATOLOGY & CENTER FOR SKIN CARE

**Standard Character Mark**
No

**Registration Number**
3460732

**Date Registered**
2008/07/08

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Reflections Dermatology & Center for Skin Care LIMITED LIABILITY
COMPANY FLORIDA 875 Outer Road Orlando FLORIDA 32814

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Physician
services.  First Use: 2005/00/00.  First Use In Commerce: 2006/00/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DERMATOLOGY & CENTER
FOR SKIN CARE" APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of a green lower case "r", combined with a brown
lower case "d"; both of which are next to a green "Reflections", brown
"Dermatology" and blue "& Center for Skin Care".

**Colors Claimed**
The color(s) green, brown, and blue is/are claimed as a feature of the
mark.

**Filing Date**

-1-

**Print: Jan 5, 2009**                     **77211285**

2007/06/20

**Examining Attorney**
COLLINS, ALICIA

-2-



**Print: Jan 5, 2009**                    **78761613**

**DESIGN MARK**

**Serial Number**
78761613

**Status**
REGISTERED

**Word Mark**
REFLECTIONS ·MEDSPA·

**Standard Character Mark**
No

**Registration Number**
3216579

**Date Registered**
2007/03/06

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Reflections Medspa LLC LIMITED LIABILITY COMPANY COLORADO 432 WCR 66
Fort Collins COLORADO 80524

**Goods/Services**
Class Status -- ACTIVE.  IC 043.  US  100 101.  G & S: Spa services,
namely, providing temporary accommodations and meals to clients of a
health or beauty spa.  First Use: 2005/09/14.  First Use In Commerce:
2006/01/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEDSPA" APART FROM THE
MARK AS SHOWN.

**Description of Mark**
The mark consists of a gold oval with the wording "REFLECTIONS MEDSPA"
appearing inside in black.

**Colors Claimed**
The color(s) gold and black is/are claimed as a feature of the mark.

**Filing Date**

-1-

**Print: Jan 5, 2009**           **78761613**

2005/11/28

**Examining Attorney**
SOUDERS,MICHAEL



P-7

 **LernerDavid**
INTELLECTUAL PROPERTY LAW

Lerner David Littenberg
Krumholz & Mentlik LLP
600 South Avenue West
Westfield, NJ 07090
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

September 12, 2016

**VIA E-MAIL** (newreflectionsps@gmail.com)
**CONFIRMATION VIA FIRST CLASS MAIL**
Dr. Nikesh K. Patel, MD
New Reflections Plastic Surgery
1001 West Main Street
Freehold, New Jersey 07728

CONFIRMATION
COPY

Re:   REFLEC 4.1-002
      Infringement of Reflections Center for Skin and Body, PC trademark
      rights by New Reflections Plastic Surgery

Dear Dr. Patel:

Our firm is counsel to Reflections Center for Skin and Body, PC ("Reflections"). We write on behalf of Reflections concerning your use of our client's REFLECTIONS trademark in connection with the sales and marketing of plastic surgery and other skin treatment services.

Our client is the owner of the REFLECTIONS trademark. Our client's ownership of REFLECTIONS is plainly established by its New Jersey state trademark registration covering the mark. To this end, we direct your attention to New Jersey State Trademark Registration No. 20852 (Registered November 16, 2001). (A copy of the registration is enclosed.) The REFLECTIONS mark covers, among other things, skin and body treatment services, including microderm abrasion, body/skin treatments and massages. This registration evidences Reflections' exclusive right to use its REFLECTIONS mark in connection with the identified services in at least the state of New Jersey. Moreover, our client has continuously used the REFLECTIONS mark since at least as early as 2000 in connection with the identified services and others.

It is our understanding that you are using the REFLECTIONS mark on at least your web page at www.newreflectionsps.com. Your use of the REFLECTIONS mark in connection with plastic surgery and skin treatment services, services nearly identical to those of our client, constitutes infringement of our client's rights, as well as an act of unfair competition. Your actions would likely confuse consumers into believing that there is some affiliation, connection, or association between your company and our client. We further understand that you recently adopted a new distinctive font for your REFLECTIONS name in your advertising materials. This font and stylization is remarkably similar to that used for many years by our client. This font use further exacerbates the likelihood of consumer confusion.

Accordingly, our client demands that you: (1) immediately and permanently cease and desist any and all use of the infringing REFLECTIONS trademark and/or any confusingly

4511909_1.docx



 **LernerDavid**
INTELLECTUAL PROPERTY LAW

Dr. Nikesh K. Patel, MD
September 12, 2016
Page 2

similar variations of same on your website and anywhere else; and (2) agree in writing not to use any trademarks likely to cause confusion with our client's rights, or take any other action likely to cause confusion as to any affiliation, connection or association between your company and Reflections. However, notwithstanding the demands set forth above, our client recognizes that you are operating your business using a name that includes the REFLECTIONS mark. Therefore, if you act promptly to resolve this matter, our client is willing to allow you a reasonable amount of time to transition to the use of another business name.

If you are prepared to promptly agree to these terms, our client is confident that this matter can be promptly resolved. However, please do not misconstrue our client's hope for an amicable and prompt resolution with lack of resolve. To this end, our client expects to receive your response to this letter by no later than **September 26, 2016**. Failure to respond to this letter will force Reflections to consider any and all legal remedies available to protect the goodwill of its trademark.

We look forward to hearing from you promptly. If you have any questions, please contact us. Alternatively, please provide the name and contact information for your legal counsel, or invite them to contact us directly.

This letter is sent without prejudice to any and all other rights and remedies which Reflections may have in connection with the above-referenced matter, which are hereby expressly reserved.

Sincerely yours,

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

GREGG A. PARADISE

GAP/pm
Enclosure

4511909_1.docx

I, THE TREASURER THE STATE OF NEW JERSEY,  DO HEREBY
CERTIFY THAT

       REFLECTIONS OF LIVINGSTON, LLC
       299 EAST NORTHFIELD ROAD
       LIVINGSTON   NJ   07039

DID ON THE 16TH DAY OF NOVEMBER  A.D. 2001 FILE IN THIS
DEPARTMENT
       SERVICE MARK
       MARK REG NUM : 20852
REFLECTIONS
SKIN AND BODY TREATMENT SERVICES, INCLUDING MICRODERM
ABRASION, BODY/SKIN TREATMENTS, MASSAGES, ETC

CLASSIFICATION GROUP : SERVICES
CLASS :   042   MISCELLANEOUS

REGISTRATION DATE:               11/16/2001
EXPIRATION DATE:                 11/16/2016
DATE OF FIRST USE IN NEW JERSEY: 12/01/2000
DATE IN USE ELSEWHERE:

AS BY THE STATUTES OF THIS STATE REQUIRED.



*IN TESTIMONY WHEREOF, I HAVE*
*HEREUNTO SET MY HAND AND AFFIXED*
*MY OFFICIAL SEAL AT TRENTON, THIS*
*  2ND DAY OF   FEBRUARY*
*A.D.  2012 .*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certificate Number:   122931404
Verify this certificate online at
http://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp