# EXHIBIT D

# EXCERPTS FROM DEPOSITION OF IAN BRODRICK, M.D.
## (February 9, 2018)

                                                    **Page 1**

1

             IN THE UNITED STATES DISTRICT COURT

2                  DISTRICT OF NEW JERSEY

              CASE NO. 3:16-cv-08523-FLW-TJB

3     _____

                                       :

4     NEW REFLECTIONS PLASTIC          :

      SURGERY, LLC,                    : DEPOSITION OF:

5                                      : IAN BRODRICK, M.D.

              Plaintiff,               :

6                                      :

              -vs-                     :

7                                      :

      REFLECTIONS CENTER FOR SKIN      :

8     AND BODY, PC,                    :

                                       :

9             Defendant.               :

      _____:

10

11            TRANSCRIPT of testimony as taken by and

12    before JOANNE CIASULLI, a Certified Court Reporter

13    and Notary Public of the State of New Jersey, at the

14    offices of HYATT HOUSE HOTEL, 194 Park Avenue,

15    Morristown, New Jersey 07960, on Friday, February 9,

16    2018, commencing at 6:38 p.m. pursuant to notice.

17

18

19

20

21

22

23

24

25

Page 2

1
2 A P P E A R A N C E S:
3       MEREDITH & KEYHANI, PLLC
        205 Main Street
4       East Aurora, New York 14052
        212-380-1325
5       dkeyhani@meredithkeyhani.com
        BY: DARIUS KEYHANI, ESQ.
6          FRANCES STEPHENSON, ESQ.
        Attorney for Plaintiff
7
        LERNER DAVID LITTENBERG
8       KRUMHOLZ & MENTLIK, LLP
        600 South Avenue West
9       Westfield, New Jersey 07090
        908-654-5000
10      gparadise@lernerdavid.com
        BY: GREGG A. PARADISE, ESQ.
11      Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           I N D E X
2 WITNESS        DIRECT  CROSS  REDIRECT RECROSS
3 IAN BRODRICK, M.D.
4 BY: MR. KEYHANI   4
5           E X H I B I T S
6 NUMBER   DESCRIPTION              ID
7 Exhibit 1  Registration of the trademark
             with the State of New Jersey      23
8 Exhibit 2  Subpoena               28
   Exhibit 3  Trademark Assignment           37
9
10        (Exhibits attached hereto.)
11
12         R E Q U E S T S
13 DESCRIPTION              PAGE
14       (No requests.)
15
16
17
18
19
20
21
22
23
24
25

Page 4

1 I A N   B R O D R I C K,  M. D., residing at 34
2 Ammerman Way, Chester, New Jersey 07930, having been
3 duly sworn by the Notary, testified as follows:
4 DIRECT EXAMINATION BY MR. KAYHANI:
5    Q    Could you spell your full name for the
6 record please just so we have it?
7    A    Yes.  Ian, I-A-N, Brodrick,
8 B-R-O-D-R-I-C-K, no "E."
9    Q    And could you give us your home address
10 for the record?
11    A    It is 34 Ammerman, A-M-M-E-R-M-A-N, Way,
12 Chester, New Jersey 07930.
13    Q    I can call you Dr. Brodrick?
14    A    You can call me whatever you want.
15    Q    That's what I'll call you then.  Are you
16 represented by counsel today?
17    A    Yes.
18    Q    Have you been deposed before in any
19 context?
20    A    I've testified in court once.  It wasn't a
21 deposition, it was actually in court.
22    Q    How about any depositions?
23    A    No.
24    Q    So this is your first deposition?
25    A    Correct.

Page 5

1    Q    How did you prepare for today?
2    A    Um...
3    Q    I can ask another question.
4         Did you meet with anybody and prepare for
5 this deposition today?  Did you look at any
6 documents?
7    A    No.  No documents.  I spoke to my counsel.
8    Q    On the telephone?
9    A    On the telephone.
10    Q    About how long?
11    A    10 minutes.
12    Q    That's it?
13    A    Yup.
14    Q    No meetings?  Nothing?
15    A    Nothing.
16    Q    How do you know Dr. Chasin?
17    A    We trained together at Overlook Hospital,
18 1985 to 1988 in family medicine.
19    Q    You were both residents at the time?
20    A    Correct.  Interns and residents, we were
21 in the same year.
22    Q    And then what?  Did you work with him
23 after that?
24    A    We actually started an enterprise together
25 from our residency.  We both were moonlighted during

2 (Pages 2 - 5)

Page 18

1 believed in the concept of aesthetics being --
2    Q    What did Reflections mean to you?
3    A    Aesthetic services.  This was something
4 Mitch really had a passion for and --
5    Q    You were describing this idea about your
6 inner beauty or inner, can you explain?
7    A    It was a play on words.  The idea was in
8 my mind reflections is what you see, when you look
9 in the mirror you see reflection back.  So it's what
10 you see, Reflections Center for Skin and Body, that
11 was the concept, reflections is what you see.  And I
12 you know, my input was, gee, that could also reflect
13 what you feel about yourself inside.
14    Q    By what you --
15    A    I don't know that that carried any weight
16 with Mitch.  To be honest with you, that was just my
17 way of feeling like it was an okay thing, I mean, he
18 was about the aesthetics.
19    Q    You were about how you you feel inside?
20    A    Well, yeah.  You know, it was about trying
21 to take care of patients.
22    Q    You still are?
23    A    I still am.
24    Q    That's what you focus on as you do right
25 now, you just came from there?

Page 19

1    A    Yeah.
2    Q    So do you know about when, again, this is
3 not a memory test and if you get it wrong, about
4 when -- you came up -- you guys --
5        MR. PARADISE:  Let me just, because
6 the court reporter I see her grimacing.  Wait for
7 Mr. Keyhani to finish his question.  Make sure it's
8 all out and you got it and then go ahead and answer
9 it.
10        MR. KEYHANI:  Thanks.
11    Q    When do you think approximately you and
12 Dr. Chasin collaboratively or however came up with
13 the name Reflections Center for Skin and Body to the
14 best of your recollection?
15    A    I'd be guessing.  I'd guess and go back to
16 late '90s I think, but that's truly a guess.
17    Q    Could be anywhere around there?
18    A    Yeah.
19    Q    And when -- to the best of your
20 recollection, that's all we can ask for.  The next
21 question is when was the separate, when was the sign
22 put up with that name let's say somewhere in that
23 floor?
24    A    I'm not sure I can answer that.  The
25 reason I say that is there was such an evolution of

Page 20

1 the space we took.  We were you know the name and
2 the concept an aesthetics division as an entity name
3 really early on in doing any services.  Then the
4 home base for that entity evolved because we
5 initially segregated rooms in our practice for that.
6 And I know, I know as best I could remember, we were
7 working on a title.  You know the idea was it was
8 important to brand, especially because we were doing
9 urgent care, we were doing workers' comp, so in
10 order for this to actually have an appeal to people,
11 it had to have definition so branding was really
12 important.  As I said, Mitch was very focused on
13 branding and it made sense.  So we branded as the
14 decision was made to really do these services.  Then
15 we did them within the practice then whenever we had
16 the chance to expand the space, we did that, we
17 expanded the space in several steps.  We expanded
18 the space, sort of had an extra corridor where we
19 did the services then we took the other section, the
20 far end where it had its own entrance.  Then we
21 back-filled and it grew and took over other space we
22 had in my section, like primary section because at
23 one point Mitch and I divided our practice, we
24 split.  At that point we physically, his place
25 expanded to take more space.  So it's gone through

Page 21

1 several phases.  So the sign went up early in that.
2 At that point we had more space on that floor we
3 wanted to make it seem, not seem but to be apparent
4 and clear to people that there was Priority Medical
5 Care, there was the occupational medicine and stuff,
6 family medicine, excuse me, and then there was
7 Reflection Center for Skin and Body.  So there was
8 three different sign boxes.
9    Q    And that labeling of the different parts
10 of this floor or office happened around maybe like
11 2000 something?  Give --
12    A    You know, like as best if I can search my
13 brain probably around 2000, certainly no later.
14 Like 2000, 2001 I think.
15    Q    That's your best, that's what it is.
16        At what point did you and Mitch sort of
17 separate your practices so to speak as you put it?
18    A    You mean like buyout because that's easy.
19 I --
20    Q    Yeah.  Buyout, okay, the buyout.
21    A    Yes.  That was 2007.
22    Q    Who bought who out ?how did that work?
23    A    It was a structured --
24    Q    By the way ,if there's anything
25 confidential, if you have something you don't want

6 (Pages 18 - 21)

Page 22

1 to share with somebody -
2    A   Well, I mean, I bought his share out of
3 the, the Priority Medical Care, the basic practice
4 and he in essence bought out my share of the
5 Reflections entity.
6    Q   In 2007?
7    A   Correct.  It was all part of a single
8 transaction.
9    Q   Do you recall any registrations for
10 trademarks relating to any of the names that were
11 being used at the time, any of these payments you
12 mentioned?
13    A   When you say do I recall, what do you mean
14 exactly?
15    Q   I mean -- let me just ask the question.
16 Did you register any trademarks --
17    A   Absolutely.
18    Q   For which did you register trademarks?
19 When I say you, I mean you or Dr. Chasin.
20    A   We obviously when we started we registered
21 Priority Medical Care, we registered the Family
22 Health Center when we expanded to do that on
23 Priority Medical Care.  We actually, we registered
24 Reflections Center for Skin and Body when we started
25 that as, we registered that as well.

Page 23

1    Q   With who did you register Reflections
2 Center for Skin and Body?
3    A   When you say who --
4    Q   Was it a federal registration or --
5    A   I don't know the details of that.  We did
6 it through our attorneys.  So other than paying the
7 bills for the attorneys in that --
8       THE WITNESS:  Sorry --
9    A   -- you know, I know that we did it because
10 we had them, periodically they'd come up for renewal
11 and there would be something, to write a check or
12 write or something like that.
13       MR. KEYHANI:  I'd like to mark this
14 document as Exhibit 1 for deposition.
15       (Exhibit 1, marked for
16       identification.)
17    Q   This document is, or what appears to be is
18 a registration of the trademark with the state of
19 New Jersey.  If you don't mind taking a look at this
20 and see if you recognize this document.
21    A   I can't say I recognize it.  It's not --
22    Q   Okay.  Take a moment to read it at least
23 and see if what it says makes sense to the extent
24 that it can make sense.
25    A   Okay.

Page 24

1    Q   It appears to say in the document that
2 there's a registration being filed and registered
3 for the word Reflections.  And then it has a number
4 of categories and services that are being provided
5 in connection with the term Reflections.  Take a
6 look at that and see if you have any issue for
7 characterizing that.
8    A   The only issue I would take is I don't
9 read these documents so I don't know what the format
10 is, if that's the standard format for it or if
11 that's the entire word of title, I don't know.
12    Q   Understood.  And you're not a lawyer and
13 I'm not asking you to take any position like that.
14 I guess my question is -- first of all, I'll submit
15 that that was produced by Dr. Chasin in this case.
16 I didn't produce that, Dr. Chasin's lawyers produced
17 that and it's documents that he produced.  What I'm
18 trying to understand is in that document if you
19 don't mind, it says down here that the use of, it
20 says registration date is November 16, 2001,
21 expiration date -- I'm going to give this back to
22 you -- is 11/16/2006, and it says, that the name is
23 a service mark and it says Reflections, skin and
24 body treatment services including microderm
25 abrasion, body skin treatments, massages, et cetera.

Page 25

1 And then various classifications and so forth.  It
2 does not in this registration and it says, it does
3 not refer anywhere in here to the name Reflections
4 Center for Skin and Body.  Do you know why -- first
5 of all, let me ask this question.  Strike that.
6       Do you know if any registration was ever
7 applied for for the name Reflections Center for Skin
8 and Body?
9    A   I couldn't answer that because I didn't
10 handle any of these.  I didn't even handle the
11 registration for Priority to be honest with you.
12    Q   Fair enough.  Do you know why the word
13 Reflections was singly, by itself registered for but
14 not the rest of the name?
15    A   Again, I had no involvement in that so I
16 couldn't answer what was done, why it was done, you
17 know.  It wasn't one of my tasks.
18    Q   Fair enough.  Do you know if there was any
19 division or office in your practice or collective
20 practice that was called just the word Reflections?
21    A   I can't call that meeting as a formal
22 title.
23    Q   Was there a sign up anywhere that said
24 just Reflections by itself?
25    A   My only recollection, and again it's

7 (Pages 22 - 25)

Page 26

1 recollection.
2    Q   That's all you got.
3    A   Reflections Center for Skin and Body.
4    Q   You don't recall the word Reflections
5 being used by itself on any particular letterhead,
6 name card --
7    A   I truly don't but.
8    Q   And all I can ask is your recollection and
9 if you don't, you don't recall, or you do, whatever.
10 So you don't recall any of that?
11    A   No.
12    Q   So any kind of, the sign on the wall that
13 you referred to said Reflections Center for Skin and
14 Body?
15    A   As I recall it.
16    Q   As you recall it.  Okay.  And you don't
17 have any explanation, I'm not going to ask this
18 question again, but you don't have any explanation
19 as to is why the registration the word Reflections
20 was filed by itself?
21    A   To be honest with you, I had no direct
22 involvement with registrations other than like I
23 said I paid for renewals or paid bills, so I don't
24 really understand the structure of how they're done.
25 I wasn't involved in that, so I don't know about the

Page 27

1 formality in the language or if it's broad for any
2 reason, I had no involvement.  So if you're asking
3 me to conjecture, I'm the wrong person to ask.
4    Q   I'm not asking you to conjecture at all.
5 I'm just trying to get your recollection --
6    A   I was not involved in that at all.
7    Q   And of course you never told me anybody to
8 file a registration just on the word Reflections
9 presumably?
10    A   Absolutely not.
11    Q   Presumably it was Dr. Chasin that decided
12 to do this?
13       MR. PARADISE:  Objection to form.
14    Q   You don't even know if Dr. Chasing
15 decided --
16    A   He may have tasked to someone else in the
17 office to do it.  But he would have gone through our
18 attorneys, I know that.  That's how he would have
19 done it.
20    Q   But you had no part is deciding this
21 document?
22    A   As far as the document goes, I don't have
23 any recollection of and I wouldn't have had any
24 involvement.
25    Q   And you didn't tell anybody to register

Page 28

1 the word Reflections by itself?
2    A   No.
3    Q   When was the last time you spoke to
4 Dr. Chasin?
5    A   The last time I spoke to him was when I
6 was served.
7    Q   Okay.  For the purposes, since you brought
8 that up, if you take a look --
9       (Exhibit 2, marked for
10       identification.)
11    Q   See if you recognize this.  Is this what
12 you're talking about?
13    A   To the best of my recollection, that's
14 what it is.
15    Q   Somebody came to your door?
16    A   Well, they dropped it at the front desk at
17 my office which was pretty damn obnoxious.  Sorry.
18    Q   Sorry.  That's how it's done.
19    A   You know, you're going to a medical
20 practice and you serve one of the doctors, the staff
21 doesn't understand what they're being served for so
22 it has a really bad connotation so it doesn't
23 engender good feelings.
24    Q   I apologize for that.
25    A   So I do remember.

Page 29

1    Q   I apologize for that.  We were just doing
2 our job.
3       Do you understand what this document is,
4 at least from your perspective what it is?
5    A   Can I be -- no.
6    Q   This is a serious event --
7    A   Yes.  It's a subpoena to testify.
8    Q   And it's basically like an order to come
9 in here and testify and provide your honest
10 recollection about facts relating to the dispute.
11    A   Okay.
12    Q   That's all.  It does not implicate you in
13 any way, shape, or form.
14    A   Didn't feel implicated.
15    Q   Okay.  Good.  And you understand that
16 today the testimony we're taking from you is
17 pursuant to this subpoena that's marked as Exhibit 2
18 in front of you?
19    A   Yes.
20    Q   So when you received this document from,
21 or you found this document at your office and you
22 were not particularly pleased about it but you say
23 you spoke to Dr. Chasin about it, you called him?
24    A   I called him.
25    Q   What did you tell him?

8 (Pages 26 - 29)

Page 42

1 customers, customers, for the patients that walked
2 in the door, they would only see, to the extent
3 there was any writing about a sign or on a piece of
4 document or whatever, they would only see the name
5 Reflections Center for Skin and Body, they wouldn't
6 see the word Reflections by itself?
7     A   Well, I believe, Reflections was big,
8 bigger than any other words, just like Priority
9 Medical Care.  You know, Urgent Medical and Family
10 Health Center were the small things in our name but
11 the name that stood out was Reflections Center for
12 Skin and Body.  But certainly, casually you might
13 look at that and go, oh, Reflections because that's
14 the bigger word.  That's my recollection.
15     Q   But the name was always all together, the
16 full name?
17     A   As I recall it, and I can't say always
18 just that's how I recall it to be.
19     Q   Understood.
20     A   Excuse me, yes.  I definitely, now you say
21 recalled it, the other placed was referred to
22 Reflections of Livingston.
23     Q   Which place?
24     A   The second center, Reflections of
25 Livingston, that's how we would refer to it as.  In

Page 43

1 other words, because there was Reflections and
2 Reflections of Livingston we had to deal with.  When
3 you mentioned that name where it was tied to, yeah.
4 I mean, certainly it was called that because that
5 was a distinction in which office are you talking
6 about.
7     Q   But the office, that office was also
8 Reflections Center for Skin and Body when you
9 entered it?
10     A   I won't say that with certainly.  That was
11 my understanding.  I was there very few times.
12     Q   That was your understanding?
13     A   Yeah.  I mean, I just didn't go there very
14 much.  That was Mitch's place.
15     Q   It was your understanding that the second
16 office that Mitch opened or Dr. Chasin opened which
17 was also called Reflections Center for Skin and
18 Body, that also went by among yourselves Reflections
19 of Livingston?
20     A   On the business level.
21     Q   On the business level between you guys.
22     A   Because we had to have a distinction.
23     Q   But there was no sign there that said
24 Reflections of Livingston as far as you could
25 recall?

Page 44

1     A   No.  But again, minimal, minimal
2 interaction there.  I went there a couple of times,
3 you know.  It was an awkward entity to have him run
4 a separate entity while we were partners in the
5 first one.
6     Q   Understood.  Understood.  But I'm just
7 trying to get your best recollection.  You don't
8 believe that there was a sign called Reflections of
9 Livingston on that second office?
10     A   I have no recollection of that, but I have
11 no recollection if there wasn't.  I mean, I just,
12 you know, I just didn't go there, I mean, I have
13 gone there.  I actually went there in that brief
14 period when I would do work with the laser lipo with
15 Mitch, see the patients there to talk to them, so I
16 went there a few times but it was not something that
17 I was -- we were not -- I didn't own it any more.
18 It wasn't in my life any more at that point.
19     Q   So you're not even sure -- strike that.
20         A little earlier you testified that you
21 believe that the second center was also called
22 Reflections Center for Skin and Body.  Is that still
23 your recollection?
24     A   That is my recollection but that's based
25 on literally searching my brain back.  I mean, I

Page 45

1 have no basis other than...
2     Q   Your recollection?
3     A   That's my recollection.
4         MR. KEYHANI:  How about we take a few
5 minute break and you can use the bathroom if you
6 need to.  I'll talk to my colleague here.
7         (A break is taken.)
8         MR. KEYHANI:  Dr. Brodrick, we are
9 very appreciative that you came in to do this and
10 you will not be getting any more subpoenas from us
11 at least and I don't have any more questions for
12 you.  Your evening is over unless Mr. Paradise has
13 any questions.
14         MR. PARADISE:  I don't have any
15 questions or a desire to keep you any later so this
16 concludes the deposition.
17         THE WITNESS:  Thank you.
18         (Deposition adjourned at 7:43 p.m.)

12 (Pages 42 - 45)



$KC$

## TRADEMARK ASSIGNMENT

This Agreement is between Priority Medical Care, P.A., a corporation organized under the laws of New Jersey, having a place of business at 350 Grove Street, Bridgewater, NJ 08807 ("Assignor"), and Reflections of Livingston, LLC, a New Jersey corporation, having a place of business at 299 East Northfield Road, Livingston, NJ 07039 ("Assignee").

For good and valuable consideration, the receipt and exchange of which is hereby acknowledged, Assignor hereby assigns to Assignee all of the right, title and interest in and to the following trademarks and registrations:

REFLECTIONS                         NJ Reg. No. 20852

ENJOY THE SKIN YOU'RE IN            NJ Reg. No. 20851

that are currently held by Assignor, including but not limited to, and all the goodwill associated with the marks, and including the right to collect past damages.   Assignee shall have the responsibility of maintaining the New Jersey registrations.

PRIORITY MEDICAL CARE, P.A.

By: _Ian B Brodrick_

Printed Name: _Ian B Brodrick_

Date: _8/1_____, 2011    Title: _President_

NOTARY:

State of          )
                  ) S.S.:
County of         )

Before me this 1st day of _August_, 2011, personally appeared _Ian B. Brodrick, MD_ to me known to be the person who is described in and who signed the foregoing Assignment and acknowledged to me that he signed the same of his own free will for the purpose therein expressed.

_Merrianne R. VanNote_
Notary Public

MERRIANNE R VANNOTE
Commission # 2270560
Notary Public, State of New Jersey
My Commission Expires
December 18, 2015

1_22_11 Assignment from PMC to Reflections

REFLEC-000022

REFLECTIONS OF LIVINGSTON, LLC

By: _____

Printed Name: Mitchell Chasin, MD

Date: _____8/1_____, 2011      Title: ____owner____

NOTARY:

State of              )
                      ) S.S.:
County of             )

Before me this 1st day of August, 2011, personally appeared Mitchell Chasin, MD to me known to be the person who is described in and who signed the foregoing Assignment and acknowledged to me that he signed the same of his own free will for the purpose therein expressed.

Marianne R. VanNote
Notary Public

```
MERRIANNE R VANNOTE
Commission # 2270560
Notary Public, State of New Jersey
My Commission Expires
December 18, 2015
```

7_22_11 Assignment from PMC to Reflections