THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC  §<br>§<br>§<br>Plaintiff,  §<br>§<br>vs.  §<br>§<br>REFLECTIONS CENTER FOR SKIN AND BODY, PC,  §<br>§<br>§<br>Defendant.  § | Civil Action No. 3:16-cv-08523-FLW-TJB |

## DECLARATION OF ANYA S. ENGEL

I, Anya S. Engel, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a law clerk of Meredith & Keyhani, PLLC, attorneys for Plaintiff New Reflections Plastic Surgery, LLC in the above captioned case. I am over 21 years of age. I have personal knowledge of the following facts or access to information allowing me to confirm these facts.

1. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the Deposition of Dr. Nikesh Patel (November 16, 2017) and accompanying deposition exhibits.

2. Attached as Exhibit B is a true and correct copy of the Declaration of Dr. Nikesh Patel dated May 9, 2018.

3. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of the Deposition of Mitchell Chasin, M.D. (November 2, 2017) and excerpts of accompanying deposition exhibits.

4. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the Deposition of Ian Brodrick, M.D. (February 9, 2018) and accompanying deposition exhibits.

<u>s/ Anya S. Engel</u>
Anya S. Engel
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Tel. (212) 760-0098
Fax (212) 202-3819
aengel@meredithkeyhani.com
*Attorneys for Plaintiff*
