THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC § § § Plaintiff, § § vs. § § REFLECTIONS CENTER FOR SKIN AND BODY, PC, § § § Defendant. § | Civil Action No. 3:16-cv-08523-FLW-TJB JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that New Reflections Plastic Surgery, LLC's Motion for Summary Judgment was electronically filed on this May 10, 2018. Notice of this filing will be sent to all parties and all counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

s/ Anya S. Engel
Anya S. Engel

1