Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908 654 5000
Fax: 908 654 7866

*Attorneys for Defendant Reflections
Center for Skin and Body, PC*

**Document Filed Electronically**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC | : |
|                 Plaintiff, | : Civil Action No.16-8523-FLW-TJB |
| v. | : Freda L. Wolfson, U.S.D.J. |
| | : Tonianne J. Bongiovanni, U.S.M.J. |
| REFLECTIONS CENTER FOR SKIN AND BODY, PC, | : |
|                 Defendant. | : |
| | x |

## **DECLARATION OF AARON S. ECKENTHAL**

I, AARON S. ECKENTHAL, hereby declare and state as follows:

1. I am a member of the bar of the State of New Jersey and Of Counsel with the firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, attorneys for Defendant Reflections Center for Skin and Body, PC ("Reflections"), in the above-captioned matter. I respectfully submit this declaration in support of Reflections' Brief in Opposition to Plaintiff's Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Dr. Mitchell Chasin.

3. Attached as Exhibit B is a true and correct copy of the Declaration of Dr. Mitchell Chasin.

4. Attached as Exhibit C is a true and correct copy of promotional material produced as REFLEC-000129.

5. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Dr. Ian Brodrick.

6. Attached as Exhibit E is a true and correct copy of the Priority Medical Care Reorganization Agreement that transferred all rights to the REFLECTIONS mark to Reflections of Livingston LLC.

7. Attached as Exhibit F is a true and correct copy of the registration certification for New Jersey State Trademark Reg. No. 20852, the REFLECTIONS mark.

8. Attached as Exhibit G is a true and correct copy of the confirmatory assignment of the REFLECTIONS mark that assigned the mark from Priority Medical to Reflections of Livingston, LLC, which was executed August 1, 2011. This assignment confirmed assignment from April 2007 and was subsequently recorded with the State in October 2011.

9. Attached as Exhibit H is a true and correct copy of the assignment of the REFLECTIONS mark that assigned the mark from Reflections of Livingston, LLC to Reflections Center for Skin and Body, PC, which was executed in November 2016.

10. Attached as Exhibit I is a true and correct copy of the renewal for New Jersey State Trademark Reg. No. 20852 for REFLECTIONS.

11. Attached as Exhibit J is a true and correct copy of Reflections' responses to Plaintiff's Interrogatory Nos. 1-3.

5461148_1.docx

12.     Attached as Exhibit K is a true and correct copy of the Brandywine Registration certificate (U.S. Registration No. 3,164,379).

13.     Attached as Exhibit L is a true and correct copy of printouts from the Brandywine website that explains the company and services it provides, and shows its use of the Brandywine Registration.

14.     Attached as Exhibit M is a true and correct copy of the registration certificates for U.S. Trademark Reg. Nos. 3,216,579 (REFLECTIONS MEDSPA) and 3,460,732 (RD REFLECTIONS DERMATOLOGY & SKIN CARE).

15.     Attached as Exhibit N is a true and correct copy of the specimens submitted to the United States Trademark Registration in connection with the procurement and renewal of the Brandywine Registration (U.S. Registration No. 3,164,379).

16.     Attached as Exhibit O is a true and correct copy of excerpts from the transcript of the deposition of Dr. Patel.

17.     Attached as Exhibit P is a true and correct copy of Plaintiff's response to Defendant's Interrogatory No. 6.

18.     Attached as Exhibit Q is a true and correct copy of Plaintiff's website from October 7, 2008, which is the earliest date available through the wayback machine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/4/18___     _____
                              Aaron S. Eckenthal

5461148_1.docx