# EXHIBIT C






25"

side 1

10"

pocket

5 - 5" panels

side 2

REFLEC-000129