# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CASE NO. 3:16-cv-08523-FLW-TJB

---

NEW REFLECTIONS PLASTIC          :
SURGERY, LLC,                    : DEPOSITION OF:
                                 : IAN BRODRICK, M.D.
        Plaintiff,               :
                                 :
        -vs-                     :
                                 :
REFLECTIONS CENTER FOR SKIN      :
AND BODY, PC,                    :
                                 :
        Defendant.               :
---

    TRANSCRIPT of testimony as taken by and before JOANNE CIASULLI, a Certified Court Reporter and Notary Public of the State of New Jersey, at the offices of HYATT HOUSE HOTEL, 194 Park Avenue, Morristown, New Jersey 07960, on Friday, February 9, 2018, commencing at 6:38 p.m. pursuant to notice.

```
 1
 2   A P P E A R A N C E S:
 3            MEREDITH & KEYHANI, PLLC
              205 Main Street
 4            East Aurora, New York 14052
              212-380-1325
 5            dkeyhani@meredithkeyhani.com
              BY:  DARIUS KEYHANI, ESQ.
 6                 FRANCES STEPHENSON, ESQ.
              Attorney for Plaintiff
 7
              LERNER DAVID LITTENBERG
 8            KRUMHOLZ & MENTLIK, LLP
              600 South Avenue West
 9            Westfield, New Jersey 07090
              908-654-5000
10            gparadise@lernerdavid.com
              BY:  GREGG A. PARADISE, ESQ.
11            Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  Q    But you didn't change the hours?  The
2  hours were the same?
3  A    Not for awhile.
4  Q    And what was the name of this practice?
5  A    It was called Priority Medical Care.
6  Q    And as you said it was kind of like the
7  urgent care places we have today?
8  A    Correct.
9  Q    Did you and Dr. Chasin provide the same
10 kind of services that you described or was anybody
11 specialized in one particular area or another?
12 A    At that point we were in the same
13 services.
14 Q    And did that change over time at any point
15 where you might do certain things or no, you guys
16 just did the same things for the most part going
17 forward?
18 A    Over time it changed.
19 Q    To the extent you can remember, about when
20 did it change and how did it change?
21 A    I'm not entirely sure of the dates.  I
22 would say somewhere in the late '90s, maybe before
23 the millennium, we introduced a new procedure in the
24 practice which was laser hair removal.
25 Q    Laser --

Page 15

1  that were added, one was this and what was the other
2  one?
3      A    Again, that was a practice managed and
4  then bought so subsumed into you know.  And it was
5  run as a DOB -- wait, yeah -- no, DBA.  But it was
6  became part of Priority Medical Care but it retained
7  its name of Total Care of Occupational Medicine.
8      Q    And you did Dr. Chasin managed that,
9  mostly you did?
10     A    I managed that.
11     Q    Fair enough.
12     A    I mean, he was involved in the transition
13 and the negotiation with the hospital but once it
14 got to, again, it was to the point where we were
15 really getting very involved in the aesthetics and
16 there was just not enough time to do both things so
17 I focused on that and he focused on the aesthetics.
18     Q    And you kept that location of that
19 separate business what it was, you didn't move it?
20     A    (Witness nods.)
21     Q    What about the aesthetics, was that
22 being done out of the Priority Medical Care office?
23     A    Well, at that point we -- that's where I'm
24 not sure of the timing.  We had initially expanded
25 internally in that same floor of the building and

```
 1   then we expanded, the next opportunity came to
 2   expand where there was space and to build truly a
 3   dedicated aesthetics center on sort of the same
 4   floor other half of the building.  And that's when
 5   it really took on its, I mean, up to that we were
 6   doing it fully as a separate line of business --
 7        Q    Within the practice, within the same
 8   building?
 9        A    Within the same building.
10        Q    Same office, within the same office?
11        A    Well, same office it was again the
12   separate division of how it was termed but it
13   quickly became it's own division, its own waiting
14   area, its own entrance, I mean, it was a separate
15   entity in the building.
16        Q    And when it became a separate part of the
17   building, part of the building that is, did it have
18   a different name put on it?
19        A    The title, the name of that division
20   started before we had the separate space.
21        Q    And what was it called?
22        A    It was Reflections Center for Skin and
23   Body.
24        Q    Center for Skin and Body?
25        A    I think.  It's been awhile.
```

Page 17

1   Q   And about when did you start using that
2   name Reflections Skin and Body?
3   A   Before we had the physical space for it.
4   I mean, that was something you know we wanted to,
5   Mitch's dad is a graphic artist so the concept of
6   trademarking and service marking was sort of
7   natural.  Even when we started with Priority, we
8   labored together over the name, we labored together
9   over Reflections, we had debates over what to call
10  it.
11  Q   So the Reflections Center for Skin and
12  Body, who coined that name to the best of your --
13  A   I would say Mitch.  I mean, I definitely
14  had input, we had input about the secondary
15  phrasing, Love the Skin You're In, or something like
16  that it was, I was into sort of the concept I liked
17  the Reflection concept because to me I wanted to
18  work on reflecting your inner self, your inner
19  beauty, I wasn't huge for the actual aesthetics but
20  I liked the concept that maybe it could reflect from
21  inside.  So I remember discussing that whole concept
22  of it.  So that was --
23  Q   Can you explain that a little bit?  That's
24  interesting.  It's kind of deep.
25  A   Well, it was.  I mean, I was, I just

Page 20

1  the space we took.  We were you know the name and
2  the concept an aesthetics division as an entity name
3  really early on in doing any services.  Then the
4  home base for that entity evolved because we
5  initially segregated rooms in our practice for that.
6  And I know, I know as best I could remember, we were
7  working on a title.  You know the idea was it was
8  important to brand, especially because we were doing
9  urgent care, we were doing workers' comp, so in
10 order for this to actually have an appeal to people,
11 it had to have definition so branding was really
12 important.  As I said, Mitch was very focused on
13 branding and it made sense.  So we branded as the
14 decision was made to really do these services.  Then
15 we did them within the practice then whenever we had
16 the chance to expand the space, we did that, we
17 expanded the space in several steps.  We expanded
18 the space, sort of had an extra corridor where we
19 did the services then we took the other section, the
20 far end where it had its own entrance.  Then we
21 back-filled and it grew and took over other space we
22 had in my section, like primary section because at
23 one point Mitch and I divided our practice, we
24 split.  At that point we physically, his place
25 expanded to take more space.  So it's gone through

Page 25

1  And then various classifications and so forth.  It
2  does not in this registration and it says, it does
3  not refer anywhere in here to the name Reflections
4  Center for Skin and Body.  Do you know why -- first
5  of all, let me ask this question.  Strike that.
6         Do you know if any registration was ever
7  applied for for the name Reflections Center for Skin
8  and Body?
9     A   I couldn't answer that because I didn't
10 handle any of these.  I didn't even handle the
11 registration for Priority to be honest with you.
12    Q   Fair enough.  Do you know why the word
13 Reflections was singly, by itself registered for but
14 not the rest of the name?
15    A   Again, I had no involvement in that so I
16 couldn't answer what was done, why it was done, you
17 know.  It wasn't one of my tasks.
18    Q   Fair enough.  Do you know if there was any
19 division or office in your practice or collective
20 practice that was called just the word Reflections?
21    A   I can't call that meeting as a formal
22 title.
23    Q   Was there a sign up anywhere that said
24 just Reflections by itself?
25    A   My only recollection, and again it's

1  recollection.
2      Q     That's all you got.
3      A     Reflections Center for Skin and Body.
4      Q     You don't recall the word Reflections
5  being used by itself on any particular letterhead,
6  name card --
7      A     I truly don't but.
8      Q     And all I can ask is your recollection and
9  if you don't, you don't recall, or you do, whatever.
10 So you don't recall any of that?
11     A     No.
12     Q     So any kind of, the sign on the wall that
13 you referred to said Reflections Center for Skin and
14 Body?
15     A     As I recall it.
16     Q     As you recall it.  Okay.  And you don't
17 have any explanation, I'm not going to ask this
18 question again, but you don't have any explanation
19 as to is why the registration the word Reflections
20 was filed by itself?
21     A     To be honest with you, I had no direct
22 involvement with registrations other than like I
23 said I paid for renewals or paid bills, so I don't
24 really understand the structure of how they're done.
25 I wasn't involved in that, so I don't know about the

Page 34

1  not considered surgery.  Right?
2      A    No.  I don't think so.  No.  I mean, it's
3  not.  I can't think beyond that.  Truly, I don't
4  know everything that was done because we had, I
5  don't think Mitch was happy that I wasn't doing any
6  more services at a certain point but I just didn't
7  want to do them.  So I wasn't happy that he wasn't
8  seeing patients, but we basically had to take charge
9  of each of our divisions and focus on those.
10     Q    He didn't do any plastic surgery,
11 Dr. Chasin, did he?
12     A    I'm not sure what you're referring to as
13 that.
14     Q    Well --
15     A    Again, you're talking about in the office?
16     Q    In the office or actually anywhere as far
17 as you know.
18     A    When are we talking about?
19     Q    At any time that you worked because you
20 only worked with him in 2007.  Right?
21     A    At a certain point, after our practice
22 together was gone, after he had left or even before
23 he had opened up a second office in Livingston, same
24 name, Reflections, and he was running that and
25 actually wanted me to be a part of that but I didn't

1  want to be.
2      Q    You said, "same name, Reflections."  Do
3  you mean Reflections Center for Skin and Body?
4      A    Correct.
5      Q    Not Reflections by itself?
6      A    See --
7      Q    You're just using a shorthand?
8      A    Yes.  Absolutely.  Thank you for
9  clarifying.
10     Q    Go ahead.
11     A    So he opened up a second center, and at a
12 certain point, I don't remember the timing, he
13 started doing laser, laser-assisted liposuction at
14 that center and I did some of that with him.  He
15 encouraged me afterwards to train and to do that.
16     Q    Can you explain for a layperson what
17 exactly that is?
18     A    It's basically doing, well, liposuction is
19 a way of removing fat from the pads from the skin
20 and laser-assisted liposuction is a way of using
21 specifically designed lasers with a kind of a
22 filament that you insert through small incisions to,
23 to expand the fatty tissue layer balanced with
24 fluids with anesthetic as well as saline and then
25 the laser helps to dissolve the fat and then it's

Page 36

1    suctioned out.
2        Q    Is that painful?
3        A    Well, what you're putting in there is an
4    anesthetic solution so it's uncomfortable but
5    if done right, it's not really painful.  So he did,
6    you know, substantial training.  Went to not just
7    courses but went and preceptive, not preceptive but
8    mentored, had people come in and train him, went to
9    various sights around the country, did extensively,
10   he had been doing that for awhile before he actually
11   started the processing.
12       Q    Is that done in the office?
13       A    In the office, yeah.
14       Q    Is that considered to be invasive, medium
15   invasive --
16       A    I'm not sure who makes that decision.
17       Q    We'll leave that alone then.  Is that in
18   your mind surgery considered surgery in the way you
19   understand it as a medical doctor?  That's just from
20   your perspective.
21       A    I don't think so.  I think it's a
22   procedure, I think there's a distinction as I
23   understand it, but I mean again, that's my
24   recollection, it was you know we do procedures in
25   the office for, I do suturing, I don't consider that

Page 41

1  Reflections, you're always referring to Reflections
2  Center for Skin and Body?
3      A    Correct.
4      Q    You believe that that was registered in
5  your mind?
6      A    In my mind that's what we referred to the
7  place as, that's what the signs were.  So in my
8  mind, it would be more than that, it wouldn't just
9  be that because I know sometimes with registrations
10 sometimes there are variations in that, so I
11 wouldn't have thought that and only that, but in my
12 mind, that's what it was called.  And Reflections
13 was certainly, if you asked me on a day-to-day
14 business basis when I was looking at the books with
15 the accountant, we'd go, so what are the Reflection
16 numbers, what are the Priority numbers.  We'd call
17 Priority, Priority even though clearly it's
18 registered as Priority Medical Care, and we would
19 call Reflections, Reflections.  So if I say
20 Reflections, it's because that was the shortcut
21 jargon of referring to our divisions, that's all.
22 So I don't want you to read too much into me calling
23 it Reflections because that's just what --
24     Q    Thank you for clarifying.  No, I'm not
25 reading it at all.  I get you.  And but for the

Page 42

1  customers, customers, for the patients that walked
2  in the door, they would only see, to the extent
3  there was any writing about a sign or on a piece of
4  document or whatever, they would only see the name
5  Reflections Center for Skin and Body, they wouldn't
6  see the word Reflections by itself?
7       A    Well, I believe, Reflections was big,
8  bigger than any other words, just like Priority
9  Medical Care.  You know, Urgent Medical and Family
10 Health Center were the small things in our name but
11 the name that stood out was Reflections Center for
12 Skin and Body.  But certainly, casually you might
13 look at that and go, oh, Reflections because that's
14 the bigger word.  That's my recollection.
15      Q    But the name was always all together, the
16 full name?
17      A    As I recall it, and I can't say always
18 just that's how I recall it to be.
19      Q    Understood.
20      A    Excuse me, yes.  I definitely, now you say
21 recalled it, the other placed was referred to
22 Reflections of Livingston.
23      Q    Which place?
24      A    The second center, Reflections of
25 Livingston, that's how we would refer to it as.  In

1  other words, because there was Reflections and
2  Reflections of Livingston we had to deal with.  When
3  you mentioned that name where it was tied to, yeah.
4  I mean, certainly it was called that because that
5  was a distinction in which office are you talking
6  about.
7      Q    But the office, that office was also
8  Reflections Center for Skin and Body when you
9  entered it?
10     A    I won't say that with certainly.  That was
11 my understanding.  I was there very few times.
12     Q    That was your understanding?
13     A    Yeah.  I mean, I just didn't go there very
14 much.  That was Mitch's place.
15     Q    It was your understanding that the second
16 office that Mitch opened or Dr. Chasin opened which
17 was also called Reflections Center for Skin and
18 Body, that also went by among yourselves Reflections
19 of Livingston?
20     A    On the business level.
21     Q    On the business level between you guys.
22     A    Because we had to have a distinction.
23     Q    But there was no sign there that said
24 Reflections of Livingston as far as you could
25 recall?

1   A   No.  But again, minimal, minimal
2   interaction there.  I went there a couple of times,
3   you know.  It was an awkward entity to have him run
4   a separate entity while we were partners in the
5   first one.
6       Q   Understood.  Understood.  But I'm just
7   trying to get your best recollection.  You don't
8   believe that there was a sign called Reflections of
9   Livingston on that second office?
10      A   I have no recollection of that, but I have
11  no recollection if there wasn't.  I mean, I just,
12  you know, I just didn't go there, I mean, I have
13  gone there.  I actually went there in that brief
14  period when I would do work with the laser lipo with
15  Mitch, see the patients there to talk to them, so I
16  went there a few times but it was not something that
17  I was -- we were not -- I didn't own it any more.
18  It wasn't in my life any more at that point.
19      Q   So you're not even sure -- strike that.
20          A little earlier you testified that you
21  believe that the second center was also called
22  Reflections Center for Skin and Body.  Is that still
23  your recollection?
24      A   That is my recollection but that's based
25  on literally searching my brain back.  I mean, I

Page 45

1  have no basis other than...
2      Q    Your recollection?
3      A    That's my recollection.
4           MR. KEYHANI:  How about we take a few
5  minute break and you can use the bathroom if you
6  need to.  I'll talk to my colleague here.
7           (A break is taken.)
8           MR. KEYHANI:  Dr. Brodrick, we are
9  very appreciative that you came in to do this and
10 you will not be getting any more subpoenas from us
11 at least and I don't have any more questions for
12 you.  Your evening is over unless Mr. Paradise has
13 any questions.
14          MR. PARADISE:  I don't have any
15 questions or a desire to keep you any later so this
16 concludes the deposition.
17          THE WITNESS:  Thank you.
18          (Deposition adjourned at 7:43 p.m.)
19
20
21
22
23
24
25