# EXHIBIT F

MHL 10.4-004 NJ

I, THE TREASURER THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT

    PRIORITY MEDICAL CARE, P.A.
    350 GROVE STREET
    BRIDGEWATER NJ 08807

DID ON THE 16TH DAY OF NOVEMBER A.D. 2001 FILE IN THIS DEPARTMENT

    SERVICE MARK
    MARK REG NUM : 20852

REFLECTIONS
SKIN AND BODY TREATMENT SERVICES, INCLUDING MICRODERM ABRASION, BODY/SKIN TREATMENTS, MASSAGES, ETC

CLASSIFICATION GROUP : SERVICES
CLASS : 042 MISCELLANEOUS

REGISTRATION DATE:     11/16/2001
EXPIRATION DATE:     11/16/2006
DATE OF FIRST USE IN NEW JERSEY: 12/01/2000
DATE IN USE ELSEWHERE:

AS BY THE STATUTES OF THIS STATE REQUIRED.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS 16TH DAY OF NOVEMBER A.D. 2001.



Peter R Lawrance
Acting State Treasurer