# EXHIBIT B





## Reflections Center For Skin & Body - Martinsville ✓ Claimed

★★★☆☆  6 reviews  📊 Details

$$$ · Cosmetic Surgeons, Skin Care, Medical Spas  ✎ Edit

★ Write a Review      📷 Add Photo     ↗ Share     🔖 Save

📍 1924 Washington Valley Rd       ✎ Edit
Martinsville, NJ 08836
✦ Get Directions
📞 (732) 356-1666
↗ reflectionscenter.com
💬 Request an appointment
📱 Send to your Phone

See all 8 photos

Reflections Center for Skin & Body...

### Services Offered  ✓ Verified by Business

- Skin Extractions
- Back Treatments
- LED Light Treatments
- Body Massages
- Waxing Services
- Body Treatments
- Microdermabrasion Treatments
- Lip Treatments

**Request an Appointment**
You can now request an appointment from this business directly from Yelp

**Request an Appointment**

---



**Silvanna M.**
Keyport, NJ
👥 71 friends
★ 43 reviews
📷 20 photos

★★★☆☆  5/8/2018

Positives: knowledgeable physician, up to date treatments, clean and nicely decorated office. Negatives: long wait times in patient room, support staff seem disorganized and inexperienced.  Long story short, I had two costly facial treatments. I waited with numbing cream for over an hour and a half each time. The medical assistants had to stick me 4x to get my blood. They did not seem experienced, even though they said they have this procedure several times a week. Each time I went to pay , the front desk charged me $400 extra ( I had only gotten part of the treatment and was quoted a lesser price ). Ultimately it was adjusted each time. In general I  expected more professionalism.  Not sure if I will return.

Was this review ...?

💡 Useful      😊 Funny      😎 Cool      ⚑



**Comment from Mitchell C. of Reflections Center For Skin & Body - Martinsville**
Business Owner

5/10/2018 · Our practice encourages patients to share their experiences. In fact, our greatest source of new...
Read more



**Reflections Center**
@ReflectionsCtr

Cosmetic medicine to help you feel your most beautiful. We offer: Sculpsure, Coolsculpting, Laser Liposuction, Facial Plastic Surgery, Botox and so much more.

⊙ Livingston and Martinsville NJ

🔗 reflectionscenter.com

| Tweets | Tweets & replies | Media |
|---|---|---|

📌 Pinned Tweet

**Reflections Center** @ReflectionsCtr · 3 Mar 2017
We've moved!
Instagram: ReflectionsCenter
Facebook: Reflections Center for Skin and Body
See ya there! 👋

💬 1    🔁    ♡    ✉

**Reflections Center** @ReflectionsCtr · 18 Dec 2016
Let the games begin! Tomorrow starts our Elf on a Shelf SnapChat Giveaway!

**Who to follow** · Refresh · View all