# EXHIBIT C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77585652
Filing Date: 10/04/2008

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Reflections center for skin & body |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Reflections center for skin & body |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Chasin, Mitchell |
| *STREET | 299 East Northfield Road |
| *CITY | Livingston |
| *STATE (Required for U.S. applicants) | New Jersey |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 07039 |
| PHONE | 973-740-2444 |
| EMAIL ADDRESS | paula@reflectionscenter.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 044 |
| FIRST USE ANYWHERE DATE | At least as early as 12/10/2004 |

| | |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 12/10/2004 |
| *IDENTIFICATION | Health spa services, namely, laser treatments for acne, rejuvenation, scars, tattoo removal and for facials and massage |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/10/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/10/2004 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | spec-7495164178-103335553_._Reflections.pdf |
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT3\IMAGEOUT3\775\856\77585652\xml1\FTK0003.JPG |
| ADDITIONAL STATEMENTS INFORMATION | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| CORRESPONDENCE INFORMATION | |
| *NAME | Chasin, Mitchell |
| *STREET | 299 East Northfield Road |
| *CITY | Livingston |
| *STATE<br>(Required for U.S. applicants) | New Jersey |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 07039 |
| PHONE | 973-740-2444 |
| *EMAIL ADDRESS | paula@reflectionscenter.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /mitchell Chasin/ |
| * SIGNATORY'S NAME | mitchell chasin |
| * SIGNATORY'S POSITION | owner |
| * DATE SIGNED | 10/04/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77585652
Filing Date: 10/04/2008

**To the Commissioner for Trademarks:**

**MARK:** Reflections center for skin & body (Standard Characters, see mark)
The literal element of the mark consists of Reflections center for skin & body.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mitchell Chasin, a citizen of United States, having an address of
    299 East Northfield Road
    Livingston, New Jersey 07039
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 044:  Health spa services, namely, laser treatments for acne, rejuvenation, scars, tattoo removal and for facials and massage

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 044, the mark was first used at least as early as 12/10/2004, and first used in commerce at least as early as 12/10/2004, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, .

**Original PDF file:**
spec-7495164178-103335553_._Reflections.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Correspondence Information: Chasin, Mitchell
    299 East Northfield Road
    Livingston, New Jersey 07039
    973-740-2444(phone)
    paula@reflectionscenter.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /mitchell Chasin/   Date Signed: 10/04/2008
Signatory's Name: mitchell chasin
Signatory's Position: owner


RAM Sale Number: 4556
RAM Accounting Date: 10/06/2008

Serial Number: 77585652
Internet Transmission Date: Sat Oct 04 10:56:45 EDT 2008
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XXX-2008100410564562
7788-77585652-400e52a8b8590f996db8177855
5f83a4cc6-CC-4556-20081004103335553426

# Reflections
# center for skin & body

Reflections

center for skin & body