# EXHIBIT D

http://www.brandycare.com:80/Press.html    Go

3 captures
15 Jan 2000 – 29 Sep 2000

JAN  JUN  SEP

◀ 23 ▶

1999  2000  2001

▼ About this capture



# Brandywine Press Releases

**BRANDYWINE ASSISTED LIVING AT DRESHER ESTATES NAMES EXECUTIVE DIRECTOR**

**BRANDYWINE ASSISTED LIVING AT MIDDLEBROOK CROSSING INTRODUCES HIGH-TECH FAMILY REUNIONS**

**BRANDYWINE ASSISTED LIVING AT SEASIDE POINTE INTRODUCES HIGH-TECH FAMILY REUNIONS**

**BRANDYWINE SENIOR CARE LAUNCHES NEW INTERACTIVE WEB SITE**

**Back to Home Page**
**1-877-427-2639 Brandycare Hotline**

**BRANDYWINE ASSISTED LIVING AT DRESHER ESTATES NAMES EXECUTIVE DIRECTOR**

Upper Dublin, PA - Brandywine Assisted Living at Dresher Estates has named Ellen Harris Newman as its' Executive Director.

In this capacity, Ellen Harris Newman will be responsible for the daily operations of the residence, while implementing internal and external marketing strategies to better position Dresher Estates within the senior community.

Ellen Harris Newman comes to Dresher Estates from Sunrise Assisted Living of Lafayette Hill; Lafayette Hill, PA where she served as Executive Director. Prior to this position, she served as Director of Alternative Living Services; North Wales, PA.

Holding a Master of Business Degree in Health Care Administration from The Pennsylvania State University and a Bachelor of Arts Degree in Organizational Communication from the University of Hartford, Ellen Harris Newman's professional affiliations include the Assisted Living Quality Coalition, the Alzheimer's Association, the Assisted Living Federation of America and the Pennsylvania Assisted Living Association.

"With her exemplary qualifications and experience, Ellen is just the person we need to lead us in providing area seniors with the finest



|                                                    | Go | JAN  JUN  SEP |
3 captures
15 Jan 2000 – 29 Sep 2000

◀ 23 ▶

1999  2000  2001

▼ About this capture

Scheduled to open in the Fall 2000, Dresher Estates will be one of Brandywine Senior Care's most luxurious assisted living residences; designed to provide an affordable and elegant environment for seniors who desire an alternative to the daily worries and expense of maintaining a home.

Located next to Temple Sinai in Upper Dublin, Dresher Estates will comfortably accommodate residents with gracious amenities, gourmet meals from a full kosher kitchen, and spacious apartment-style suites that include kitchenettes, private baths and 24-hour emergency response systems.

Renowned for its' interactive care network, Brandywine Senior Care is a leading provider of quality care and services for seniors within Pennsylvania, New Jersey and Delaware. For additional information about Dresher Estates or on any Brandywine Senior Care Residence, please call toll-free 1-877-4-BRANDY, or visit our web site at www.BrandyCare.com

**BRANDYWINE SENIOR CARE**
**INTRODUCED HIGH-TECH FAMILY REUNIONS**
Exton, PA - Brandywine Senior Care's Assisted Living Residences will help to enhance the fine art of conversation by offering BrandyVision, a computer enhanced, visual communication system that enables residents and their families to see and converse with one another - no matter where families may live."BrandyVision is an exciting new way to bring families together," says Susan Stipa, Vice President of Public Relations and Marketing, Brandywine Senior Care. "Our residents will be able to sit back and relax in one of our lounges as they talk to their family members through a TV, sharing what's new in their lives while enjoying each other's expressions."

The only equipment required is a television set and a special camera that contains a built-in modem. "Family and friends can either rent or purchase this camera from Brandywine," adds Stipa. Setting up the necessary equipment takes only a few steps. "The camera is first hooked into a television set, then into a phone outlet. Through its modem, the camera dials out much like a computer, connecting to the designated television set at the residence," explains Dan Lawson, Director of Technology Services, Brandywine Senior Care. "The family and resident can then see and converse with each other right through the TV from across the room, without the use of a telephone handset." He adds that a test family will be used throughout November to ensure everything will run smoothly when the program becomes available.

While this technology is in its beginning stages, eventually BrandyVision will be available in each resident's suite. "BrandyVision is one of many innovative programs that help us provide all the best in life to our

| | Go | JAN **JUN** SEP | |
|---|---|---|---|

**3 captures**
15 Jan 2000 – 29 Sep 2000

◀ **23** ▶

1999 **2000** 2001

▼ About this capture

suites that include kitchenettes, private baths and emergency response systems.

Renowned for its interactive care network, Brandywine Senior Care is a leading provider of quality care and services for seniors within Delaware, New Jersey and Pennsylvania. For additional information about any Brandywine Senior Care Residence, call **1-877-4-BRANDY, or visit our web site at www.BrandyCare.com.**

Back to Top of Page

**Cherry Hill, NJ** - Brandywine Senior Care, an interactive care network providing quality care and services for seniors in New Jersey, Pennsylvania and Delaware, has named Patricia A. Whildin Alzheimer's Program Coordinator for its Assisted Living Residences and Skilled Care Centers.

With nearly ten years of experience in senior living, Whildin joins Brandywine from Sunrise Assisted Living where she served as Alzheimer's Program Coordinator for a New Jersey residence. Prior to this position, she was the Activity Director at Greenbriar Health Care Center, having started an Alzheimer's support group for family members. Whildin holds an Associate of Science degree from Camden County College and has received certification in gerontology from Rutgers University.

Susan Stipa, Brandywine's Director of Public Relations and Marketing, is pleased to have filled this position with a professional who has extensive training in elder care. "With her expertise in Alzheimer's disease and commitment to quality, Pat is a welcome member to the Brandywine family," she says. "In addition to coordinating our special needs program, Pat will provide guidance to all of our Assisted Living Activities Directors."

Brandywine's Alzheimer's program, Reflections, helps those with Alzheimer's disease and related dementia enjoy the comforts of a safe, homelike environment within separate and secure neighborhoods, while receiving the professional assistance they need 24 hours a day.

All Brandywine staff members are trained to provide care for those with Alzheimer's disease and dementia, while those on the Reflections team receive ongoing training, which includes such specialty areas as sensitivity, behavior modification, and validation therapy, as well as communication and life skills. The staff works with the resident and family to develop an interactive lifestyle program that builds on the individual's strengths, abilities and interests, while comprehensive recreational programs focus on improving memory and emotional state.

Brandywine Senior Care, Inc. - Press Releases          https://web.archive.org/web/20000623101157/http://www.bran...

|                  | Go | JAN  JUN  SEP |
| --- | --- | --- |

**3 captures**
15 Jan 2000 – 29 Sep 2000

◀ **23** ▶

1999  **2000**  2001          ▼ About this capture

and peace of mind," explains Stipa. "We have such state-of-the-art features as an emergency response system in each suite, stationary rockers, reduced environmental sound, way-finding signs at each door, and interactive art displays." She adds that enclosed outdoor walking paths allow residents to walk freely and safely throughout attractively landscaped courtyards.

For additional information about the Reflections program or other Brandywine Senior Care services and programs, call 1-877-4-BRANDY.

Back to Top of Page

**Bridgewater, NJ** - A welcome senior lifestyle choice, Brandywine Assisted Living at Middlebrook Crossing will help to enhance the fine art of conversation by offering BrandyVision, a computer enhanced, visual communication system that enables residents and their families to see and converse with one another - no matter where families may live.

"BrandyVision is an exciting new way to bring families together," says James Ferraro, Middlebrook Crossing's Executive Director. "Our residents will be able to sit back and relax in one of our lounges as they talk to their family members through a TV, sharing what's new in their lives while enjoying each other's expressions."

The only equipment required is a television set and a special camera that contains a built-in modem. "Family and friends can either rent or purchase this camera from Middlebrook Crossing," adds Ferraro.

Setting up the necessary equipment takes only a few steps. "The camera is first hooked into a television set, then into a phone outlet. Through its modem, the camera dials out much like a computer, connecting to the designated television set at Middlebrook Crossing," explains Dan Lawson, Director of Technology Services, Brandywine Senior Care. "The family and resident can then see and converse with each other right through the TV from across the room, without the use of a telephone handset." He adds that a test family will be used throughout October to ensure everything will run smoothly when the program becomes available.

While this technology is in its beginning stages, eventually BrandyVision will be available in every resident's suite. "BrandyVision is one of many innovative programs that help us provide all the best in life to. our residents," notes Ferraro.

A residence of Brandywine Senior Care, Middlebrook Crossing comfortably accommodates 100 residents in luxurious apartment-style suites that include kitchenettes, private baths and emergency response systems.

Renowned for its unique seamless continuum approach to healthcare,

Brandywine Senior Care, Inc. - Press Releases
https://web.archive.org/web/20000623101157/http://www.bran...

| | Go | JAN **JUN** SEP | |
|---|---|---|---|
**3 captures**
15 Jan 2000 – 29 Sep 2000

◀ **23** ▶

1999 **2000** 2001   ▼ About this capture

Delaware, New Jersey and Pennsylvania. For additional information about Middlebrook

Crossing call (732) 868-8181, or on any Brandywine Senior Care Residence, call

**1-8774-BRANDY.**

Back to Top of Page

**Rehoboth Beach, DE** - As the region's first assisted living residence for seniors, Brandywine Assisted Living at Seaside Pointe will help to enhance the fine art of conversation by offering BrandyVision, a computer enhanced, visual communication system that enables residents and their families to see and converse with one another no matter where families may live.

"BrandyVision is a new way to look at family reunions," says Peggy KIuesener, Seaside Pointe's Executive Director. "Our residents will be able to sit comfortably in one of our lounges and talk to their family members through a television, sharing what's new in their lives while seeing what happiness and laughter bring."

The only equipment required is a television set and a special camera that contains a built-in modem. "Family and friends can either rent or purchase this camera from Seaside Pointe," adds Kluesener.

Setting up the necessary equipment takes only a few steps. "The camera is first hooked into a television set, then into a phone outlet. Through its modem, the camera dials out much like a computer, connecting to the designated television set at Seaside Pointe," explains Dan Lawson, Director of Technology Services, Brandywine Senior Care. "The family and resident can then see and converse with each other right through the TV from across the room, without the use of a telephone handset." He adds that a test family will be used throughout October to ensure everything will run smoothly when the program becomes available.

While this technology is in its beginning stages, eventually BrandyVision will be available in every resident's suite. "This is just one of many new, innovative programs that help us provide all the best in life to our residents," notes Kluesener.

A residence of Brandywine Senior Care, Seaside Pointe comfortably accommodates 100 residents in luxurious apartment-style suites that include kitchenettes, private baths and emergency response systems.

Renowned for its unique seamless continuum approach to healthcare,

Brandywine Senior Care, Inc. - Press Releases          https://web.archive.org/web/20000623101157/http://www.bran...

| | Go | JAN **JUN** SEP | |
|---|---|---|---|
| **3 captures** | | ◀ **23** ▶ | |
| 15 Jan 2000 – 29 Sep 2000 | | 1999 **2000** 2001 | ▼ About this capture |

Delaware, New Jersey and Pennsylvania. For additional information about Seaside

Pointe call (302)226-8750, or on any Brandywine Senior Care Residence, call 1-8774-BRANDY.

Back to Top of Page

**Exton, PA** - Brandywine Senior Care, a leading provider of quality care and services for seniors in New Jersey, Pennsylvania and Delaware, has launched an interactive web site that serves as a one stop resource on all of its services, including a Chat Room for seniors and their adult children - www.BrandyCare.com.

"Our web site is designed to provide information on senior issues, as well as answers," explains Joseph A. Williamson, CEO, Brandywine Senior Care. "Whether a person is interested in a virtual tour of a Brandywine residence or learning more about Alzheimer's disease, for example, during a live Chat Room discussion, our goal is to be the prime senior resource for adult children, caregivers and seniors."

Based on research that indicates the second-fastest growing group on the Internet to be those over 50, Brandywine's web site takes an informative and entertaining interactive approach to senior issues and how they relate to families, particularly in terms of adult children.

"Most people visit our web site from home in the evening, so we wanted our format to be casual, inviting and user-friendly," notes Williamson. "And with an average of 1,000 hits per day and growing, we're quickly becoming an information portal for senior issues."

With more than a dozen categories featured on the home page, representing Brandywine's entire virtual continuum of care, navigating through the various services and programs is simple. By clicking on the Assisted Living icon, for example, the user has access to a comprehensive list of all Brandywine residences from which to choose.

"Each residence has its own page which includes such items as an overview, floor plans, a calendar of events, sample menus, and directions," says Dan Lawson, Director of Technology Services, Brandywine Senior Care. "We try to provide as much information as possible so families gain a sense of that particular community. To add a personal touch, we'll eventually share stories about our remarkable residents, as well as offer tips on local travel and entertainment."

Another feature on the web site is Brandywine's Chat Room, which is geared to the "sandwich generation" - adults who provide care for both their parents and their own children. In the Chat Room, eldercare

Brandywine Senior Care, Inc. - Press Releases
https://web.archive.org/web/20000623101157/http://www.bran...

[search box]  Go   JAN  **JUN**  SEP

**3 captures**                              ◀ **23** ▶
15 Jan 2000 – 29 Sep 2000                   1999 **2000** 2001

About this capture

can speak directly to the experts, ask questions and get answers to help make informative decisions," she explains. Chat topics include "Healthcare for Dummies" and "Pets and the Elderly." Information about future sessions can be found on the web site's Company Calendar.

Renowned for its interactive care network, Brandywine Senior Care currently owns 12 skilled nursing, rehabilitation and subacute care centers, two home care agencies, one adult day care center, five operating assisted living residences, with four assisted living facilities under construction, and many others in various stages of development. For additional information about Brandywine Senior Care's services and programs, please call 1-877-4-BRANDY, or log on to our web site at www.BrandyCare.com

Back to Top of Page

| Assisted Living | Skilled Care | Home Health | Location Map | Care Services | Help Wanted | Whats New | Site Map | Contact Us | Chat Room | Home Page | Company Profile |