# EXHIBIT E

6/9/2018 Reflections | Brandywine Living | NJ, PA, NY, CT, DE, VA

BRANDYWINE LIVING
*Life is Beautiful*

Find a Location | Contact Us

CALL TOLL FREE 24/7 FOR MORE INFORMATION

**1.877.4BRANDY** (1.877.427.2639)

# *Reflections*

http://www.brandycare.com/our-programs/reflections/ 1/7

Case 3:16-cv-08523-FLW-TJB Document 27-6 Filed 06/11/18 Page 3 of 8 PageID: 586

Brandywine's *Reflections Program* provides a unique, stimulating, supportive environment for residents with Dementia, Alzheimers and other related memory care needs. The environment is specifically designed to be safe and secure, with all the warmth and simple elegance people expect from Brandywine. Patience, kindness and compassion are our hallmark. The past is important, but your loved one's future is our focus.

***STIMULATING SUPPORTIVE SAFE***

---

At the heart of everything we do is our one-of-a kind *INVEST* Mission. We *INVEST* in the individuality and identity of each resident. We *INVEST* in a social environment that can create magical moments. We *INVEST* by offering specialized training for our team members. We *INVEST* by gaining a commitment from our families to remain involved with their loved ones. Some of the unique program features of our *INVEST* Programs include:

INVEST
My Life My Story
The Butterfly Program
Connections
Music is Magic
The Promenade Club

---

*Reflections Serenade* is our state-of-the-art memory care program combined with the added luxury of *Serenade* services which include a butler to provide even greater customer service to our residents and their families. Another truly unique feature is the availability of neuropsychology services to educate and counsel residents and family members on the many aspects of living with dementia, Alzheimer's

Explore Communities
See Our Programs

## Change Font Size

A A A

100%

Schedule a Visit

## Testimonials

"Your staff has provided love, compassion and friendship to a degree we could hardly have imagined. There is a culture pervading the entire staff that comes across to residents, loved ones and visitors. Its hallmarks are professionalism, compassion, love, and commitment to excellence. I congratulate you for the culture you have created."

Joe G.
Brandywine Family Member



**The Brandywine Senior Living dementia curriculum, Reflections Certification Program (RCP), has been reviewed by the Alzheimer's Association® and meets the Alzheimer's Association Dementia Care Practice Recommendations in certain topics as per report issued on 6/30/15. See report results HERE.**

- *Testimonials*

"It is impossible, however, to imagine what it would have been without Brandywine's staff of wonderful, compassionate and professional people. I can't thank each of them: I can't thank all of them, enough."

Deborah R.
Brandywine Family Member

Read More Testimonials

- *Communities*

  New Jersey

  Pennsylvania

  New York

  Delaware

  Connecticut

- *Signature Programs*

  Escapades...for Life!

  Serenade

  Reflections


Connect with us:

© 2014 Brandywine Senior Living, LLC. All rights reserved.