# EXHIBIT F







SERVICES   CONDITIONS   TECHNOLOGIES   THE PRACTICE   PHOTOS   CONTACT

# BECOME A PATIENT TODAY

If you're interested in becoming an exclusive patient of Reflections Center, we invite you to schedule a consultation at our Martinsville or Livingston office today, and let us help you achieve the youthful beauty and optimal wellness you deserve.

**CONTACT US**

