# EXHIBIT G

TMSM-01
Revised Jan. 2013

State of New Jersey
Department of the Treasury
Division of Revenue and Enterprise Services
33 West State Street, 5th Floor
Trenton, NJ 08608
http://www.nj.gov/treasury/revenue

PLEASE NOTE: When examining an application to register a mark, the Division of Revenue only considers its database of registered New Jersey marks. We do not search the state or county assumed name records, legal names of corporations or other filing entities, nor search the USPTO. We do not search phone books, the internet, or any other "common law" usage of marks in commerce. The person seeking to register a mark is responsible for a more substantial search to avoid infringing on the marks of others.

Owners of registered marks are responsible for enforcing their rights to the marks. A private attorney can assist you in determining and enforcing your rights.

Search State of New Jersey registered marks: https://www.njportal.com/DOR/businessrecords

You can search federally-registered marks online at the U.S. Patent and Trademark Office (USPTO) (www.uspto.gov)

## Information for submission of Form TMSM-01

Type or machine print all information except signatures and file the application in duplicate. Application <u>must</u> be notarized.

Please refer to the instruction sheet below for completing items 1 – 8 of the application form TMSM-01.

**Remittance/Fees:**

A check or money order signed and made payable to the NJ Division of Revenue must accompany the application.

- Base Filing Fee:  $50.00 per filing (includes one classification)

- Premium Service Surcharges:

    1) $15.00 additional per filing for expedited handling (8.5 business hours processing time for filing delivered over the counter or from date of receipt)

    2) $100.00 additional per filing for same day service (same day processing for filing delivered over the counter)

| Regular service (regular mail) | Expedited and same day service ** |
|---|---|
| NJ Division of Revenue<br>PO Box 453<br>Trenton, NJ 08646-0453 | NJ Division of Revenue<br>33 West State Street, 5th Fl.<br>Trenton, NJ 08608-1214<br>Attn: TMSM Unit |

**Delivery by courier service or in person only. Do not use USPS overnight delivery.

THE APPLICATION SERVES TO SIMPLY FILE WITH THE TREASURER.

THE DIVISION OF REVENUE AND ENTERPRISE SERVICES DOES NOT PROVIDE LEGAL ADVICE NOR ENFORCE THE RIGHTS OF INTELLECTUAL PROPERTY

## Instructions to complete the Original Application to Register Trademark or Service Mark (TMSM-01)

**Definitions:**
A *Trade Mark* is any word, name, symbol or device or any combination thereof, used by a person to identify and distinguish the **goods** of the person, including a unique product, from those manufactured and sold by others, to indicate the source of the goods, even if that source is unknown.

A *Service Mark* is any word, name, symbol or device or any combination thereof, used by a person to identify and distinguish the **services** of one person, including a unique service, from the services of others, to indicate the source of the services, even if that source is unknown.

*Specimen of the mark* is a sample of the mark in use (i.e.-letter head, business cards, menu, website banner, distinct photograph of shirt, sign, pen, or other item …*please do not send the actual item*).

*Drawing of the mark*: The mark shown on the drawing sheet must exactly match the mark shown in your specimen and must coincide with the description in item 2 of the application. The "drawing" does not have to be a hand-drawn depiction**.** You can print a picture of the mark onto the Drawing Sheet. The Drawing Sheet cannot include any text, pictures, or other material that is not part of the mark.  If the mark is a phrase (word mark) it must be typed onto the drawing of the mark page. Submit on 8.5x11 sheet of paper labeled "Drawing of the Mark".
DO NOT GLUE and/or DRAW SPECIMENS/DRAWING OF THE MARK ONTO THE APPLICATION FORM.
_____

**Item 1** – **Mark Type**:  Check only one box per application (see definitions). Mark type must coincide with classification number(s) (see item 4).

**Item 2** – **Name and description of Mark**: All marks must be named.  The name should be placed in quotes. Type a *brief* description. In the case of a design mark, you may choose a name that fits its description (i.e. – an image of a tree with rainbow and clouds can be named "tree rainbow").  In the case of a phrase, the description should be listed as word mark.

**Item 3** – **Description of the Goods or Services Involved**: Describe *briefly and concisely* the goods or the services currently sold or provided.

**Item 4** – **Classification Number(s)**: Must coincide with the mark type checked in item 1. More than one classification number can be listed; however, an additional $50.00 charge is applicable for each classification listed after the initial classification.
   Please note: Only one type (Trademark or Servicemark) can be checked on the form.  Multiple Classifications can be used on the same form as long as they fall under the same mark type.

**Item 5** – **Applicant Information**: Must list complete name and address (a and b). Must check one box on line (c).  Complete lines (d) and/or (e) if applicable.

**Item 6** – **Dates**: Must list the date mark first used in New Jersey *(mm/dd/yyyy)*.  Listing a future date (i.e.-reserve date) is prohibited. Date first used elsewhere is optional.
   A trademark is "in use" when it has been placed on the goods, containers of the goods, or point-of-sale displays of the goods, and the goods have been sold, displayed for sale, or otherwise publicly distributed in New Jersey. A service mark is "in use" when (1) it is displayed in New Jersey in connection with the services, and (2) the services are performed in New Jersey.

**Item 7** – **Signature(s) and Statement of Ownership**:  All signatures on original application (excluding duplicate application) must be penned. Photocopy/faxed applications are not acceptable. Application must be notarized.

**Attach to the application:**  1 drawing of the mark *(see definitions)*
                                         3 specimens of the mark as actually used (see definitions)

# New Jersey Division of Revenue and Enterprise Services

ORIGINAL APPLICATION TO REGISTER A TRADE OR SERVICE MARK

*This form may be used by applicants to register a State trade or service mark pursuant to NJSA 56. Applicants are responsible for strict adherence to all requirements as set forth in State law.*

**1. Mark Type:** *(check one; see instruction page for definitions)*: ◯ **Trade Mark**   ◯ **Service Mark**

**2. Name and Description of Mark** *(list the term that constitutes the mark and in the case of a design mark, also provide a brief description of its appearance)*

**3. Description of the Goods or Services involved:**

**4. Classification Number(s):** *(minimum of one)*

**5. Applicants Information:**

   a. Name:

   b. Business Address:

   c. Applicant is *(check one)* ◯ An Individual   ◯ Corporation   ◯ Partnership   ◯ Other Business Entity

   d. If applicant is a corporation, partnership or other business entity, list the home state:

   e. If the applicant is a partnership, list the names of all general partners:

**6. Dates:** Date First Used in New Jersey *(must be entered)* _____   Date Used Elsewhere: _____

**7. Signature(s) and Statement of Ownership:** *(verification required)*
   The applicant attests that he or she is the owner of the mark, and the mark is in use in this State. And that to his or her knowledge, no other person has registered the mark, either with the US Patent and Trade Mark Office or with the NJ Treasurer, or has the right to use the mark or a mark in such near resemblance as to be likely, when used in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

_____                                                 _____
(Signature of Applicant, or a Member of the Firm,                                                              (Date)
 or an Officer of the Corporation or Business applying)


***Subscribed and sworn to before me*** _____
***A Notary Public, this*** _____ ***day of*** _____ A.D. 20_____.

_____
       (Notary Public)

**Note -Attach to this application:**
- A drawing of the mark (on 8.5x11 sheet of paper)
- Three (3) specimens showing the mark as actually used

# INTERNATIONAL SCHEDULE OF TRADEMARK CLASSIFICATIONS

Please refer to the following schedule of classes for goods and services to be used for all State trademark applications.

## GOODS

**CLASS 1.   Chemicals**

Chemicals used in industry, science and photography, as well as in agriculture, horticulture and forestry; unprocessed artificial resins, unprocessed plastics; manures; fire extinguishing compositions; tempering and soldering preparations; chemical substances for preserving foodstuffs; tanning substances; adhesives used in industry.

**CLASS 2.   Paints**

Paints, varnishes, lacquers; preservatives against rust and against deterioration of wood; colorants; mordants; raw natural resins; metals in foil and powder form for painters, decorators, printers and artists.

**CLASS 3.   Cosmetics and Cleaning Preparations**

Bleaching preparations and other substances for laundry use; cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

**CLASS 4.   Lubricants and Fuels**

Industrial oils and greases; lubricants; dust absorbing, wetting and binding compositions; fuels (including motor spirit) and illuminants; candles and wicks for lighting.

**CLASS 5.   Pharmaceuticals**

Pharmaceutical, veterinary and sanitary preparations; dietetic substances adapted for medical use, food for babies; plasters, materials for dressings; material for stopping teeth, dental wax; disinfectants; preparations for destroying vermin; fungicides, herbicides.

**CLASS 6.   Metal Goods**

Common metals and their alloys; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery, small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes; ores.

**CLASS 7.   Machinery**

Machines and machine tools; motors and engines (except for land vehicles); machine coupling and transmission components (except for land vehicles); agricultural implements other than hand-operated; incubators for eggs.

**CLASS 8.   Hand Tools**

Hand tools and implements (hand operated); cutlery; side arms; razors.

**CLASS 9.   Electrical and scientific apparatus**

Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

**CLASS 10.   Medical apparatus**

Surgical, medical, dental and veterinary apparatus and instruments; artificial limbs, eyes and teeth; orthopedic articles; suture materials.

**CLASS 11.   Environmental control apparatus**

Apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes.

**CLASS 12.   Vehicles**

Vehicles; apparatus for locomotion by land, air or water.

**CLASS 13.   Firearms**

Firearms; ammunition and projectiles; explosives; fireworks.

**CLASS 14.   Jewelry**

Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; jewelry, precious stones; horological and chronometric instruments.

**CLASS 15.   Musical Instruments**

Musical instruments.

**CLASS  16.   Paper goods and printed matter**

Paper, cardboard and goods made from these materials, not included in other classes; printed matter; bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites (except furniture); instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); printers' type; printing blocks.

**CLASS  17.   Rubber goods**

Rubber, gutta-percha, gum, asbestos, mica and goods made from these materials and not included in other classes; plastics in extruded form for use in manufacture; packing, stopping and insulating materials; flexible pipes, not of metal.

**CLASS  18.   Leather goods**

Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery.

**CLASS  19.   Nonmetallic building materials**

Building materials (nonmetallic); nonmetallic rigid pipes for building; asphalt, pitch and bitumen; nonmetallic transportable buildings; monuments, not of metal.

**CLASS  20.   Furniture and articles not otherwise classified**

Furniture, mirrors, picture frames; goods (not included in other classes) of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics.

**CLASS  21.   Housewares and glass**

Household or kitchen utensils and containers; combs and sponges; brushes (except paint brushes); brush-making materials; articles for cleaning purposes; steelwool; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes.

**CLASS  22.   Cordage and fibers**

Ropes, string, nets, tents, awnings, tarpaulins, sails, sacks and bags (not included in other classes); padding and stuffing materials (except of rubber or plastics); raw fibrous textile materials.

**CLASS  23.   Yarns and threads**

Yarns and threads, for textile use.

**CLASS  24.   Fabrics**

Textiles and textile goods, not included in other classes; bed and table covers.

**CLASS  25.   Clothing**

Clothing, footwear, headgear.

**CLASS  26.   Fancy goods**

Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers.

**CLASS  27.   Floor coverings**

Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wall hangings (non-textile).

**CLASS  28.   Toys and sporting goods**

Games and playthings; gymnastic and sporting articles not included in other classes; decorations for Christmas trees.

**CLASS  29.   Meats and processed foods**

Meat, fish, poultry and game; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs, milk and milk products; edible oils and fats.

**CLASS  30.   Staple foods**

Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour and preparations made from cereals, bread, pastry and confectionery, ices; honey, treacle; yeast, baking-powder; salt, mustard; vinegar, sauces (condiments); spices; ice.

**CLASS  31.   Natural agricultural products**

Agricultural, horticultural and forestry products and grains not included in other classes; live animals; fresh fruits and vegetables; seeds, natural plants and flowers; foodstuffs for animals, malt.

**CLASS 32.   Light beverages**

Beers; mineral and aerated waters and other nonalcoholic drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

**CLASS 33.   Wine and spirits**

Alcoholic beverages (except beers).

**CLASS 34.   Smokers' articles**

Tobacco; smokers' articles; matches.

## SERVICES

**CLASS 35.   Advertising and business**

Advertising; business management; business administration; office functions.

**CLASS 36.   Insurance and financial**

Insurance; financial affairs; monetary affairs; real estate affairs.

**CLASS 37.   Building construction and repair**

Building construction; repair; installation services.

**CLASS 38.   Telecommunications**

**CLASS 39.   Transportation and storage**

Transport; packaging and storage of goods; travel arrangement.

**CLASS 40.   Treatment of materials**

Treatment of materials.

**CLASS 41.   Education and entertainment**

Education; providing of training; entertainment; sporting and cultural activities.

**CLASS 42.   Computer, scientific & legal**

Scientific and technological services and research and design relating thereto:
industrial analysis and research services; design and development of computer hardware and software.

**CLASS  43.    Hotels and Restaurants**

Services for providing food and drink; temporary accommodations.

**CLASS  44.    Medical, beauty & agricultural**

Medical services; veterinary services; hygienic and beauty care for human beings or animals; agriculture, horticulture and forestry services.

**CLASS  45.    Personal**

Legal services; security services for the protection of property and individuals; personal and social services rendered by others to meet the needs of individuals.

Last Updated: April 27, 2012