# EXHIBIT H

6/11/2018 Gmail - Brandywine Reflections



# Brandywine Reflections

**Maria Carnevale** <mcarnevale@brandycare.com>  Mon, Jun 11, 2018 at 12:17 AM

Dear Mrs. Engle,

Thank you for your interest in our community. Brandywine is a wonderful company and we have awesome memory care program/ building. I would really invite you or your friend to come and visit, but I would be more than happy to briefly tell you about us.
We offer residents and their families peace of mind because we have six levels of nursing care, 24/7, on site. We also have a med management program as well.
Also, our memory care building, is a one level, secured location. Private apartments, all day dining, and a fabulous activity program called Escapades For Life, which keeps our residents engaged and stimulated and busy!
And I think another really important factor about us is that after a 2 year private pay spend down, we offer a Medicaid (MLTSS) guarantee once a resident is accepted.
I will explain more once I get to speak with you.
I sorry I'm sending this email so late, but wanted to make sure that I responded quickly.
I look forward to hearing back from you or the person you are gathering information for, but if you need me, please feel free to call, text or email me anytime as my contact info is below.
Hope to hear from you soon.
Have a good night!

Maria Carnevale

Sent from my iPhone