# EXHIBIT I

DR. MITCHELL CHASIN

Page 1

1          IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
2            CASE NO. 3:16-cv-08523-FLW-TJB
3

4

5    NEW REFLECTIONS PLASTIC        :
     SURGERY, LLC,
6                                   :     VIDEOTAPED
                 Plaintiff,         DEPOSITION OF:
7                                   :
     -against-                        MITCHELL CHASIN,
8                                   :              M.D.
     REFLECTIONS CENTER FOR SKIN
9    AND BODY, PC,                  :
10                Defendant.        :
     _____X
11

12

13

14

15          TRANSCRIPT of testimony as taken by and
16    before SEVA FLICSTEIN, Certified Court Reporter,
17    Registered Merit Reporter, Certified Realtime
18    Reporter, at the law offices of LERNER DAVID
19    LITTENBERG KRUMHOLZ & MENTLIK, LLP, located at
20    600 South Avenue West, Westfield, New Jersey, on
21    Thursday, November 2, 2017, commencing at 2:04
22    in the afternoon.
23

24

25

DR. MITCHELL CHASIN

Page 30

1    Q.   What type of cosmetic work would
2 you have done between 1989 and 2000 before
3 you --
4    A.   Skin disease, suturing repair of
5 wounds.  A multitude of skin issues.
6    Q.   Any plastic surgery did you do at
7 that time?
8    A.   Describe plastic surgery for me,
9 define it.  What a layperson defines may be
10 different.
11    Q.   Sure.  Fair enough.  Did you do
12 any type of invasive medical procedures on the
13 face or body for aesthetic purposes?
14    A.   Suturing was an aesthetic medical
15 procedure on the face and body.  We did that,
16 yes.
17    Q.   You would agree that suturing is
18 not always --
19    A.   Aesthetic?
20    Q.   -- aesthetic?
21    A.   Suturing is always aesthetic.
22    Q.   In your view, suturing is always
23 aesthetic?
24    A.   Suturing should be aesthetic on
25 the face; hopefully it is.

Page 31

1    Q.   Do you believe suturing is a
2 cosmetic procedure?
3    A.   Repair of a skin wound on the face
4 is a cosmetic procedure, yes.  Should be.
5    Q.   So you said that around 2000 is
6 when you -- it was about 2000 when you started
7 to use the name Reflections Center for Skin and
8 Body, and you put a sign up at that time at this
9 office?
10    A.   I don't remember when the sign was
11 installed, but we started to use that name right
12 around the year 2000.
13    Q.   Now, you indicated that you did
14 your residency in family medicine.  And after
15 that what other training in the medical
16 procedures did you obtain or medical practice
17 did you obtain after your residency in family
18 medicine?
19    A.   What other training in family
20 medicine post -- can you --
21    Q.   Any medical training?
22    A.   Any medical training?
23    Q.   Yes.  Let's start with --
24    A.   Hundreds of conferences, dozens of
25 preceptorships, a multitude of

Page 32

1 hands-on -- hands-on training in a variety of
2 different things about the human body.
3    Q.   Okay.  I am trying to get some
4 chronology here.  After that, did -- you didn't
5 do any fellowships, medical fellowships, after
6 your family medicine residency, did you?
7    A.   No.
8    Q.   You didn't do any additional
9 residencies after your family medicine
10 residency?
11    A.   No.
12    Q.   You are not a plastic surgeon?
13    A.   No.
14    Q.   You are not board-certified in
15 plastic surgery?
16    A.   No.
17    Q.   Did you ever do any residency in
18 surgery, general surgery?
19    A.   No.
20    Q.   Did you do any other residency in
21 any other specialty or practice other than your
22 residency in family medicine?
23    A.   No.
24    Q.   So now you spoke about much
25 training.  Can you tell me your first or your

Page 33

1 first few types of training you did after --
2    A.   If I can go back.  I have titles
3 of fellow in different organizations.
4    Q.   But my question was very specific,
5 if you did a fellowship.  And you know what that
6 means in your practice, in --
7    A.   Tell me what it means and I will
8 know how to answer.
9    Q.   Why don't you tell me for the
10 record so there is no confusion, what is a
11 medical fellowship for medical doctors?
12    A.   There is a residency -- there is a
13 residency -- there is residency, there's
14 fellowship, and then there are fellowship in
15 organizations.
16    Q.   Understood.
17    A.   I want to be clear.
18    Q.   I am talking about residency,
19 fellowship.  And then we can leave aside
20 fellowship in organizations, which is a separate
21 category, you would agree, right?
22    A.   Yes.  I just wanted to be clear.
23    Q.   I appreciate that.  Because we
24 don't want to have any confusion for the record.
25    So after your family -- your

9 (Pages 30 - 33)