**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § | Civil Action No. 3:16-cv-08523-FLW-TJB |
| | § | |
| REFLECTIONS CENTER FOR SKIN AND BODY, PC, | § § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that New Reflections Plastic Surgery, LLC's Reply in Support of Motion

for Summary Judgment was electronically filed on this June 11, 2018. Notice of this filing will

be sent to all parties and all counsel of record by operation of the Court's electronic filing system

and the parties may access this filing through the Court's system.


s/ Frances H. Stephenson
Frances H. Stephenson