Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:  908 654 5000
Fax:  908 654 7866

*Attorneys for Defendant Reflections
 Center for Skin and Body, PC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY, LLC : : Plaintiff,  : v. : : REFLECTIONS CENTER FOR SKIN AND BODY, PC, : : : Defendant. : x | Civil Action No. 16-8523-FLW-TJB  Freda L. Wolfson, U.S.D.J. Tonianne J. Bongiovanni, U.S.M.J. |

## REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Reflections Center For Skin And Body, PC, through its undersigned counsel, hereby requests oral argument in opposition to the Summary Judgement Motion (ECF No. 24) filed on May 10, 2018, by New Reflections Plastic Surgery, LLC.

           Respectfully submitted,

           LERNER, DAVID, LITTENBERG,
            KRUMHOLZ & MENTLIK, LLP
           *Attorneys for Defendant Reflections*
           *Center for Skin and Body, PC*

Dated: June 22, 2018           By:   s/ Aaron S. Eckenthal
                                            Aaron S. Eckenthal
                                            Tel:     908.654.5000
                                            E-mail:aeckenthal@lernerdavid.com
                                                         litigation@lernerdavid.com